## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYOBE AMBERBER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, <br><br> Defendants. | Case No.  1:21-cv-01392 (GBD) |
| VIVIAN CHAUMONT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, <br><br> Defendants. | Case No.  1:21-cv-01526 (GBD) |

**NOTICE OF MOTION BY DANIJEL ANCIGER**
**FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Danijel Anciger, by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 and Fed. R. Civ. P. 42, for an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Mr. Anciger as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the American Depositary Shares of EHang Holdings Limited between December 12, 2019 and February 16, 2021, both dates inclusive; and (3) approving proposed Lead Plaintiff's selection of Thornton Law Firm LLP as Lead Counsel for the Class and Motley Rice LLC as Liaison Counsel.

Dated:  April 19, 2021                    Respectfully submitted,

**THORNTON LAW FIRM LLP**

*/s/ Guillaume Buell*
Guillaume Buell
1 Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 531-3933
Facsimile: (617) 720-2445
Email: gbuell@tenlaw.com

*Counsel for Lead Plaintiff Movant Danijel Anciger and Proposed Lead Counsel for the Class*

**MOTLEY RICE LLC**
William H. Narwold
20 Church St., 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1681
Facsimile:  (860) 882-1682
bnarwold@motleyrice.com

and

1

Serena P. Hallowell
777 Third Ave., 27th Floor
New York, NY  10017
Telephone:  (212) 577-0043
Facsimile:  (212) 577-0054
shallowell@motleyrice.com

*Liaison Counsel for Movant Danijel Anciger*