## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYOBE AMBERBER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, <br><br> Defendants. | Case No.  1:21-cv-01392 (GBD) |
| VIVIAN CHAUMONT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, <br><br> Defendants. | Case No.  1:21-cv-01526 (GBD) |

## DECLARATION OF GUILLAUME BUELL
### IN SUPPORT OF MOTION OF DANIJEL ANCIGER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Guillaume Buell, hereby declare as follows:

1.      I am a Partner with Thornton Law Firm LLP, counsel on behalf of lead plaintiff movant Danijel Anciger, and have personal knowledge of the facts set forth herein. I am admitted to practice in this District.

2.      I make this Declaration in support of Mr. Anciger's motion for consolidation, appointment as Lead Plaintiff, and approval of his selection of the Thornton Law Firm LLP as Lead Counsel for the Class and Motley Rice LLC as Liaison Counsel.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | Press release published over *Accesswire* on February 17, 2021, announcing the pendency of the *Amberber* action; |
| Exhibit B: | Certification executed on behalf of Mr. Anciger; |
| Exhibit C: | Loss chart; |
| Exhibit D: | Firm resume of Thornton Law Firm LLP; |
| Exhibit E: | Firm resume of Motley Rice LLC; and |
| Exhibit F: | Declaration of Mr. Anciger. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 19, 2021, at Boston, Massachusetts.

/s/ Guillaume Buell
Guillaume Buell

1