# EXHIBIT F

DocuSign Envelope ID: 9A799277-1A40-4E2B-AC06-4FB3463AC31A

Pursuant to 28 U.S.C. § 1746, I, Danijel Anciger, declare as follows:

1.      I am an adult over the age of 18, and am of sound mind. I have personal knowledge about the information in this Declaration.

2.      I have reviewed a complaint filed in this action and discussed the lawsuit on several occasions telephonically with my counsel at Thornton Law Firm LLP (who are working with Motley Rice on this action). I have discussed and understand how a securities class action works in the United States with my counsel. I believe that this securities class action is an important matter and alleges serious misconduct that caused substantial losses to investors and raised serious corporate governance concerns. I have authorized my counsel to file a motion for lead plaintiff on my behalf.

3.      I reside in Germany and am a German citizen. I am employed as an engineer, have worked in the United States and Germany, and have a Ph.D. in Aerospace Engineering from Technische Universität München. I have experience overseeing teams on projects. I have never been convicted of a crime.

4.      I have been investing in stocks for several years and I based my investment decisions in eHang Holdings on publicly-available information that I researched before making purchases and sales. I am strongly motivated to recover the significant losses incurred as a result of the alleged violations of the federal securities laws. I decided to contact the Thornton Law Firm and seek appointment as lead plaintiff because I strongly feel that the allegations raised in this lawsuit are serious ones, and believe that this litigation must be efficiently litigated by well-qualified counsel, in order to achieve the best possible recovery for all class members from all potentially culpable parties.

5.      Furthermore, as I have discussed with my counsel, I believe it is important that a lead plaintiff movant with the largest financial loss in the relief sought, that also meets the typicality and adequacy requirements of Federal Rule of Civil Procedure 23, be appointed lead plaintiff.

6.      I understand that as a lead plaintiff and a class representative, I would have an ongoing fiduciary obligation to the entire class of eHang investors that this lawsuit seeks to recover for. I understand the important roles fiduciaries have, including that it is my duty to monitor and oversee the lawyers in this matter. In order to do this, I will regularly communicate with them and receive

status updates regarding the litigation, discuss fees and expenses, and independently direct their activities. I also understand that it will be my obligation to ensure that the litigation is prosecuted effectively on behalf of all members of the proposed Class.

7.      I am aware of and have discussed with my attorneys their experience and resources. I believe that they will fairly and adequately represent the interests of the proposed class. I have negotiated and executed a retainer agreement with my counsel. I have discussed with my counsel and directed that only Thornton Law Firm and Motley Rice would prosecute this litigation if I am appointed Lead Plaintiff.

8.      I have taken steps to preserve documents related to my investments relevant to this litigation.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATE: _____19.04.2021_____

DocuSigned by:

*Danijel Anciger*
A87BF97917B14FE...

Danijel Anciger