CALCATERRA POLLACK LLP
Regina Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1765
Email: rcalcaterra@calcaterrapollack.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
       mdellangelo@bm.net
       aabramowitz@bm.net
       dmuch@bm.net

*Attorneys for Proposed Lead Plaintiff
Tarun Gupta*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>      Defendants. | Civil Action No.1:21-cv-01392-GBD<br><br>CLASS ACTION<br><br>Hon. George B. Daniels<br>Courtroom 11A |
| VIVIAN CHAUMONT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs. | Civil Action No.1:21-cv-01526-GBD<br><br>CLASS ACTION<br><br>Hon. George B. Daniels<br>Courtroom 11A |

EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,

Defendants.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Regina Calcaterra, Esq., the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, proposed Lead Plaintiff Movant Tarun Gupta ("Movant") hereby moves this Court, before the Honorable George B. Daniels, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007-1312, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC as Lead Counsel and Calcaterra Pollack LLP as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: April 19, 2021                     Respectfully submitted,

/s/ *Regina Calcaterra*
Regina Calcaterra
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1765
Email: rcalcaterra@calcaterrapollack.com

Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz

2

Donnell Much
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        aabramowitz@bm.net
        dmuch@bm.net

***Attorneys for Lead Plaintiff Movant Tarun Gupta
and Proposed Lead Counsel for the Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Regina Calcaterra*
Regina Calcaterra