**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-01392-GBD |
| Plaintiff, | |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |
| VIVIAN CHAUMONT, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-01526-GBD |
| Plaintiff, | |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |

**NOTICE OF TIMO RAUTANEN'S MOTION FOR**
**(1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF;**
**AND (3) APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Timo Rautanen ("Rautanen") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order (1) consolidating the above-captioned actions; (2) appointing Rautanen as Lead Plaintiff in the above-captioned actions; and (3) approving Rautanen's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of James M. Wilson, Jr. and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Rautanen respectfully requests that the Court (1) consolidate the above-captioned actions; (2) appoint Rautanen as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  April 19, 2021                    Respectfully submitted,


                                          **FARUQI & FARUQI, LLP**

                                          By:    */s/ James M. Wilson, Jr.*
                                                  James M. Wilson, Jr.

                                          James M. Wilson, Jr.
                                          Robert W. Killorin (*pro hac vice* forthcoming)
                                          **FARUQI & FARUQI, LLP**
                                          685 Third Avenue, 26th Floor
                                          New York, NY 10017
                                          Telephone: 212-983-9330
                                          Facsimile: 212-983-9331
                                          Email:  jwilson@faruqilaw.com
                                                      rkillorin@faruqilaw.com

                                          *Attorneys for [Proposed] Lead Plaintiff and*
                                          *[Proposed] Lead Counsel for the putative Class*


1