**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-01392-GBD |
| Plaintiff, | |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |
| VIVIAN CHAUMONT, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-01526-GBD |
| Plaintiff, | |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF TIMO RAUTANEN'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Timo Rautanen (the "Rautanen"), for (1) consolidation of the above-captioned actions; (2) appointment as Lead Plaintiff; and (3) approval of Rautanen's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Rautanen's PSLRA Certification

Exhibit C:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit D:      Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of April 2021 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1