# EXHIBIT D



# WBENC
### WOMEN'S BUSINESS ENTERPRISE NATIONAL COUNCIL

**JOIN FORCES. SUCCEED TOGETHER.**

hereby grants

## National Women's Business Enterprise Certification

to

### Faruqi & Faruqi, LLP

who has successfully met WBENC's standards as a Women's Business Enterprise (WBE).
This certification affirms the business is woman-owned, operated and controlled and is valid through the date herein.

WBENC National WBE Certification was processed and validated by Women President's Educational Organization - NY, a WBENC Regional Partner Organization.

Certification Granted: December 7, 2020
Expiration Date: December 7, 2021
WBENC National Certification Number: WBE2003076



Marsha Firestone, President & Founder Women
President's Educational Organization - NY

**WOMEN PRESIDENTS' Educational Organization**

NAICS: 541110
UNSPSC: 80121600

