**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, Individually and on behalf of all others similarly situated, | Case No.: 1:21-cv-01392-GBD |
| Plaintiff, | CLASS ACTION |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |
| VIVIAN CHAUMONT, Individually and on behalf of all others similarly situated, | Case No.: 1:21-cv-01526-GBD |
| Plaintiff, | |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |

**NOTICE OF MOTION OF JAMES OVIATT FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42(a) of the Federal Rules of Civil Procedure, lead plaintiff movant James Oviatt hereby moves this Court, the Honorable George B. Daniels, United States District Judge, for an Order:

(a) consolidating the above-captioned related actions (the "Actions")

(b) appointing Mr. Oviatt as Lead Plaintiff; and

(c) approving Mr. Oviatt's selection of Bernstein Liebhard LLP as Lead Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Laurence J. Hasson, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: April 19, 2021                Respectfully submitted,

*/s/Laurence J. Hasson*
**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Matthew E. Guarnero
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
            mguarnero@bernlieb.com

*Counsel for James Oviatt and Proposed Lead*
*Counsel for the Proposed Class*

1

2

## CERTIFICATE OF SERVICE

I, Laurence J. Hasson, hereby certify that on April 19, 2021, a true and correct copy of the annexed **NOTICE OF MOTION OF JAMES OVIATT FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 19, 2021

*/s/Laurence J. Hasson*
Laurence J. Hasson

2