**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>     Defendants. | Case No.: 1:21-cv-01392-GBD<br><br>CLASS ACTION |
| VIVIAN CHAUMONT, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>     Defendants. | Case No.: 1:21-cv-01526-GBD |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND COUNSEL**

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.  The Motion of James Oviatt to Consolidate Related Actions, for Appointment as Lead Plaintiff and Approval of Counsel is granted.

II.  The above-captioned actions are hereby consolidated pursuant to Federal Rule of Civil Procedure 42(a) for all purposes.

III.  James Oviatt is hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

IV.     Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed

Class.


SO ORDERED, this ___ day of _____, 2021


_____
The Honorable George B. Daniels
United States District Court Judge