**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, Individually and on behalf of all others similarly situated, | Case No.: 1:21-cv-01392-GBD |
| Plaintiff, | CLASS ACTION |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |
| VIVIAN CHAUMONT, Individually and on behalf of all others similarly situated, | Case No.: 1:21-cv-01526-GBD |
| Plaintiff, | |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |

**DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF THE MOTION OF JAMES OVIATT FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, LAURENCE J. HASSON, hereby declare under penalties of perjury that:

1.      I am a Partner with Bernstein Liebhard LLP. I make this Declaration in Support of James Oviatt's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:    James Oviatt's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    James Oviatt's Loss Chart; and

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP.


Executed: April 19, 2021                          /s/Laurence J. Hasson
                                                  LAURENCE J. HASSON

1

2

## CERTIFICATE OF SERVICE

I, Laurence J. Hasson, hereby certify that on April 19, 2021 , a true and correct copy of the annexed **DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF THE MOTION OF JAMES OVIATT FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 19, 2021                    */s/Laurence J. Hasson*
                                          Laurence J. Hasson

2