# EXHIBIT C

**EHang Holdings Limited (EH)**

FIFO/LIFO Losses
Class Period: 12/09/2019 - 02/16/2021

| | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
| James Gary Oviatt | 02/01/21 | 300 | 79.6443 | 23,893.29 | 02/16/21 | 500 | 47.0001 | 23,500.05 | | | |
| | 02/09/21 | 700 | 82.7390 | 57,917.30 | *02/17/21* | *50* | *64.4600* | 3,223.00 | | | |
| | 02/10/21 | 400 | 93.8508 | 37,540.32 | *02/17/21* | *100* | *64.4000* | 6,440.00 | | | |
| | 02/12/21 | 600 | 120.5001 | 72,300.06 | *02/17/21* | *100* | *64.4200* | 6,442.00 | | | |
| | | | | | *02/17/21* | *100* | *64.4100* | 6,441.00 | | | |
| | | | | | *02/17/21* | *50* | *64.3700* | 3,218.50 | | | |
| | | | | | *02/17/21* | *100* | *64.4100* | 6,441.00 | | | |
| | | | | | *02/17/21* | *500* | *64.2500* | 32,125.00 | | | |
| | | | | | *02/17/21* | *100* | *64.2500* | 6,425.00 | | | |
| | | | | | *02/17/21* | *100* | *64.2500* | 6,425.00 | | | |
| | | | | | *02/17/21* | *100* | *64.2500* | 6,425.00 | | | |
| | | | | | *02/17/21* | *200* | *64.2500* | 12,850.00 | | | |
| **James Gary Oviatt Totals** | | **2,000** | | **$191,650.97** | | **2,000** | | **$119,955.55** | | | **($71,695.42)** |

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale