UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| EYOBE AMBERBER, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-01392-GBD |
| Plaintiff, | : | CLASS ACTION |
| vs. | : | |
| EHANG HOLDINGS LIMITED, HUAZHI, HU, RICHARD JIAN LIU, and EDWARD, HUAXIANG XU, | : | |
| Defendants. | : | |
| VIVIAN CHAUMONT, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-01526-GBD |
| Plaintiff, | : | CLASS ACTION |
| vs. | : | |
| EHANG HOLDINGS LIMITED, HUAZHI, HU, RICHARD JIAN LIU, and EDWARD, HUAXIANG XU, | : | |
| Defendants. | : | |

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, FOR
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

4832-4581-8086.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Gad Shitrit will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 11A of the Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, NY 10007-1312, for an order: (1) consolidating the above-captioned related securities class actions; (2) appointing Mr. Shitrit as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (3) approving his selection of Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP as Lead Counsel for the proposed class.  In support of this Motion, Mr. Shitrit submits the accompanying Memorandum of Law, the Declaration of Samuel H. Rudman, and a [Proposed] Order.

DATED:  April 19, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRICIA L. MCCORMICK
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com
malpert@rgrdlaw.com

- 1 -

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
BRETT M. MIDDLETON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)o
frankj@johnsonfistel.com
brettm@johnsonfistel.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

4832-4581-8086.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 19, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  srudman@rgrdlaw.com

4832-4581-8086.v1

# Mailing Information for a Case 1:21-cv-01392-GBD Amberber v. EHang Holdings Limited et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Guillaume Buell**
  gbuell@tenlaw.com,emclaughlin@tenlaw.com,8927635420@filings.docketbird.com

- **Regina Marie Calcaterra**
  rcalcaterra@calcaterrapollack.com

- **Laurence Jesse Hasson**
  lhasson@bernlieb.com

- **Stephen J. Teti**
  steti@blockesq.com

- **James Milligan Wilson , Jr**
  jwilson@faruqilaw.com,ecf@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)