UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EYOBE AMBERBER, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-01392-GBD |
| Plaintiff, | CLASS ACTION |
| vs. |  |
| EHANG HOLDINGS LIMITED, HUAZHI, HU, RICHARD JIAN LIU, and EDWARD, HUAXIANG XU, |  |
| Defendants. |  |
| VIVIAN CHAUMONT, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-01526-GBD |
| Plaintiff, | CLASS ACTION |
| vs. |  |
| EHANG HOLDINGS LIMITED, HUAZHI, HU, RICHARD JIAN LIU, and EDWARD, HUAXIANG XU, |  |
| Defendants. |  |

DECLARATION OF SAMUEL H. RUDMAN IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4837-4887-3702.v1

I, SAMUEL H. RUDMAN, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Gad Shitrit and proposed lead counsel for the class in the above-captioned related securities class actions.  I make this declaration in support of Mr. Shitrit's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of first-filed class action published in *Accesswire*, a national business-oriented wire service, on February 17, 2021;

Exhibit B:      Mr. Shitrit's Sworn Certification;

Exhibit C:      Chart of Mr. Shitrit's estimated losses, prepared by counsel; and

Exhibit D:      Declaration of Gad Shitrit in Support.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of April, 2021, at Melville, New York.

*s/ Samuel H. Rudman*

SAMUEL H. RUDMAN

4837-4887-3702.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 19, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  srudman@rgrdlaw.com

4837-4887-3702.v1

# Mailing Information for a Case 1:21-cv-01392-GBD Amberber v. EHang Holdings Limited et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Guillaume Buell**
  gbuell@tenlaw.com,emclaughlin@tenlaw.com,8927635420@filings.docketbird.com

- **Regina Marie Calcaterra**
  rcalcaterra@calcaterrapollack.com

- **Laurence Jesse Hasson**
  lhasson@bernlieb.com

- **Stephen J. Teti**
  steti@blockesq.com

- **James Milligan Wilson , Jr**
  jwilson@faruqilaw.com,ecf@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`