# EXHIBIT C

Class Period: 12/12/2019 - 02/16/2021

| Name | Date | Shares Acquired | Price | Total Cost | Date* | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|------|------|-----------------|-------|------------|-------|-----------------|-------|----------------|-------------------|
| Gad Shitrit | 02/10/2021 | 4,884 | $90.00 | $439,560.00 | 02/17/2021 | 4,884 | $62.02 | $302,881.27 | |
| **Movant's Total** | | **4,884** | | **$439,560.00** | | **4,884** | | **$302,881.27** | **($136,678.73)** |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.