# EXHIBIT D

I, GAD SHITRIT, declare as follows:

1. This declaration is made in support of my motion for appointment as lead plaintiff. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am 51 years old and reside in Israel.

3. I am currently a semi-retired securities trader. Before that, I was a business operator and entrepreneur in the real estate, financial, and other sectors. Through my various business ventures, I have amassed experience hiring and overseeing lawyers.

4. I have over 15 years of experience investing in the capital markets.

5. I suffered substantial losses as a result of my transactions in EHang Holdings Limited securities during the Class Period. As a result, I am motivated to seek to obtain the best possible result for myself and the class.

6. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

7. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

8. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

9. I am aware that I have the right to select counsel as part of the lead plaintiff process. I communicated with attorneys at Johnson Fistel, LLP and Robbins Geller Rudman & Dowd LLP as part of my due diligence process and assessed the firms' qualifications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Scanned with CamScanner

Executed this 01 day of April, 2021

GAD SHITRIT

15 /04/2021

4817-7569-2773.v1

GS

Scanned with CamScanner