**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, <br><br> Defendants. | Case No. 1:21-cv-01392-GBD <br><br> <u>CLASS ACTION</u> |
| VIVIAN CHAUMONT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, <br><br> Defendants. | Case No. 1:21-cv-01526-GBD <br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION AND MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT RAMIRO PINEDA AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL**

010993-11/1469001 V1

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to the Lead Plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), class member Ramiro Pineda ("Mr. Pineda" or "Movant") hereby moves the Honorable Judge George B. Daniels, United States District Court for the Southern District of New York, for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Mr. Pineda as Lead Plaintiff in this action against EHang Holdings Limited ("EHang," "EH," or the "Company"), and certain EHang senior officers (referred to collectively as "Defendants"), (3) approving Mr. Pineda's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel in this action, and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

Mr. Pineda makes this motion on the grounds that the Related Actions share common factual and legal issues and on the belief that he is the most "adequate plaintiff" as defined in the PSLRA because:

1.      Mr. Pineda has the largest known financial interest in the relief sought by the Class. Mr. Pineda has incurred substantial losses as a result of his purchase and/or acquisition of shares of EHang securities; and

2.      Mr. Pineda satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

**WHEREFORE**, Mr. Pineda respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint Mr. Pineda as the Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (3) approve Mr. Pineda's selection of Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED:  April 19, 2021                                   HAGENS BERMAN SOBOL SHAPIRO LLP

By      */s/ Nathaniel A. Tarnor*
          NATHANIEL A. TARNOR

322 8th Avenue, Suite 802
New York, NY10001
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
Wesley A. Wong
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292

- 3 -

Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*
*Ramiro Pineda*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

- 4 -