# Exhibit B

**Loss Analysis for Ramiro Pineda - EHang Holdings Limited (EH)**
**Class Period 12/09/19 - 02/16/21**



| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 02/16/21 | 1,000 | $111.5500 | $111,550.00 | | 02/16/21 | 800 | $50.6000 | $40,480.00 |
| Purchases | 02/16/21 | 200 | $100.0000 | $20,000.00 | | 02/16/21 | 800 | $53.0000 | $42,400.00 |
| | 02/16/21 | 400 | $101.0000 | $40,400.00 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Total Shares Acquired in CP  1,600    Total Amt. Paid in CP  $171,950.00    Total Shares Sold in CP  1,600    Total Amt. Sold in CP  $82,880.00
Post CP Shares Sold  0    Post CP Amount Sold  $0.00
Total Shares Sold to Current  1,600    Total Amt. Sold to Current  $82,880.00  ALTERNATIVE

Actual Net Shares Acquired in CP  -  (CP Retained Shares)

Net Amount Paid  in CP  $89,070.00
Net Amount Paid in CP Minus Sold to Current Date  $89,070.00  ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)  0  Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date  0  Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $42.29

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $0.00  ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  $89,070.00  ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  $89,070.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  $89,070.00  ALTERNATIVE