**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYOBE AMBERBER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, <br><br> Defendants. | CASE No.: 1:21-cv-01392-GBD-GWG <br><br> **NOTICE OF MOTION OF ESTHER YANG TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> ORAL ARGUMENT REQUESTED |
| VIVIAN CHAUMONT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br><br> EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, <br><br> Defendants. | CASE No.: 1:21-cv-01526-GBD-GWG <br><br><br> <u>CLASS ACTION</u> |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Esther Yang ("Movant") hereby moves this Court, the Honorable George B. Daniels, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)     consolidating the related actions;

(b)     appointing Movant to serve as Lead Plaintiff in this action; and

(c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated April 19, 2021 (and exhibits); and (ii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Dated: April 19, 2021             Respectfully submitted,

                                  **THE ROSEN LAW FIRM, P.A.**

                                  /s/ Phillip Kim
                                  Phillip Kim, Esq. (PK 9384)
                                  Laurence M. Rosen, Esq. (LR 5733)
                                  275 Madison Avenue, 40th Floor
                                  New York, New York 10016
                                  Telephone: (212) 686-1060
                                  Fax: (212) 202-3827
                                  Email: pkim@rosenlegal.com
                                  Email: lrosen@rosenlegal.com

                                  *[Proposed] Lead Counsel for Lead Plaintiff*
                                  *and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim