# EXHIBIT 3

**Ehang Holdings Limited Loss Chart**
**Class Period: December 12, 2019 through February 16, 2021**

| Name | Date Purchased* | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $ 42.38 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yang, Esther | 1/15/2021 | 500 | ($40.10) | ($20,050.00) | | | | | | | | |
| | 2/8/2021 | 19 | ($103.90) | ($1,974.10) | | | | | | | | |
| | 2/12/2021 | 200 | ($100.77) | ($20,154.00) | | | | | | | | |
| | 2/16/2021 | 300 | ($114.50) | ($34,350.00) | | | | | | | | |
| | 2/16/2021 | 300 | ($114.20) | ($34,260.00) | | | | | | | | |
| | 2/16/2021 | 500 | ($94.70) | ($47,350.00) | | | | | | | | |
| | 2/16/2021 | 200 | ($94.10) | ($18,820.00) | | | | | | | | |
| | 2/16/2021 | 600 | ($56.81) | ($34,086.00) | | | | | | | | |
| | | 2,619 | | ($211,044.10) | | | | | 2,619 | $110,998.69 | ($100,045.41) | |

*May reflect settlement and/or placement dates.