**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>    Defendants. | Case No.: 1:21-cv-01392-GBD<br><br>Hon. George B. Daniels |
| VIVIAN CHAUMONT, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>    Defendants. | Case No.: 1:21-cv-01526-GBD<br><br>Hon. George B. Daniels |

**NOTICE OF MOTION OF HONG KONG HUA XIA INTERNATIONAL HOLDINGS LIMITED FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Hong Kong Hua Xia International Holdings Limited ("Movant") respectfully moves this Court for an order: (1) consolidating the above captioned related actions (the "Actions"), (2) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities

Litigation Reform Act of 1995 (the "PSLRA") and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: April 19, 2021                                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Hong Kong Hua Xia*
*International Holdings Limited and*
*[Proposed] Lead Counsel for the Class*