**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>    Defendants. | Case No.: 1:21-cv-01392-GBD<br><br>Hon. George B. Daniels |
| VIVIAN CHAUMONT, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>    Defendants. | Case No.: 1:21-cv-01526-GBD<br><br>Hon. George B. Daniels |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF HONG KONG HUA XIA INTERNATIONAL HOLDINGS LIMITED'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Hong Kong Hua Xia International Holdings Limited ("Movant") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment

as Lead Plaintiff, and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3.       Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    PSLRA Certification signed by Movant attesting to its transactions of EHang Holdings Limited ("EHang" or the "Company") securities;

Exhibit B:    Loss Chart reflecting the losses incurred by Movant as a result of its transactions in EHang securities;

Exhibit C:    Press Release published February 18, 2021, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Amberber v. EHang Holdings Limited, et. al.,* Case No. 1:21-cv-01392-GBD;

Exhibit D:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: April 19, 2021                                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Counsel for Hong Kong Hua Xia*
*International Holdings Limited and*
*[Proposed] Lead Counsel for the Class*

2