# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Yau Siu Yin , on behalf of Hong Kong Hua Xia International Holdings Limited ("Movant/Plaintiff"), for which I am the Accounting Officer and duly authorized to act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.  Movant/Plaintiff has reviewed a complaint filed in the actions.

2. Movant/Plaintiff did not purchase the security that is the subject of these actions at the direction of plaintiff's counsel or in order to participate in these private actions.

3. Movant/Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Movant/Plaintiff's transaction(s) in EHang Holdings Limited securities which are the subject of this litigation during the class period are set forth in the chart attached hereto.

5. Within the last 3 years, Movant/Plaintiff has not sought to serve nor has it served as a class representative in any federal securities fraud case.

6. Movant/Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this March 22,2021 .

Name: Yau Siu Yin, on behalf of Hong Kong Hua
Xia International Holdings Limited

Signed:

| Case Name | Ehang Holdings Limited |
|---|---|
| Ticker | EH |
| Class Period | 12-12-2019 to 02-16-2021 |

**Client Name**

Hong Kong Hua Xia
International Holdings Limited

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-11-2021 | P | 2000 | $ 105.80 |