# EXHIBIT B

| Client Name | Hong Kong Hua Xia International Holdings Limited |
|---|---|
| Company Name | EHang Holdings Limited |
| Ticker Symbol | EH |
| Security Type | |
| Class Period Start | 12-12-2019 |
| Class Period End | 02-16-2021 |
| 90-DAY Lookback Period Start | 02-16-2021 |
| 90-DAY Lookback Period End | 04-19-2021 |
| 90-DAY Lookback Average | $ 41.98 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $114,665.68 |
| DURA LIFO* Total | $114,665.68 |
| Gross Shares Purchased | 2,000.00 |
| Net Shares Retained | 2,000.00 |
| Net Funds Expended | $ 211,600.00 |

### Hong Kong Hua Xia International Holdings Limited

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-11-2021 | 1000 | 105.8 | $ 105,800.00 | 02-26-2021 | | 1000 | $ 54.95 | | $ 54,950.00 | 1000 | - | $ 41.98 | | $ 50,850.00 | $ 50,850.00 |
| 02-11-2021 | 1000 | 105.8 | $ 105,800.00 | | | | | | - | 1000 | 1000 | $ 41.98 | $ 41,984.32 | $ 63,815.68 | $ 63,815.68 |
| Total: | 2,000 | | $211,600.00 | | | 1000 | | | $54,950 | 2,000 | 1,000 | | $ 41,984.32 | $ 114,665.68 | $ 114,665.68 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective diclosure(s) matched to intra-class period purchases.