UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYOBE AMBERBER, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>     vs.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>                            Defendants. | Case No.  1:21-cv-01392-GBD<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF SUNG HONG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| VIVIAN CHAUMONT, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>     v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>                            Defendants. | Case No.  1:21-cv-01526-GBD |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Sung Hong ("Hong"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Hong's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Chart reflecting Hong's financial interest in the Related Actions;

Exhibit B:      Press release published over *Accesswire*, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:      Shareholder Certification executed by Hong;

Exhibit D:      Declaration executed by Hong; and

Exhibit E:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 19, 2021, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1