# EXHIBIT A

**EHang Holdings Limited (EH)**
**Class Period: December 12, 2019 to February 16, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Quantity | Price | Amount | Sales Date | Quantity | Price | Amount | ADSs Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Sung Hong | 11/23/2020 | 2,000 | $12.7000 | ($25,400) | 1/19/2021 | (20,000) | $57.0077 | $1,140,154 | | |
| Sung Hong | 11/24/2020 | 918 | $14.7000 | ($13,495) | 2/17/2021* | (41,500) | $62.0150 | $2,573,623 | | |
| Sung Hong | 11/24/2020 | 1,094 | $14.7800 | ($16,169) | 2/17/2021* | (16,000) | $62.0150 | $992,240 | | |
| Sung Hong | 11/24/2020 | 546 | $14.8000 | ($8,081) | | | | | | |
| Sung Hong | 11/24/2020 | 1,934 | $14.0000 | ($27,076) | | | | | | |
| Sung Hong | 11/24/2020 | 93 | $13.8600 | ($1,289) | | | | | | |
| Sung Hong | 11/25/2020 | 43 | $14.3347 | ($616) | | | | | | |
| Sung Hong | 12/21/2020 | 3,372 | $20.6881 | ($69,760) | | | | | | |
| Sung Hong | 12/23/2020 | 10,000 | $25.0000 | ($250,000) | | | | | | |
| Sung Hong | 1/20/2021 | 20,000 | $68.9526 | ($1,379,052) | | | | | | |
| Sung Hong | 1/21/2021 | 5,000 | $77.0000 | ($385,000) | | | | | | |
| Sung Hong | 1/26/2021 | 2,500 | $89.0000 | ($222,500) | | | | | | |
| Sung Hong | 1/28/2021 | 1,500 | $74.0540 | ($111,081) | | | | | | |
| Sung Hong | 2/3/2021 | 6,000 | $83.1419 | ($498,852) | | | | | | |
| Sung Hong | 2/10/2021 | 2,000 | $109.6986 | ($219,397) | | | | | | |
| Sung Hong | 2/12/2021 | 2,500 | $104.2500 | ($260,625) | | | | | | |
| Sung Hong | 2/16/2021 | 2,000 | $122.5000 | ($245,000) | | | | | | |
| Sung Hong | 2/16/2021 | 5,000 | $90.5391 | ($452,695) | | | | | | |
| Sung Hong | 2/16/2021 | 3,000 | $90.5347 | ($271,604) | | | | | | |
| Sung Hong | 2/16/2021 | 3,000 | $78.7000 | ($236,100) | | | | | | |
| Sung Hong | 2/16/2021 | 3,000 | $57.7971 | ($173,391) | | | | | | |
| Sung Hong | 2/16/2021 | 2,000 | $49.8813 | ($99,763) | | | | | | |
| **Sung Hong** | | **77,500** | | **($4,966,947)** | | **(77,500)** | | **$4,706,017** | **57,500** | **($260,930)** |

*Post-Class Period Sales are valued at the higher of the actual sales price or 90-day lookback price as of date of sale