# EXHIBIT B

Case 1:21-cv-01392-CBD-CWG   Document 37-2   Filed 04/19/21   Page 2 of 4



Tell My Story    Login

Back to Newsroom

**Mentioned in this Article**

# LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Again EHang Holdings Limited for Securities Fraud; Investors Who Lost Money Should Contact the Firm



Block & Leviton LLP

Wednesday, February 17, 2021 2:30 PM

Share this article now

Topic:   Lawsuits

BOSTON, MA / ACCESSWIRE / February 17, 2021 / Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against EHang Holdings Limited (NASDAQ:EH) and certain of its executives for securities fraud. Investors who purchased EH shares between December 12, 2019 and February 16, 2021 (any on February

Drop us a line:   888.952.4446    Email:   Sales   Editorial   Content license

Copyright 2021 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions

Case 1:21-cv-01392-GBD-GWG  Document 37-2  Filed 04/19/21  Page 3 of 4



**website** for information on the case. The deadline to seek appointment as lead plaintiff is April 19, 2021.

On February 16, 2021, analyst Wolfpack Research issued a scathing report concerning Ehang entitled: "EHang: A Stock Promotion Destined to Crash and Burn." In this report, Wolfpack Research called EHang "an elaborate stock promotion, built on largely fabricated revenues based on sham sales contracts . . . ." The report continued that "EH has perpetuated its story with a collection of lies about its products, manufacturing, revenues, partnerships, and potential regulatory approval of its purported main business." Wolfpack Research asserted that it "gathered extensive evidence including behind-the-scenes photographs, recorded phone calls, and videos of on-site visits to EH's various facilities." The market was stunned on this news, with shares plunging nearly 67% in one day, wiping out billions of dollars in market capitalization.

The lawsuit was filed in the U.S. District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007. The case is captioned *Amberber v. EHang Holdings Limited, et al.*, No. 1:21-cv-01392 (S.D.N.Y.), and has not yet been assigned to a specific judge. The class period is between December 12, 2019 and February 16, 2021 (and on February 16, 2021, only for those who purchased shares at or above the price of $112.00), inclusive. A class has not yet been certified, and until a certification

Drop us a line:   888.952.4446    Email:  Sales  Editorial  Content license

 

Copyright 2021 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions

Case 1:21-cv-01392-GBD-GWG    Document 37-2    Filed 04/19/21    Page 4 of 4



only for those who purchased shares at or above the price of $112.00), and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is April 19, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP

260 Franklin St., Suite 1860

Boston, MA 02110

Phone: (617) 398-5600

Email: cases@blockleviton.com

www.blockleviton.com

SOURCE: Block & Leviton LLP

 Back to Newsroom

