**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-01392-GBD |
| Plaintiff, | CLASS ACTION |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG LU, | |
| Defendants. | |
| VIVIAN CHAUMONT, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-01526-GBD |
| Plaintiff, | CLASS ACTION |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG LU, | |
| Defendants. | |

**NOTICE OF MOTION OF SERGIU RATA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, Courtroom 11A, 500 Pearl St., New York, New York 10007-1312, Sergiu Rata will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15

U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the above-captioned actions; (2) appointing Mr. Rata as Lead Plaintiff; (3) approving of his selection of Block & Leviton LLP as Lead Counsel for the class; and (4) for any further relief which the Court may deem just and proper.

This Motion is made on the grounds that Mr. Rata believes that he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Mr. Rata believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses he incurred on his class period transactions in EHang Holdings Limited securities. Furthermore, Mr. Rata satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Jeffrey C. Block filed herewith, Mr. Rata's Certification and Declaration filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Rata respectfully requests that the Court: (1) consolidate the other related securities fraud class actions against EHang Holdings Limited filed in this district; (2) appoint Mr. Rata as Lead Plaintiff pursuant to the PSLRA; (3) approve of Mr. Rata's selection of Block & Leviton LLP as Lead Counsel for the Class; and (4) grant any such further relief as the Court may deem just and proper.

Dated: April 19, 2021                             Respectfully submitted,

                                                  /s/ Jeffrey C. Block
                                                  Jeffrey C. Block
                                                  Stephen J. Teti

2

**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
steti@blockleviton.com

*Attorneys for Mr. Rata and*
*Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block