**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG LU,<br><br>Defendants. | Case No. 1:21-cv-01392-GBD<br><br>CLASS ACTION |
| VIVIAN CHAUMONT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG LU,<br><br>Defendants. | Case No. 1:21-cv-01526-GBD<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF SERGIU RATA'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1.      I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Sergiu Rata to consolidate cases, for appointment as lead plaintiff, and for approval of his selection of counsel.

2. Attached hereto as Exhibit A is a copy of a press release issued by Block & Leviton LLP, dated February 18, 2021, announcing the filing of a class action, with a class period of December 12, 2019 to February 16, 2021 (and on February 16, 2021, including only those investors who purchased shares at or above the price of $112.00), against the above-referenced defendants, and noticing that the filing date for appointment as Lead Plaintiff is April 19, 2021.

3. Attached hereto as Exhibit B is a copy of a press release issued by Glancy Prongay & Murray LLP, dated February 19, 2021, announcing the filing of the above-captioned *Chaumont* action and that the class period was updated to run from December 12, 2019 to February 16, 2021, and reiterating that the filing date for appointment as Lead Plaintiff is April 19, 2021.

4. Attached hereto as Exhibit C is Mr. Rata's PSLRA Certification.

5. Attached hereto as Exhibit D is a chart reflecting Mr. Rata's losses in the relevant securities.

6. Attached hereto as Exhibit E is Mr. Rata's Declaration.

7. Attached hereto as Exhibit F is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

Dated: April 19, 2021        */s/ Jeffrey C. Block*
            Jeffrey C. Block

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block