# EXHIBIT B





# EH CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against EHang Holdings Limited

February 19, 2021 05:53 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York captioned *Chaumont v. EHang Holdings Limited, et al.,* (Case No. 1:21-cv-01526 ) on behalf of persons and entities that purchased or otherwise acquired EHang Holdings Limited ("EHang" or the "Company") (NASDAQ: EH) American Depositary Shares ("ADSs") between **December 12, 2019 and February 16, 2021**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have until **April 19, 2021** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your EHang investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/ehang-holdings-limited/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On February 16, 2021, analyst Wolfpack Research published a research report entitled "EHang: A Stock Promotion Destined to Crash and Burn." Citing "extensive evidence" including "behind-the-scenes photographs, recorded phone calls, and videos of on-site visits to EH's various facilities," the report alleged that EHang is "an elaborate stock promotion, built on largely fabricated revenues based on sham sales contracts with a customer [Shanghai Kunxiang Intelligent Technology Co., Ltd.] who appears to us to be more interested in helping inflate the value of its investment in EH . . . than about buying its products." Wolfpack Research also noted that "in just 14 months as a publicly traded company, EH's PR team has put out 50 press releases . . . . However, EH's constant stream of press releases are easily proven untrue." Finally, the report alleged that Wolfpack Research "obtained Chinese court records which show that EH's ADRs may already be in serious jeopardy due to legal issues in China."

On this news, the Company's share price fell $77.79, or approximately 62.7%, to close at $46.30 per share, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company's purported regulatory approvals in Europe and North America for its EH2216 were for use as a drone, not for carrying passengers; (2) that EHang's relationship with its purported primary customer is a sham; (3) that EHang has only collected on a fraction of its reported sales since its ADSs began trading on the NASDAQ exchange; (4) that the Company's manufacturing facilities were

practically empty and lacked evidence of advanced manufacturing equipment or employees; (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired the EHang ADSs during the Class Period, you may move the Court no later than **April 19, 2021** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com

#Hashtags

#INVESTORS    #FRAUD    #CLASSACTION

$Cashtags

$EH