# EXHIBIT D

## **Sergiu Rata – EHang Holdings Limited Loss Chart**

| Date | Transaction | Shares | Price Per Share | Net |
|---|---|---|---|---|
| February 16, 2021 | Buy | 1,049 | $120.73 | ($126,647.55) |
| February 16, 2021 | Buy | 6,666 | $120.91 | ($806,014.97) |
| February 16, 2021 | Sell | 7,715 | $72.14 | $556,536.40 |

**Total Losses: $376,126.12**