**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYOBE AMBERBER, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-01392-GBD |
| Plaintiff, | |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |
| VIVIAN CHAUMONT, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-01526-GBD |
| Plaintiff, | |
| v. | |
| EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF HEIDI CHEN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Heidi Chen ("Chen") and proposed Lead Counsel for the Class in the above-captioned action. I make this declaration in support of Chen's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Press release published February 18, 2021 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B: Chen's Signed PSLRA Certification;

Exhibit C: Table of Chen's calculated losses, as a result of transactions in EHang Holdings Limited securities; and

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 19th day of April 2021.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 19, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh