# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**EHANG HOLDINGS LIMITED SECURITIES LITIGATION**

I, Heidi Chen, individually, and on behalf of (1) the Yuan Chen Family Foundation (the "Foundation"), as CEO; (2) Yahsing Yuan, as assignee, (3) Albert Yuan, as assignee, and (4) Andrew Yuan, as assignee, (collectively, the "Yuan Family"), and duly authorized to act, certify as to the claims asserted under the federal securities laws, that:

1. I reside in Santa Clara County, California. I have been managing my own portfolio for more than 20 years. I have been managing the Foundation's portfolio since its inception, and I have been managing the portfolios of the Yuan Family for approximately 5 years. I am an Engineering Manager, and I have an M.B.A. and an M.S. in Computer Engineering.

2. I have reviewed the complaints filed in the actions and authorize their filing and/or the filing of a Lead Plaintiff motion on my behalf.

3. The EHang Holdings Limited securities that are the subject of this action were not purchased at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. The transactions in EHang Holdings Limited securities that are the subject of the Complaint during the class period specified in the complaint are as follows:

   (See attached transactions)

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

4/16/2021
_____
Date

DocuSigned by:
*Heidi Chen*
—55859048071C488...
_____
Heidi Chen

**Transactions for Albert Yuan in EHang Holdings Limited (EH)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 68 | $89.2000 |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 93 | $101.8000 |
| 2/16/2021 | Bought | 11 | $101.8000 |

**Transactions for Andrew Yuan in EHang Holdings Limited (EH)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 25 | $103.5600 |

**Heidi Chen's Transactions in EHang Holdings Limited (EH)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|------|-----------------|----------|------------|
| 2/16/2021 | Bought | 1,000 | $86.8000 |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|------|-----------------|----------|------------|
| 2/5/2021 | Bought | 200 | $77.1200 |
| 2/16/2021 | Bought | 1,813 | $88.8000 |

**Account 3**

| Date | Transaction Type | Quantity | Unit Price |
|------|-----------------|----------|------------|
| 2/1/2021 | Bought | 1,000 | $80.4800 |
| 2/3/2021 | Bought | 1,000 | $82.7500 |
| 2/16/2021 | Bought | 1,500 | $88.8000 |

**Transactions for Yahsing Yuan in EHang Holdings Limited (EH)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 462 | $101.6913 |

**Transactions for Yahsing Yuan & Heidi Chen in EHang Holdings Limited (EH)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/1/2021 | Bought | 1,500 | $81.3599 |
| 2/1/2021 | Bought | 200 | $81.3500 |
| 2/1/2021 | Bought | 300 | $81.3400 |

**Transactions for the Yuan Chen Family Foundation in EHang Holdings Limited (EH)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/4/2021 | Bought | 1,000 | $78.6000 |