# EXHIBIT C

Loss Chart

**Company Name:** EHang Holdings Limited
**Ticker:** EH
**Class Period:** December 12, 2019 to February 16, 2021

**Name:** Albert Yuan

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2021 | 68 | $89.2000 | -$6,065.6000 | | $0.0000 | -$6,065.60 |
| 2/19/2021 | -68 | | $0.0000 | $68.8000 | $4,678.4000 | $4,678.40 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$1,387.20** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$1,387.20** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2021 | 93 | $101.8000 | -$9,467.4000 | | $0.0000 | -$9,467.40 |
| 2/16/2021 | 11 | $101.8000 | -$1,119.8000 | | $0.0000 | -$1,119.80 |
| 2/18/2021 | -104 | | $0.0000 | $66.1100 | $6,875.4400 | $6,875.44 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$3,711.76** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$3,711.76** |

| | | | | | **Albert Yuan Total:** | **-$5,098.96** |
|---|---|---|---|---|---|---|

**Name:** Andrew Yuan

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2021 | 25 | $103.5600 | -$2,589.0000 | | $0.0000 | -$2,589.00 |
| 2/19/2021 | -25 | | $0.0000 | $68.5000 | $1,712.5000 | $1,712.50 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$876.50** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$876.50** |

**Name:** Heidi Chen

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2021 | 1,000 | $86.8000 | -$86,800.0000 | | $0.0000 | -$86,800.00 |
| 2/18/2021 | -1,000 | | $0.0000 | $61.7400 | $61,740.0003 | $61,740.00 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$25,060.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$25,060.00** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/5/2021 | 200 | $77.1200 | -$15,424.0000 | | $0.0000 | -$15,424.00 |
| 2/16/2021 | 1,813 | $88.8000 | -$160,994.4000 | | $0.0000 | -$160,994.40 |
| 2/19/2021 | -2,013 | | $0.0000 | $66.8000 | $134,468.4000 | $134,468.40 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$41,950.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$41,950.00** |

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/1/2021 | 1,000 | $80.4800 | -$80,480.0000 | | $0.0000 | -$80,480.00 |
| 2/3/2021 | 1,000 | $82.7500 | -$82,750.0000 | | $0.0000 | -$82,750.00 |
| 2/16/2021 | 1,500 | $88.8000 | -$133,200.0000 | | $0.0000 | -$133,200.00 |
| 2/19/2021 | -2,500 | | $0.0000 | $68.8000 | $172,000.0000 | $172,000.00 |
| 3/9/2021 | -42 | | $0.0000 | $49.0594 | $2,060.4938 | $2,060.49 |
| 3/9/2021 | -155 | | $0.0000 | $49.0594 | $7,604.2032 | $7,604.20 |
| 3/9/2021 | -90 | | $0.0000 | $49.0594 | $4,415.3438 | $4,415.34 |
| 3/9/2021 | -90 | | $0.0000 | $49.0594 | $4,415.3438 | $4,415.34 |
| 3/9/2021 | -623 | | $0.0000 | $49.0594 | $30,563.9908 | $30,563.99 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$75,370.62** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$75,370.62** |

| | | | | | **Heidi Chen Total:** | **-$142,380.62** |
|---|---|---|---|---|---|---|

Loss Chart

**Name:** Yahsing Yuan

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2021 | 462 | $101.6913 | -$46,981.3806 | | $0.0000 | -$46,981.38 |
| 2/18/2021 | -462 | | $0.0000 | $61.7400 | $28,523.8802 | $28,523.88 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$18,457.50** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$18,457.50** |

**Name:** Yahsing Yuan & Heidi Chen

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/1/2021 | 1,500 | $81.3599 | -$122,039.8500 | | $0.0000 | -$122,039.85 |
| 2/1/2021 | 200 | $81.3500 | -$16,270.0000 | | $0.0000 | -$16,270.00 |
| 2/1/2021 | 300 | $81.3400 | -$24,402.0000 | | $0.0000 | -$24,402.00 |
| 2/18/2021 | -2,000 | | $0.0000 | $65.8000 | $131,600.0000 | $131,600.00 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$31,111.85** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$31,111.85** |

**Name:** Yuan Chen Family Foundation

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/4/2021 | 1,000 | $78.6000 | -$78,600.0000 | | $0.0000 | -$78,600.00 |
| 2/19/2021 | -1,000 | | $0.0000 | $66.8000 | $66,800.0000 | $66,800.00 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$11,800.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $42.3821 | 0 | **Total:** | **-$11,800.00** |

| Movants' Loss Summary | |
|---|---|
| Albert Yuan | -$5,098.96 |
| Andrew Yuan | -$876.50 |
| Heidi Chen | -$142,380.62 |
| Yahsing Yuan | -$18,457.50 |
| Yahsing Yuan & Heidi Chen | -$31,111.85 |
| Yuan Chen Family Foundation | -$11,800.00 |
| **TOTAL:** | **-$209,725.43** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between February 16, 2021 and April 16, 2021.

Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.