CALCATERRA POLLACK LLP
Regina Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1765
Email: rcalcaterra@calcaterrapollack.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
       mdellangelo@bm.net
       aabramowitz@bm.net
       dmuch@bm.net

*Attorneys for Proposed Lead Plaintiff*
*Tarun Gupta*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYOBE AMBERBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,<br><br>Defendants. | Civil Action No.1:21-cv-01392-GBD<br><br>CLASS ACTION<br><br>Hon. George B. Daniels<br>Courtroom 11A |
| VIVIAN CHAUMONT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs. | Civil Action No.1:21-cv-01526-GBD<br><br>CLASS ACTION<br><br>Hon. George B. Daniels<br>Courtroom 11A |

EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG XU,

Defendants.

**DECLARATION OF REGINA CALCATERRA, ESQ. IN SUPPORT OF MOVANT TARUN GUPTA'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Regina Calcaterra, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a partner at the law firm of Calcaterra Pollack LLP and submit this declaration in support of the motion filed by Proposed Lead Plaintiff Tarun Gupta ("Movant") for the entry of an Order: (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC ("Berger Montague") as Lead Counsel and Calcaterra Pollack LLP as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Tarun Gupta pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Notice of pendency of class action lawsuit against EHang Holdings Limited, published on February 18, 2021;

EXHIBIT C:  Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in EHang Holdings Limited securities;

EXHIBIT D:  Firm resume of Berger Montague PC; and

EXHIBIT E:  Firm resume of Calcaterra Pollack.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of April 2021.      _/s/ Regina Calcaterra_____
                                                          Regina Calcaterra

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify that on April 19, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Regina Calcaterra*
Regina Calcaterra