# Exhibit B



SERVICES ⌄          CONTACT US          FRANÇAIS          SIGN IN          REGISTER

**BLOCK & LEVITON LLP**

# LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against EHang Holdings Limited for Securities Fraud; Investors Who Lost Money Should Contact the Firm

February 18, 2021 11:03 ET | Source: Block & Leviton LLP

BOSTON, Feb. 18, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against EHang Holdings Limited (NASDAQ: EH) and certain of its executives for securities fraud. Investors who purchased EH shares between December 12, 2019 and February 16, 2021 (and on February 16, 2021, only those who purchased shares at or above the price of $112.00), and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case. The deadline to seek appointment as lead plaintiff is April 19, 2021.

On February 16, 2021, analyst Wolfpack Research issued a scathing report concerning Ehang entitled: "EHang: A Stock Promotion Destined to Crash and Burn." In this report, Wolfpack Research called EHang "an elaborate stock promotion, built on largely fabricated revenues based on sham sales contracts . . . ." The report continued that "EH has perpetuated its story with a collection of lies about its products, manufacturing, revenues, partnerships, and potential regulatory approval of its purported main business." Wolfpack Research asserted that it "gathered extensive evidence including behind-the-scenes photographs, recorded phone calls, and videos of on-site visits to EH's various facilities." The market was stunned on this news, with shares plunging nearly 63% in one day, wiping out billions of dollars in market capitalization.



captioned *Amberber v. EHang Holdings Limited, et al.*, No. 1:21-cv-01392 (S.D.N.Y.), and has not yet been assigned to a specific judge. The class period is between December 12, 2019 and February 16, 2021 (and on February 16, 2021, only for those who purchased shares at or above the price of $112.00), inclusive. A class has not yet been certified, and until a certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

If you purchased or acquired EH shares between December 12, 2019 and February 16, 2021 (and on February 16, 2021, only for those who purchased shares at or above the price of $112.00), and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is April 19, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP

260 Franklin St., Suite 1860

Boston, MA 02110

Phone: (617) 398-5600

Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP

www.blockleviton.com

**Tags**

Class Action

# Recommended Reading



SERVICES ⌄          CONTACT US          FRANÇAIS          SIGN IN          REGISTER

**Canaan Inc. Sued for Violations of the Federal Securities Laws; Investors Should Contact Block & Leviton LLP**

BOSTON, April 15, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP announces that a lawsuit for violations of the federal securities laws has been filed against Canaan Inc. (NASDAQ: CAN) and certain...

BLOCK & LEVITON LLP

**AGAINST EBANG (NASDAQ: EBON): Investors May Be Able To Recover Losses And Should Contact Block & Leviton LLP**

BOSTON, April 09, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP announces that a lawsuit has been filed against Ebang International Holdings (NASDAQ:EBON) for violations of the federal securities...

BLOCK & LEVITON LLP

# Explore

### Glucoflow Review:          BioFit Reviews:



## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

© 2021 GlobeNewswire, Inc. All Rights Reserved.

## Newswire Distribution Network & Management

• Home                    • RSS Feeds

• Newsroom                • Legal