# Exhibit C

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Total Purchase Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Total Sale Proceeds (Excl. Fees & Comms.) | No. of Shares Purch. in Class Pd. and Still Held |
|---|---|---|---|---|---|---|---|---|
| **Tarun Gupta Losses From Trading In EHang Holdings Ltd. ("EH") During The Class Period (12/12/2019 - 2/16/2021)** | | | | | | | | |
| **Pre-Class Pd. Holdings [1]:** | | 0 | | | | | | 0 |
| 01/15/2021 | Buy | 5,000 | $50.0000 | $250,000 | | | | 5,000 |
| 01/15/2021 | Buy | 4,000 | $50.0000 | $200,000 | | | | 9,000 |
| 01/15/2021 | Sell | | | | 32 | $50.1500 | $1,605 | 8,968 |
| 01/15/2021 | Sell | | | | 70 | $50.1900 | $3,513 | 8,898 |
| 01/15/2021 | Sell | | | | 100 | $50.1800 | $5,018 | 8,798 |
| 01/15/2021 | Sell | | | | 103 | $50.1700 | $5,168 | 8,695 |
| 01/15/2021 | Sell | | | | 240 | $50.0100 | $12,002 | 8,455 |
| 01/15/2021 | Sell | | | | 1,249 | $50.0000 | $62,450 | 7,206 |
| 01/15/2021 | Sell | | | | 3,206 | $50.2600 | $161,134 | 4,000 |
| 01/19/2021 | Sell | | | | 4,000 | $50.0000 | $200,000 | 0 |
| 01/20/2021 | Buy | 3,800 | $67.0000 | $254,600 | | | | 3,800 |
| 01/20/2021 | Buy | 3,800 | $71.0000 | $269,800 | | | | 7,600 |
| 01/20/2021 | Buy | 3,600 | $74.0000 | $266,400 | | | | 11,200 |
| 01/20/2021 | Buy | 3,600 | $75.0000 | $270,000 | | | | 14,800 |
| 01/20/2021 | Buy | 400 | $59.9400 | $23,976 | | | | 15,200 |
| 01/20/2021 | Buy | 200 | $59.8100 | $11,962 | | | | 15,400 |
| 01/20/2021 | Buy | 100 | $59.8600 | $5,986 | | | | 15,500 |
| 01/20/2021 | Buy | 100 | $59.9400 | $5,994 | | | | 15,600 |
| 01/20/2021 | Sell | | | | 10 | $73.5000 | $735 | 15,590 |
| 01/20/2021 | Sell | | | | 20 | $73.8000 | $1,476 | 15,570 |
| 01/20/2021 | Sell | | | | 50 | $72.5500 | $3,628 | 15,520 |
| 01/20/2021 | Sell | | | | 50 | $73.6000 | $3,680 | 15,470 |
| 01/20/2021 | Sell | | | | 800 | $60.4500 | $48,360 | 14,670 |
| 01/20/2021 | Sell | | | | 3,600 | $76.3000 | $274,680 | 11,070 |
| 01/20/2021 | Sell | | | | 3,750 | $72.5000 | $271,875 | 7,320 |
| 01/20/2021 | Sell | | | | 3,800 | $68.0000 | $258,400 | 3,520 |
| 01/21/2021 | Buy | 3,500 | $77.5000 | $271,250 | | | | 7,020 |
| 01/21/2021 | Buy | 3,500 | $81.0000 | $283,500 | | | | 10,520 |
| 01/21/2021 | Sell | | | | 54 | $75.0100 | $4,051 | 10,466 |
| 01/21/2021 | Sell | | | | 71 | $75.0000 | $5,325 | 10,395 |
| 01/21/2021 | Sell | | | | 3,500 | $78.4500 | $274,575 | 6,895 |
| 01/21/2021 | Sell | | | | 3,520 | $78.0000 | $274,560 | 3,375 |
| 01/25/2021 | Sell | | | | 3,375 | $96.0000 | $324,000 | 0 |
| 01/26/2021 | Buy | 4,000 | $92.0000 | $368,000 | | | | 4,000 |

