```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 7 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EYOBE AMBERBER, Individually and on     Case No.: 1:21-cv-01392-GBD
Behalf of All Others Similarly Situated,
    Plaintiff

    -against-                                STIPULATION, AMENDED CIVIL
                                             CASE SCHEDULING ORDER
                                             AND MANAGEMENT PLAN
EHANG HOLDINGS LIMITED; HUAZHI
HU; RICHARD JIAN LIU; EDWARD
HUAXIANG XU,
    Defendants
----------------------------------------------------------X
VIVIAN CHAUMONT, Individually and on    Case No.: 1:21-cv-01526-GBD
Behalf of All Others Similarly Situated,
    Plaintiff

    -against-

EHANG HOLDINGS LIMITED; HUAZHI
HU; RICHARD JIAN LIU; EDWARD
HUAXIANG XU,
    Defendants
----------------------------------------------------------X

    The below Amended Scheduling Order and Case Management Plan is hereby stipulated and agreed to, by and between the undersigned counsel.

    After consultation with counsel, the following Amended Scheduling Order and Case Management Plan is adopted pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. Defendant need not answer, move, or otherwise respond to the complaints in these actions, or to any other complaint filed in a related action and consolidated with this case, until after the Court appoints a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and such lead plaintiff files an amended complaint.

2. Within 14 days after the Court appoints lead plaintiff and lead counsel, lead counsel shall meet and confer with counsel for Defendant and file a stipulation setting an appropriate schedule for the filing of lead plaintiff's amended complaint and the response(s) thereto.

3. Nothing herein shall be deemed to constitute a waiver of any claims, rights, defenses, objections, arguments, or any other applications to any court that any party may have with respect to this matter.

4. Good cause having been shown, the initial pretrial conference currently set for May 4, 2021 is adjourned *sine die*.

Dated: __APR 2 7 2021__
New York, New York

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge

Dated: April 21, 2021						COOLEY LLP

							By: *Sam D.*
							Sarah M. Lightdale (4395661)
							55 Hudson Yards
							New York, NY 10001
							(212) 479-6374

							Koji F. Fukumura
							4401 Eastgate Mall
							San Diego, CA 92121
							(858) 550-6008

							John H. Hemann
							101 California Street, 5th Floor
							San Francisco, CA 94111
							(415) 693-2038
							Attorneys for Defendant EHang Holdings Limited

Dated: April 21, 2021						BLOCK & LEVITON LLP

							By: *Jeffrey Block*
							Jeffrey Craig Block (2102648)
							260 Franklin Street, Ste 1860
							Boston, MA 02110
							(617) 398-5600

							Stephen J. Teti
							260 Franklin Street, Ste 1860
							Boston, MA 02110
							(617) 398-5600
							Attorneys for Plaintiff Amberber

Dated: April 21, 2021						GLANCY PRONGAY & MURRAY LLP

							By: *Gregory Linkh*
							Gregory B. Linkh (3041472)
							230 Park Avenue, Suite 358
							New York, NY 10169
							(212) 682-5340
							Attorney for Plaintiff Chaumont