## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYOBE AMBERBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG LU,<br><br>Defendants. | Case No. 1:21-cv-01392-GBD<br><br>CLASS ACTION |
| VIVIAN CHAUMONT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG LU,<br><br>Defendants. | Case No. 1:21-cv-01526-GBD<br><br>CLASS ACTION |

## SUPPLEMENTAL DECLARATION OF JEFFREY C. BLOCK

I, Jeffrey C. Block, declare, under penalty of perjury:

1.     I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this supplemental declaration in further support of the motion of Sergiu Rata to consolidate cases, for appointment as lead plaintiff, and for approval of his selection of counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the opposition brief filed by Timo Rautanen on April 26, 2021 in *Klein v. EHang Holdings Ltd., et al.*, No. 2:21-cv-01811-JFW-PVC (C.D. Cal.), ECF No. 55.

3.      Attached hereto as Exhibit B is a true and correct copy of the press release issued by EHang Holdings Limited on February 16, 2021.

4.      Attached hereto as Exhibit C are true and correct copies of articles from *Seeking Alpha*, *Bloomberg*, and *CNN* discussing the Wolfpack Research report.

5.      Attached hereto as Exhibit D is a true and correct copy of the webpage on Faruqi & Faruqi LLP's website regarding the EHang litigation.

6.      Attached hereto as Exhibit E is a list of 76 separate press releases, compiled from Marketwatch.com, issued by Faruqi & Faruqi between February 16, 2021 and April 18, 2021 concerning the EHang litigation.

7.      Attached hereto as Exhibit F is a true and correct copy of the February 2021 historic trading data for EHang securities from Yahoo! Finance.

Dated: May 3, 2021                            */s/ Jeffrey C. Block*
                                               Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block