# EXHIBIT C

On the Move    Energy    Tech

# EHang plunges after new Wolfpack Research short report (update)

Feb. 16, 2021 1:57 PM ET | **EHang Holdings Limited (EH)** | By: Josh Fineman, SA News Editor | 163 Comments

- Updates 7:50pm: Adds further EHang response to short report.

- Chinese ADR EHang Holdings (NASDAQ:EH) plunged 63% after a new short report from Wolfpack Research alleges that the company is a an "elaborate stock promotion."

- WolfkPack claims that the EHang's relationship with its primary "purported" customer is a "sham," citing phone calls, on-site visits and other evidence.

- EHang's purported main business is  an "autonomous" aerial vehicle "AAV" ridesharing network, according to Wolfpack.

- EHang short interest 13% of float.

- Wolfpack also released a video of its short report on zer0es.tv.

- EHang told Seeking Alpha in an email that the company strongly believes that the report contains numerous errors, "unsubstantiated" statements, and misinterpretation of information.

- In a follow up press release, EHang said it will consider any necessary and appropriate course of action to protect the interest of the Company and all of its shareholders.

- Recall Jan. 29, EHang receives $40M investment from Carmignac.

- **Now read:** BlackBerry slumps on bearish downgrade at Canaccord after short-squeeze rally

Finance

# Short Sellers, SPACs and the Future of Flying Cars

The mania for blank-check companies has spread to the nascent air taxi industry, but investors need to be careful.

By Chris Bryant
February 17, 2021, 3:45 AM EST



Straight out of "Blade Runner." *Source: Courtesy EHang*

When EHang Holdings Ltd. first sold shares to the U.S. public in December 2019, investors weren't exactly sold on the rare chance to bet on the future of flying cars. The Chinese company makes "electric vertical take-off and landing" (eVTOL) aircraft, which function a bit like a helicopter but are powered by batteries and have multiple rotors. Its passenger drones are pilotless, too, unlike those of most of its rivals.

EHang's listing – a traditional initial public offering underwritten by Morgan Stanley and Credit Suisse – raised just $41 million and valued the company at less than $700 million. Since then it has been caught up in a surge of excitement about the development of air taxis, and at the start of this week it was worth $6.8 billion.

ADVERTISING



On Tuesday its share price suffered a serious malfunction. More than 60% of its value went up in smoke after a short seller, Wolfpack Research, published a report questioning EHang's sales relationships, technology and regulatory approvals. EHang said the report contains "numerous errors, unsubstantiated statements, and misinterpretation of information."

Regardless of the rights and wrongs of this particular episode, it shows the risks of investing in futuristic technology companies. A huge amount money is also being pumped into the nascent air-taxi industry by special purpose acquisition companies, or SPACs, a method of taking businesses public that's all the rage in the U.S.

There is, at least, something behind the investor excitement. Long considered a dream best left to "Blade Runner," air taxis could soon become reality thanks to advances in batteries, software and lightweight materials. It helps that star fund manager Cathie Wood may include "drones, air taxis and electric aviation vehicles" in her new space-themed exchange-traded fund. But shareholders need to do their due diligence as well.

**Flying Cars Hit Turbulence**
EHang's shares tumbled following a short-seller report
Source: Bloomberg

**More from**

---

**Fight for Hires Pits Company Against Company**

---

**The Deli Is a Weird SPAC**

---

**How One Terrible Year Changed Exxon**

---

**Thanks to Spotify, the Music Is Stopping for Apple**

Wood will soon have several other publicly traded air-taxi companies to pick from, thanks to a recent rush of SPAC deals. (SPACs are listed vehicles that merge with a promising business and thereby take it public – avoiding the laborious route of an old-fashioned IPO.)

From a SPAC financial sponsor's perspective, flying cars are a potential marriage made in heaven. Thanks to a regulatory loophole, SPAC targets are allowed to publish very optimistic financial forecasts, which helps them secure eye-watering stock-market valuations. Suddenly, air-taxi manufacturers have found themselves able to raise massive amounts of capital. A typical development program for these vehicles costs up to $1 billion.

