# EXHIBIT D



CASES

EHang Holdings Limited (EH)

EHANG DEADLINE ALERT

Securities Litigation Partner James (Josh) Wilson Encourages Investors Who Suffered Losses Exceeding $50,000 In EHang Holdings Limited To Contact Him Directly To Discuss Their Options

Faruqi & Faruqi, LLP, a leading national securities law firm, is investigating potential claims against EHang Holdings Limited ("EHang" or the "Company") (NASDAQ:EH) and reminds investors of the April 19, 2021 deadline to seek the role of lead plaintiff in a federal securities class action that has been filed against the Company.

If you suffered losses exceeding $50,000 investing in EHang stock or options between December 12, 2019 and February 16, 2021 and would like to discuss your legal rights, call Faruqi & Faruqi partner Josh Wilson directly at 877-247-4292 or 212-983-9330 (Ext. 1310). You may also fill out the form below for additional information.

There is no cost or obligation to you.

Faruqi & Faruqi is a leading minority and Woman-owned national securities law firm with offices in New York, Delaware, Pennsylvania, California and Georgia.

As detailed below, the lawsuit focuses on whether the Company and its executives violated federal securities laws by making false and/or misleading statements and/or failing to disclose that: (1) the Company's purported regulatory approvals in Europe and North American for its EH216 were for use as a drone, and not for carrying passengers; (2) its relationship with its purported primary customer is a sham; (3) EHang has only collected on a fraction of its reported sales since its American Depository Shares ("ADS") began trading on NASDAQ in December 2019; (4) the Company's manufacturing facilities were practically empty and lacked evidence of advanced manufacturing equipment or employees; and (5) as a result, the Company's public statements were materially false and misleading at all relevant times.

Specifically, on February 16, 2021, analyst Wolfpack Research issued a scathing report concerning Ehang entitled: "EHang: A Stock Promotion Destined to Crash and Burn." In this report, Wolfpack Research called EHang "an elaborate stock promotion, built on largely fabricated revenues based on sham sales contracts . . . ." The report continued that "EH has perpetuated its story with a collection of lies about its products, manufacturing, revenues, partnerships, and potential regulatory approval of its purported main business." Wolfpack Research asserted that it "gathered extensive evidence including behind-the-scenes photographs, recorded phone calls, and videos of on-site visits to EH's various facilities."

On this news, the price of EHang ADS fell from its February 12, 2021 close of $124.09 to a February 16, 2021 close of $46.30 per share, a one day drop of $77.79 per share or approximately 62.7%.

## Contact us

### EHANG HOLDINGS LIMITED (EH)

Monetary Loses ($) *

First Name *

Last Name *

Telephone *

E-mail *

Street Address

City

State

- Select state -

Zip Code

☐ I wish to receive updates and news concerning securities class actions

☐ I'm not a robot

reCAPTCHA
Privacy · Terms

SEND

* The submission of this form does not create an attorney-client relationship.

## Details

Ticker NASDAQ:EH
Lead Plaintiff Deadline 04/19/2021

## Office

685 Third Avenue 26th Floor
10017 New York, New York
Phone (212) 983-9330
Fax (212) 983-9331

## Counsel

Robert W. Killorin
rkillorin@faruqilaw.com
Phone (404) 847-0617
Fax (404) 506-9534

James M. Wilson, Jr.
jwilson@faruqilaw.com
Phone (212) 983-9330
Fax (212) 983-9331

FINDING US

## Our Offices

Our offices are nationwide. If you have any questions about a case or our firm, please contact us.

NEW YORK

685 Third Avenue 26th Floor
New York, New York 10017
(212) 983-9330
(877) 247-4292
(212) 983-9331

## CALIFORNIA

10866 Wilshire Boulevard Suite 1470
Los Angeles, California 90024
(424) 256-2884
(424) 256-2885

## DELAWARE

3828 Kennett Pike Suite 201
Wilmington, Delaware 19807
(302) 482-3182
(302) 482-3612

## GEORGIA

3975 Roswell Rd Suite A
Atlanta, Georgia 30342
(404) 847-0617
(404) 506-9534

## PENNSYLVANIA

1617 JFK Boulevard, Suite 1550
Philadelphia, Pennsylvania 19103
(215) 277-5770
(215) 277-5771

CONTACT US          SITEMAP          PRIVACY POLICY

 INJURY LAWYERS OF NYC           EMPLOYEE RIGHTS COUNSEL

Copyright (C) Faruqi & Faruqi, 2021. All Rights Reserved.
This Web site contains attorney advertising. Prior results do not guarantee a similar outcome.