# EXHIBIT E

**<u>List of Press Releases by Faruqi & Faruqi LLP From Feb. 16, 2021 to Apr. 18, 2021 Concerning EHang Holdings Limited Litigation Compiled from Marketwatch.com</u>**

1. EHang Investor Alert - MarketWatch (Feb. 16)
2. EHANG INVESTOR ALERT - MarketWatch (Feb. 16)
3. EHang Shareholder Alert - MarketWatch (Feb. 17)
4. EHANG SHAREHOLDER ALERT - MarketWatch (Feb. 17)
5. EHang Deadline Alert - MarketWatch (Feb. 18)
6. EHANG DEADLINE ALERT - MarketWatch (Feb. 18)
7. EHang Shareholder Alert - MarketWatch (Feb. 20)
8. EHANG SHAREHOLDER ALERT - MarketWatch (Feb. 20)
9. EHang Deadline Alert - MarketWatch (Feb. 22)
10. EHANG DEADLINE ALERT - MarketWatch (Feb. 22)
11. EHang Shareholder Alert - MarketWatch (Feb. 23)
12. EHANG SHAREHOLDER ALERT - MarketWatch (Feb. 23)
13. EHANG SHAREHOLDER NOTICE - MarketWatch (Feb. 24)
14. EHang Shareholder Notice - MarketWatch (Feb. 24)
15. EHang Class Action Reminder - MarketWatch (Feb. 25)
16. EHANG CLASS ACTION REMINDER - MarketWatch (Feb. 25)
17. EHang Update - MarketWatch (Feb. 27)
18. EHANG UPDATE - MarketWatch (Feb. 27)
19. Ehang Lead Plaintiff Deadline Alert - MarketWatch (Feb. 28)
20. EHANG LEAD PLAINTIFF DEADLINE ALERT - MarketWatch (Feb. 28)
21. EHANG DEADLINE ALERT - MarketWatch (Mar. 2)
22. EHang Deadline Alert - MarketWatch (Mar. 2)
23. EHang Shareholder Alert - MarketWatch (Mar. 3)
24. EHANG SHAREHOLDER ALERT - MarketWatch (Mar. 3)
25. EHang Shareholder Notice - MarketWatch (Mar. 7)
26. EHANG SHAREHOLDER NOTICE - MarketWatch (Mar. 7)
27. EHang Deadline Alert - MarketWatch (Mar. 9)
28. EHANG DEADLINE ALERT - MarketWatch (Mar. 9)
29. EHang Deadline Alert - MarketWatch (Mar. 11)
30. EHANG DEADLINE ALERT - MarketWatch (Mar. 11)
31. EHang Shareholder Alert - MarketWatch (Mar. 13)
32. EHANG SHAREHOLDER ALERT - MarketWatch (Mar. 13)
33. EHang Shareholder Notice - MarketWatch (Mar. 14)
34. EHANG SHAREHOLDER NOTICE - MarketWatch (Mar. 14)
35. EHang Deadline Alert - MarketWatch (Mar. 16)
36. EHANG DEADLINE ALERT - MarketWatch (Mar. 16)
37. EHang Shareholder Alert - MarketWatch (Mar. 17)
38. EHANG SHAREHOLDER ALERT - MarketWatch (Mar. 17)
39. EHang Shareholder Notice - MarketWatch (Mar. 18)
40. EHANG SHAREHOLDER NOTICE - MarketWatch (Mar. 18)

41. EHang Class Action Reminder - MarketWatch (Mar. 20)
42. EHANG CLASS ACTION REMINDER - MarketWatch (Mar. 20)
43. EHang Deadline Alert - MarketWatch (Mar. 22)
44. EHANG DEADLINE ALERT - MarketWatch (Mar. 22)
45. EHang Shareholder Alert - MarketWatch (Mar. 23)
46. EHANG SHAREHOLDER ALERT - MarketWatch (Mar. 23)
47. EHang Shareholder Notice - MarketWatch (Mar. 26)
48. EHANG SHAREHOLDER NOTICE - MarketWatch (Mar. 26)
49. EHang Deadline Alert - MarketWatch (Mar. 29)
50. EHANG DEADLINE ALERT - MarketWatch (Mar. 29)
51. EHang Shareholder Alert - MarketWatch (Mar. 31)
52. EHANG SHAREHOLDER ALERT - MarketWatch (Mar. 31)
53. EHang Shareholder Notice - MarketWatch (Apr. 2)
54. EHANG SHAREHOLDER NOTICE - MarketWatch (Apr. 2)
55. EHANG CLASS ACTION REMINDER - MarketWatch (Apr. 4)
56. EHANG CLASS ACTION REMINDER - MarketWatch (Apr. 5)
57. EHang Deadline Alert - MarketWatch (Apr. 5)
58. EHANG DEADLINE ALERT - MarketWatch (Apr. 5)
59. EHang Shareholder Alert - MarketWatch (Apr. 7)
60. EHANG SHAREHOLDER ALERT - MarketWatch (Apr. 7)
61. EHang Shareholder Notice - MarketWatch (Apr. 8)
62. EHANG SHAREHOLDER NOTICE - MarketWatch (Apr. 8)
63. EHang Class Action Reminder - MarketWatch (Apr. 10)
64. EHANG CLASS ACTION REMINDER - MarketWatch (Apr. 10)
65. EHang Update - MarketWatch (Apr. 11)
66. EHANG UPDATE - MarketWatch (Apr. 11)
67. EHang Deadline Alert - MarketWatch (Apr. 12)
68. EHANG DEADLINE ALERT - MarketWatch (Apr. 12)
69. EHang Shareholder Alert - MarketWatch (Apr. 14)
70. EHANG SHAREHOLDER ALERT - MarketWatch (Apr. 14)
71. EHANG SHAREHOLDER NOTICE - MarketWatch (Apr. 15)
72. EHang Shareholder Notice - MarketWatch (Apr. 15)
73. EHang Class Action Reminder - MarketWatch (Apr. 17)
74. EHANG CLASS ACTION REMINDER - MarketWatch (Apr. 17)
75. EHang Update - MarketWatch (Apr. 18)
76. EHANG UPDATE - MarketWatch (Apr. 18)