# EXHIBIT F

## EHang Holdings Limited (EH)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

⭐ Add to watchlist    👥 Visitors trend  2W ↑  10W ↑  9M ↑

**27.90**  -0.89 (-3.09%)    **27.89** -0.01 (-0.04%)
At close: 4:00PM EDT        After hours: 4:13PM EDT

Quote Lookup

Summary    Company Outlook 🞥    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

AdChoices▷  Fidelity's Quality Trade Execution
· Over $1 billion saved by Fidelity investors last year
· $0 trading commissions for online U.S. stocks and ETFs
  GET STARTED  Fidelity
Read additional inform▷ ✕
Images are for illustrative
purposes only.
Fidelity Brokerage Services,
Member NYSE, SIPC.
© 2021 FMR LLC. All rights
reserved. 965659.1.0

Time Period: Jan 30, 2021 - Feb 27, 2021 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

Currency in USD                                                     ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Feb 26, 2021 | 46.24 | 48.96 | 43.10 | 46.33 | 46.33 | 3,352,300 |
| Feb 25, 2021 | 52.51 | 55.00 | 44.51 | 45.74 | 45.74 | 5,152,400 |
| Feb 24, 2021 | 50.10 | 58.00 | 47.50 | 54.09 | 54.09 | 5,538,700 |
| Feb 23, 2021 | 47.30 | 51.25 | 40.50 | 50.18 | 50.18 | 6,042,600 |
| Feb 22, 2021 | 61.71 | 63.79 | 52.52 | 53.23 | 53.23 | 7,281,200 |
| Feb 19, 2021 | 64.90 | 69.95 | 58.15 | 59.80 | 59.80 | 7,963,700 |
| Feb 18, 2021 | 76.86 | 76.90 | 58.50 | 61.19 | 61.19 | 16,935,000 |
| Feb 17, 2021 | 50.05 | 81.50 | 46.20 | 77.73 | 77.73 | 60,348,000 |
| Feb 16, 2021 | 123.50 | 124.09 | 44.46 | 46.30 | 46.30 | 22,196,600 |
| Feb 12, 2021 | 104.25 | 129.80 | 103.80 | 124.09 | 124.09 | 2,708,800 |
| Feb 11, 2021 | 105.85 | 109.80 | 97.00 | 108.45 | 108.45 | 2,133,400 |
| Feb 10, 2021 | 90.00 | 110.00 | 90.00 | 110.00 | 110.00 | 5,407,900 |
| Feb 09, 2021 | 71.51 | 92.27 | 71.45 | 92.13 | 92.13 | 4,890,400 |
| Feb 08, 2021 | 76.52 | 76.67 | 69.24 | 73.94 | 73.94 | 2,506,000 |
| Feb 05, 2021 | 78.23 | 78.23 | 72.73 | 76.40 | 76.40 | 1,945,600 |
| Feb 04, 2021 | 80.40 | 84.05 | 75.58 | 80.91 | 80.91 | 1,588,500 |
| Feb 03, 2021 | 83.67 | 85.61 | 81.00 | 83.00 | 83.00 | 1,334,000 |
| Feb 02, 2021 | 87.66 | 89.50 | 78.10 | 81.45 | 81.45 | 2,204,900 |
| Feb 01, 2021 | 76.79 | 81.89 | 73.00 | 81.50 | 81.50 | 3,155,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Offer ends 6/7 ▷ ✕
GET A **$25**
PREPAID CARD
when you bring
your own phone
Req. new line, number transfer and Device Payment Plan
xfinity mobile
5G
Get It Now


EXCLUSIVELY ON  yahoo! finance   WATCH LIVE  May 1st | 12:30pm ET   Learn more

### People Also Watch

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **UAVS** AgEagle Aerial Systems, Inc. | 5.74 | -0.21 | -3.53% |
| **NNDM** Nano Dimension Ltd. | 7.34 | -0.37 | -4.80% |
| **NIU** Niu Technologies | 37.36 | +0.12 | +0.32% |
| **OPEN** Opendoor Technologies Inc. | 20.27 | -0.56 | -2.69% |
| **ACIC** Atlas Crest Investment Corp. | 9.94 | +0.04 | +0.40% |

Advertise with us

Data Disclaimer    Help    Suggestions
Privacy Dashboard

Privacy (Updated)  About Our Ads  Terms
(Updated)  Sitemap

© 2021 Verizon Media. All rights reserved.