# EXHIBIT 1

# 亿航：注定要崩毁的股票拉价之局

## （报告要点之中文摘要）

- 今天，我们揭示是什么原因，让我们相信亿航（纳斯达克股票代码：EH）是一场精心策划的股票拉价之局。亿航所谓的客户与亿航签订了虚假的销售合同，从而帮助亿航录入大量的虚假收入；而醉翁之意不在酒，种种迹象显示，该客户对亿航股票投资（即，亿航的股票价格）的兴趣远远大于其对亿航产品的兴趣。亿航用其自动飞行器（AAV）构筑的共享出行网络这个故事里，从产品、生产、营收、合作伙伴以及政府批准，无一不是充满谎言。

- 我们的调查结论是，亿航与其所谓的"主要客户"的关系是虚假的。政府记录和信用报告显示，亿航的主要客户是上海鸥翔智能科技有限公司（以下简称"鸥翔"）。我们实地造访并调查了亿航的办公及生产地点，以及鸥翔的办公地点，收集了大量包括幕后照片、电话记录，现场视频等在内的翔实证据，让我们相信，鸥翔与亿航签订的是虚假合同，鸥翔的真正目的在于通过拉动亿航的股票价格而投资获益：

  - （一）作为虚假客户的典型表现之一，鸥翔夸大了其经营场所和实际经营地点。鸥翔的网站上列出三个鸥翔地址，经过我们在工作日下午的实地调查发现，其一为一酒店，现场未发现鸥翔的办公或在此运作的任何踪迹；其二是一幢 11 层高的商务楼，而鸥翔在网站上列出的地址却是在该楼第 13 层（根本不存在）；在最后也就是第三个鸥翔地址上，我们找到了鸥翔办公室，但现场只有一位员工在场办公，他自称是鸥翔的财务经理。

  - （二）鸥翔貌似并不真正愿意销售亿航的产品。当被问及其对亿航产品意见时，这位鸥翔的财务经理毫不犹豫地否定了亿航的产品，转而向我们推荐鸥翔自己的产品，强调其质量更好。

  - （三）鸥翔貌似有动机参与亿航的股票拉价。根据该鸥翔的财务经理，在亿航上市前，鸥翔向亿航投资了一亿人民币（约合 1400 万美金，该投资未在亿航对美国证券交易委员会的材料里披露）。这让我们有理由相信，鸥翔与亿航签订虚假合同的真正动机是拉动亿航的股票价格。截止本报告出具之日，鸥翔这一亿人民币的投资已可获利约 4.73 亿人民币（约合 6800 万美金）[1]。

  - （四）作为虚假客户的典型表现，中国国家市场监督局（即国家工商局的前身）文件及中国标准企业信用报告显示，鸥翔在成立仅仅 9 天后，立即与亿航签订了 4.5 亿元人民币（约合 6500 万美元）的销售合同。鸥翔仅有区区 1000 万人民币的注册资本金（约合 140 万美金），资本严重不足，如何实际真正履行该销售合同？这是虚假客户的另一典型表现。更有甚者，仅仅在签订第一份 4.5 亿元人民币的销售合同的 4 个月后，鸥翔再次与亿航签订了第二份合同，该合同金额为 3000 万人民币（约合 430 万美金）。

---

[1] 本报告中使用的汇率换算，皆遵循亿航向美国证券交易委员会提交的，2020 年 20-F 报告中使用的汇率，即 1 美金 = 6.9618 人民币

（五）这虚假客户/供货商关系中，最为粗制滥造的细节之一是，在第一份鹍翔与亿航的销售合同中，单套产品价格为 1.5 亿元人民币（约合 2150 万美金）。我们推断，在四个月后，即鹍翔和亿航签订第二份销售合同时，亿航意识到 1.5 亿元人民币每套的产品价格实在高得离谱难以令人相信，所以在第二份销售合同里，单套产品价格骤降到第一份销售合同价格的 1%，即 150 万人民币（约合 21.5 万美金）/每套。

（六）在 2019 年 9 月 10 日至 2019 年 10 月 31 日间，亿航向美国证券交易委员会提交了保密申请，要求对这些销售合同中的销售单价和总价信息做编辑和涂黑处理。亿航做出该保密申请的原因极有可能是，销售合同中的价格如此荒谬离谱，如果被亿航的投资者或者竞争对手看到，将摧毁亿航的信誉。然而，在美国证券交易委员会的 EDGAR 原始存档资料中，我们幸运地找到了这些销售合同未被编辑的版本。

- 作为低劣造假的另一典型表现，自 2019 年 12 月中旬上市以来，亿航只实收了其报告的销售金额的极小一部分。作为收入虚浮的表现之一，我们发现，亿航的实际收款率只有 23%，应收账款天数近 200 天（虽然其自称赊销付款账期为 180 天）。

（一）自其 2019 年 12 月上市以来，亿航共计报告披露 1.255 亿元人民币的总营收（约合 1800 万美元）。

（二）同期，亿航的应收账款增加了 9620 万元人民币（约合 1380 万美元）。

（三）这意味着，**亿航自上市以来，仅实收了 2930 万元人民币（约合 420 万美元）的现金。**

- 作为股票拉价的典型表现之一，根据全球商业电讯记录2, 在成为上市公司的短短 14 个月里，亿航的公关团队已经推出了 50 篇新闻稿。但是，这些新闻稿的虚假性是很容易证明的。例如：