| | | | | | | | | No. of |
|---|---|---|---|---|---|---|---|---|

**Tarun Gupta Losses From Trading In EHang Holdings Ltd. ("EH")**
**During The Class Period (12/12/2019 - 2/16/2021)**

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Total Purchase Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Total Sale Proceeds (Excl. Fees & Comms.) | No. of Shares Purch. in Class Pd. and Still Held |
|---|---|---|---|---|---|---|---|---|
| 01/26/2021 | Buy | 3,000 | $90.0200 | $270,060 | | | | 7,000 |
| 01/26/2021 | Buy | 2,100 | $96.9300 | $203,553 | | | | 9,100 |
| 01/26/2021 | Buy | 1,452 | $96.9400 | $140,757 | | | | 10,552 |
| 01/26/2021 | Buy | 277 | $96.6900 | $26,783 | | | | 10,829 |
| 01/26/2021 | Buy | 100 | $96.9100 | $9,691 | | | | 10,929 |
| 01/26/2021 | Buy | 33 | $96.4900 | $3,184 | | | | 10,962 |
| 01/26/2021 | Buy | 9 | $96.7200 | $870 | | | | 10,971 |
| 01/26/2021 | Buy | 9 | $96.8000 | $871 | | | | 10,980 |
| 01/26/2021 | Buy | 8 | $96.8600 | $775 | | | | 10,988 |
| 01/26/2021 | Buy | 3 | $96.9000 | $291 | | | | 10,991 |
| 01/26/2021 | Buy | 2 | $96.6000 | $193 | | | | 10,993 |
| 01/26/2021 | Buy | 2 | $96.6700 | $193 | | | | 10,995 |
| 01/26/2021 | Buy | 2 | $96.7500 | $194 | | | | 10,997 |
| 01/26/2021 | Buy | 2 | $96.8100 | $194 | | | | 10,999 |
| 01/26/2021 | Buy | 1 | $96.4800 | $96 | | | | 11,000 |
| 01/26/2021 | Sell | | | | 3,000 | $90.0300 | $270,090 | 8,000 |
| 01/26/2021 | Sell | | | | 4,000 | $87.6500 | $350,600 | 4,000 |
| 01/26/2021 | Sell | | | | 4,000 | $97.2500 | $389,000 | 0 |
| 01/27/2021 | Buy | 3,000 | $83.3100 | $249,930 | | | | 3,000 |
| 01/27/2021 | Buy | 1,000 | $80.5000 | $80,500 | | | | 4,000 |
| 01/27/2021 | Sell | | | | 19 | $83.6500 | $1,589 | 3,981 |
| 01/27/2021 | Sell | | | | 100 | $81.5400 | $8,154 | 3,881 |
| 01/27/2021 | Sell | | | | 100 | $81.6100 | $8,161 | 3,781 |
| 01/27/2021 | Sell | | | | 800 | $81.7700 | $65,416 | 2,981 |
| 01/27/2021 | Sell | | | | 2,981 | $82.3000 | $245,336 | 0 |
| 01/28/2021 | Buy | 3,000 | $81.0000 | $243,000 | | | | 3,000 |
| 01/29/2021 | Sell | | | | 4 | $66.1600 | $265 | 2,996 |
| 01/29/2021 | Sell | | | | 105 | $66.1300 | $6,944 | 2,891 |
| 01/29/2021 | Sell | | | | 200 | $66.0900 | $13,218 | 2,691 |
| 01/29/2021 | Sell | | | | 318 | $66.1000 | $21,020 | 2,373 |
| 01/29/2021 | Sell | | | | 393 | $66.0400 | $25,954 | 1,980 |
| 02/09/2021 | Sell | | | | 1,980 | $83.0000 | $164,340 | 0 |
| 02/12/2021 | Buy | 2,000 | $117.0000 | $234,000 | | | | 2,000 |
| 02/12/2021 | Buy | 1,900 | $114.5000 | $217,550 | | | | 3,900 |
| 02/12/2021 | Buy | 100 | $114.4800 | $11,448 | | | | 4,000 |
| 02/12/2021 | Sell | | | | 2,000 | $114.5000 | $229,000 | 2,000 |

**Tarun Gupta Losses From Trading In EHang Holdings Ltd. ("EH")**
**During The Class Period (12/12/2019 - 2/16/2021)**

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Total Purchase Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Total Sale Proceeds (Excl. Fees & Comms.) | No. of Shares Purch. in Class Pd. and Still Held |
|---|---|---|---|---|---|---|---|---|
| 02/12/2021 | Sell | | | | 2,000 | $119.5000 | $239,000 | 0 |
| 02/16/2021 | Buy | 2,000 | $127.0000 | $254,000 | | | | 2,000 |
| 02/16/2021 | Sell | | | | 5 | $56.6000 | $283 | 1,995 |
| 02/16/2021 | Sell | | | | 10 | $56.5700 | $566 | 1,985 |
| 02/16/2021 | Sell | | | | 50 | $56.6200 | $2,831 | 1,935 |
| 02/16/2021 | Sell | | | | 100 | $56.5100 | $5,651 | 1,835 |
| 02/16/2021 | Sell | | | | 100 | $56.5300 | $5,653 | 1,735 |
| 02/16/2021 | Sell | | | | 161 | $56.5200 | $9,100 | 1,574 |
| 02/16/2021 | Sell | | | | 200 | $56.6400 | $11,328 | 1,374 |
| 02/16/2021 | Sell | | | | 200 | $56.6500 | $11,330 | 1,174 |
| 02/16/2021 | Sell | | | | 324 | $56.5000 | $18,306 | 850 |
| 02/16/2021 | Sell | | | | 400 | $56.5900 | $22,636 | 450 |
| 02/16/2021 | Sell | | | | 450 | $56.5800 | $25,461 | 0 |
| **Class Pd. Totals:** | | **55,600** | | **$4,429,602** | **55,600** | | **$4,347,464** | |
| Less sale of shares matched to pre-class holdings: | | | | | **0** | | **$0** | |
| **Subtotal of Sales of Shares Purch. in Class Period:** | | | | | **55,600** | | **$4,347,464** | |
| **Held 2/16/21:** | | **0** | | | | | | |
| | | | | | | | | |
| **CLASS PD. RETAINED:** | | **0** | (No. of Shares Purch. in the Class Period & Still Held on 2/16/21) | | | | | |
| Retained Shares Valued at Average Closing Price from 2/17/2021 to 4/16/2021 [2][3]: | | | | | | | | |
| | | | | | 0 | $42.2888 | $0 | |
| CLASS PD. TOTALS: | | 55,600 | | $4,429,602 | 55,600 | | $4,347,464 | |
| | | | | | | | | |
| **TARUN GUPTA FIFO-LIFO LOSS IN EH:** | | | | | | | **($82,137)** | |

**Footnotes:**

[1] Tarun Gupta did not have pre-class holdings of EH.

[2] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the Class-Period.

[3] The average closing price from 2/17/2021 to 4/16/2021 is $42.2888. Pursuant to the PSLRA, 0 shares are valued because Mr. Gupta sold out of his position in EH on the last day of the class period (February 16, 2021).