The EHang saga may be a one-off, but values are inflated across the sector. I doubt whether the match will always be a happy one for amateur investors who buy into these air-taxi visions.

Joby Aviation, Archer Aviation and Blade Urban Air Mobility have all announced SPAC mergers in recent weeks, or reportedly will do so soon. Germany's Volocopter and Lilium have also been linked to SPAC deals. Meanwhile, former Boeing Chief Executive Officer Dennis Muilenburg's SPAC may pursue something in "advanced air mobility."

Letting SPAC targets publish multi-year financial projections – no matter how wild – gives them a huge advantage because most are still in the development and testing stage. Traditional IPOs don't allow this forecasting. In air taxis, getting the required regulatory permits could take years, which makes future profit estimates partly guesswork. Volocopter's development is relatively well-advanced but it doesn't expect to start commercial services in Singapore until the end of 2023.

SPAC-acquired Archer confidently projects it will have more than $12 billion of revenue by 2030 and almost $3 billion of yearly free cash flow, even though it hasn't yet manufactured or

delivered any aircraft to customers. Some skepticism is warranted.

**Taking Flight, or Flight of Fancy?**
A Spac deal allows Archer to publish revenue forecasts. They're ambitious

Source: Archer Aviation

Regardless, Archer's merger with investment banker Ken Moelis's Atlas Crest Investment Corp. valued it at $3.8 billion if you include the $1 billion of cash raised. Based on where the SPAC shares are trading now, Archer's equity value has increased to $5.3 billion, while Blade is worth $1.5 billion. [1] Joby, which is quite advanced in the crucial certification process, expects to be valued at almost $6 billion, according to the Financial Times. For context, Italy's Leonardo SpA, one of the biggest helicopter manufacturers, is valued at 3.6 billion euros ($4.4 billion).

In fairness, electric air taxis may prove to be cleaner, cheaper and quieter than helicopters, which means the market could be larger. Having multiple rotors may alleviate safety concerns.

It's not just idealistic start-ups who are excited by the technology. Aerospace giants Airbus SE and Boeing Co., carmakers Hyundai Motor Co., General Motors Co. and Stellantis NV, and tech companies Tencent Holdings Ltd. and Intel Corp. are all investing in a Jetsons-style future, too. Former Airbus CEO Tom Enders has joined Lilium's board. Spanish infrastructure company Ferrovial SA is planning a network of "vertiports" in Florida.

---

## Opinion. Data. More Data.
Get the most important Bloomberg Opinion pieces in one email.

Enter your email                                                                 **Sign Up**

Please enter a valid email address

By submitting my information, I agree to the Privacy Policy and Terms of Service and to receive offers and promotions from Bloomberg.

---

With dozens of air taxis under development, the companies that raise most money will have the best chance of survival. However, cash doesn't guarantee success. The battery fire that engulfed a Lilium prototype last year shows what can go wrong. The complexity of what these companies are attempting, combined with a long regulatory approval process, means most will gobble up piles of cash. Public-company investors are accustomed to financial improvements each quarter and aren't known for patience.

**Flying Car Investments**

Venture capital investments in air taxi start-ups surged in 2020. Joby and Lilium were by far the biggest beneficiaries.

Source: Lufthansa Innovation Hub

"This is one of those 'hard world' problems – high capital costs, advanced hardware technologies, long timeline, and an overall very challenging business with low chances of success," Archer's co-founders have written, with refreshing honesty. Nonetheless, they are still getting the chance to try.

In a manifesto lamenting venture capital's failure to support bold technologies, Peter Thiel once opined that, "We wanted flying cars, instead we got 140 characters" (then the maximum length of a tweet). For better or worse, SPACs may have changed the equation.