（一）亿航宣布，其"载人级"的 EH 216 产品在美国，加拿大和某些欧洲国家获得多次"飞行批准"或"长期许可"。

（二）根据航空监管部门的书面回馈，及美国、加拿大、欧洲航空监管方面的专家的意见，亿航在美国、加拿大、欧洲某些国家获得的其实是允许其无人机在限定区域、特定高度和特定时间内，进行测试或爱好性飞行的许可，绝对不是对亿航无人机"载人级"性能的认可，也绝对不构成"监管许可层面的重要突破"。

（三）亿航的英文新闻发布中，宣称中国民用航空局向亿航载人级自动飞行器颁发了世界上第一个**商用**空中物流运输许可（英文原文标题：*EH Obtained World's First Commercial Pilot Operation Approval of Passenger-grade AAVs for Air Logistics Uses*）[3]。 亿航发布的中文新闻标题则是"***亿航智能获得全球首个自动驾驶飞行物器流<u>试运行</u>许可***"，未提及"商用"或"载人级"。根据亿航发布的中文新闻，其获得的是中国民用航空局颁布的"特定类无人机试运行批准函"。根据我们的调查，早在 2019 年，中国民用航空

---

[2] Globalnewswire.com

[3] 05/27/2020 亿航新闻：
https://www.ehang.com/news/649.html#:~:text=Media%20Coverage-,EHang%20Obtained%20World's%20First%20Commercial%20Pilot%20Operation%20Approval%20of%20Passenger,AAVs%20for%20Air%20Logistics%20Uses&text=Thus%2C%20EHang%20became%20the%20world's,heavy%2Dlift%20air%20logistics%20uses.

局就已经向中国杭州的一家公司颁发过该批准函，亿航并不是所谓的全球首家或中国首家。

(四)　总体而言，在对各国监管审批的报道上，亿航新闻稿的英文和中文版本大相径庭。在英文新闻中，亿航声称中国监管机构对其 EH216 进行了商用批准（虽然中文版披露这是试运行批准）。在中文新闻中，亿航误导宣称美国，加拿大和欧洲监管机构授予的是对其"载人级"无人机的试飞许可（而事实上，该试飞许可仅仅针对普遍的无人机试飞，并不是对"载人级"这一特性的许可）。

- 我们实地调查走访了位于中国广州的亿航公司的总部，也是亿航宣称的生产所在地。此行这让我们更加确信，亿航并不是一家可信任的公司。作为虚假的典型表现，在一个普通工作日的下午，我们的调查人员发现亿航总部/主要生产所在地基本没有经营活动，而且现场职工了了：

(一)　该总部/生产所在地竟然缺乏最基本的安保措施，这简直难以想象。要知道该生产所在地是亿航用来生产和仓储其所谓的世界级自动飞行器，其生产过程应当是包含了极高价值的独有知识产权，需要严格保护，防止外人进入或者技术信息外泄。根据我们调查人员的经验，连生产普通衣架的中国工厂都有更为严格全面的安保措施。

(二)　亿航所谓的生产所在地缺少在飞机/无人机工厂常见的任何先进制造设备或员工，甚至缺乏基本的装配线。

(三)　在普通的工作日下午，我们的调查员居然能在亿航的生产所在地四处自由行走观察了 20 分钟，而没有看到任何在工作的工人。

- 我们分别与一位 eVTOL 行业的世家顶级专家、一位设厂专家、和几位中国律师进行了正式交流。根据他们的专业意见，即使亿航确实意图经营真实业务，我们相信其产品具有重大缺陷、在根本上缺乏安全性、基本无法获得真实的客户：

(一)　马克·摩尔博士（Mark Moore 博士），是在美国国家航空航天局（NASA）有 32 年工作经验的资深飞机工程师工作，并曾担任 Uber Elevate 航空工程总监。摩尔博士亲自检查评估了亿航的 EH216，确定其未达到成为 Uber 合作伙伴的标准。在仔细检查 EH216 的过程中，摩尔博士发现并非常担心该产品总体上的"**粗糙**"质量，及其使用的"**爱好级别**"的发动机（T-motors,由中国一家爱好级别的发动机厂家制造）。他斩钉截铁地表示，这些爱好级别的发动机**绝对不属于航空产品**，绝对不能被使用于任何载人车辆或飞行器中。

(二)　摩尔博士同时表示，他"**坚信当前设计配置在本质上是不安全的**"，并且"**对于 [EH216]是否可以美国获得载人许可持有重大保留意见。**"

(三)　当得知亿航微小的研发预算时，摩尔博士近乎恐惧地说："**我是说，真的，如果他们只花了 1000 万到 2000 万美元做研发，那么即使是有限高度的载人飞行，他们都不应该做，这真是太可怕了。**"

（四）　关于亿航的自动系统，摩尔博士明确表示："**因此，如果亿航无法证明他们在研发上花费了数百万美元乃至数亿美元的，那么他们的自动系统是不可能成熟可用的。**"

- 根据我们获得的中国法院记录，亿航的股权可能已经严重受到威胁。根据亿航向美国证券交易委员会的披露，亿航广州智能技术有限公司持有亿航主要的资产和业务。而根据法院记录，可能有高达 95% 的亿航广州股权已被司法冻结。根据法院记录，该司法冻结的基础是"债权人撤销权"，即债权人原告（深圳中盈盛达股权投资中心）起诉要求取消亿航广州某些资产转移、规避债务的交易。

（一）　换言之，中国法院可以清算亿航广州的股权以偿还债权人，从而导致美国存托凭证（ADR）丧失价值，但投资者却没有途径可就其损失对亿航公司或其他人提起法律追索。