1   For now Blade offers helicopter rides. It plans to deploy eVTOLs once these become
    available. It buys aircraft time rather than owning the machinery.

This column does not necessarily reflect the opinion of the editorial board or Bloomberg LP and its owners.

To contact the author of this story:
Chris Bryant at cbryant32@bloomberg.net

To contact the editor responsible for this story:
James Boxell at jboxell@bloomberg.net

---

Terms of Service Do Not Sell My Info (California)   Trademarks Privacy Policy
©2021 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices    Help

**MARKETS**    see all →

▼ **DOW**    -0.54%

▼ **S&P 500**    -0.72%

▼ **NASDAQ**    -0.85%

**FEATURED**                                                    ⌃

**Track the Covid economy**

See how drastically everyday life in America has changed
since the start of the pandemic

Chinese drone company EHang's shares plunged 63% after fraud claim

CNN                                    ● LIVE TV ⊗ ☰

Updated 11:01 AM ET, Wed February 17, 2021

**Hong Kong (CNN Business)** — Investors have been dumping shares in Chinese drone maker EHang, after a short-seller
accused the US-listed company of fraud.

Shares of the Nasdaq-listed firm plummeted nearly 63% in New York on Tuesday after Wolfpack Research
released a scathing, detailed report questioning EHang's business.

The stock trimmed its losses Wednesday, bouncing 35% higher to about $62 a share. But it remains well below
Friday's all-time high of $129.80.

EHang (EH) has slammed the Wolfpack Research report as "deceptive." In a statement Tuesday, the company said
that it believes the account "contains numerous errors, unsubstantiated statements, and misinterpretation of
information."

EHang added that it "will consider any necessary and appropriate course of action to protect the interest of the
company and all of its shareholders."

A man looking at an Ehang aerial vehicle during a conference last November in Wuhan, China.

EHang is an autonomous passenger drone company founded in 2014. The company made headlines over the years for its promise of self-flying taxis, and went public in New York in 2019.

In a 33-page paper, Wolfpack Research called the company "an elaborate stock promotion [scheme], built on largely fabricated revenues based on sham sales contracts."

Wolfpack accused the Guangzhou-based startup of making up "its story with a collection of lies about its products, manufacturing, revenues, partnerships, and potential regulatory approval of its purported main business."

   • LIVE TV

bankruptcy in the United States, less than a year after it was delisted from the Nasdaq.

And last year, iQIYI (IQ), the online streaming provider often referred to as the "Netflix of China," was also targeted by Wolfpack Research. The firm alleged massive fraud at the Chinese company, and the SEC opened an investigation into its practices. iQIYI has pushed back on the allegations, but said that it was cooperating with US regulators.

Last October, iQiyi announced that it had conducted an internal review, which "did not uncover any evidence that would substantiate the allegations." The company did not immediately respond to a request for comment on the current status of the probe on Wednesday, while the SEC declined to comment.

**Related Article:** Luckin Coffee files for bankruptcy in the US

An EHang spokesperson told CNN Business on Wednesday that the company "strongly believes that Wolfpack lacks a basic understanding of [its] business and operations," and that "it would refute the Wolfpack allegation in full" shortly. The spokesperson also referred back to the firm's statement that it was "committed to maintaining the highest standards of corporate governance, as well as transparent and timely disclosure in compliance with the applicable rules and regulations of the United States Securities and Exchange Commission and the Nasdaq stock market."

The SEC declined to comment on the EHang report.

Search CNN...

US

World

Politics

Business

Opinion

Health

Entertainment

Tech

Style

Travel

 LIVE TV

Videos

Audio

Coupons

Weather

More

FOLLOW CNN BUSINESS

  

**Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: Copyright 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC 2018 and/or its affiliates.**

Terms of Use     Privacy Policy     Do Not Sell My Personal Information     AdChoices     About Us     CNN Store     Newsletters

Transcripts     License Footage     CNN Newsource     Sitemap

© 2021 Cable News Network.  A Warner Media Company.  All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.