# EXHIBIT 2

## WOLFPACK RESEARCH 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

□ February 15, 2021    🏷️

**Download Full Report**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。



**Download Full Report**

### Latest Research

📊 SKLZ: It Takes Little Skill to See This SPACtacular Disaster Coming

We are short Skillz, Inc. (Nasdaq: SKLZ) because ...

📊 EHang: A Stock Promotion Destined to Crash and Burn

We are short Ehang. Today, we reveal why we ...

📊 Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文 ...

📊 Wolfpack is Short Remark Holdings (MARK) - Contrarian Investor Virtual Conference - August 11, 2020

Wolfpack is Short Remark Holdings (MARK) - ...

📊 Inspire Medical Systems: A Nightmare Investment

Introduction Wolfpack is short Inspire Medical ...

📊 iQIYI: The Netflix of China? Good Luckin.

Introduction Our research shows us that iQIYI, ...

📊 QTT's Top 12 Lies and Omissions for the New Year

On December 27, 2019, QTT issued a response to our ...

📊 QTT: Fake Revenue, Non-Existent Cash, Undisclosed Related Parties

## WOLFPACK RESEARCH 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

🗓 February 15, 2021    🏷

**Download Full Report**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。



**Download Full Report**

### Latest Research

**SKLZ: It Takes Little Skill to See This SPACtacular Disaster Coming**

We are short Skillz, Inc. (Nasdaq: SKLZ) because …

**EHang: A Stock Promotion Destined to Crash and Burn**

We are short Ehang. Today, we reveal why we …

**Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文 …

**Wolfpack is Short Remark Holdings (MARK) - Contrarian Investor Virtual Conference - August 11, 2020**

Wolfpack is Short Remark Holdings (MARK) - …

**Inspire Medical Systems: A Nightmare Investment**

Introduction Wolfpack is short Inspire Medical …

**iQIYI: The Netflix of China? Good Luckin.**

Introduction Our research shows us that iQIYI, …

**QTT's Top 12 Lies and Omissions for the New Year**

On December 27, 2019, QTT issued a response to our …

**QTT: Fake Revenue, Non-Existent Cash, Undisclosed Related Parties**

## WOLFPACK RESEARCH 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

🗓 February 15, 2021    🏷

**Download Full Report**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。



**Download Full Report**

### Latest Research

📊 SKLZ: It Takes Little Skill to See This SPACtacular Disaster Coming

We are short Skillz, Inc. (Nasdaq: SKLZ) because …

📊 EHang: A Stock Promotion Destined to Crash and Burn

We are short Ehang. Today, we reveal why we …

📊 Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文 …

📊 Wolfpack is Short Remark Holdings (MARK) - Contrarian Investor Virtual Conference - August 11, 2020

Wolfpack is Short Remark Holdings (MARK) - …

📊 Inspire Medical Systems: A Nightmare Investment

Introduction Wolfpack is short Inspire Medical …

📊 iQIYI: The Netflix of China? Good Luckin.

Introduction Our research shows us that iQIYI, …

📊 QTT's Top 12 Lies and Omissions for the New Year

On December 27, 2019, QTT issued a response to our …

📊 QTT: Fake Revenue, Non-Existent Cash, Undisclosed Related Parties

# WOLFPACK RESEARCH 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

🗓 February 15, 2021    🏷

**Download Full Report**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。



**Download Full Report**

## Latest Research

📊 **SKLZ: It Takes Little Skill to See This SPACtacular Disaster Coming**

We are short Skillz, Inc. (Nasdaq: SKLZ) because …

📊 **EHang: A Stock Promotion Destined to Crash and Burn**

We are short Ehang. Today, we reveal why we …

📊 **Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文 …

📊 **Wolfpack is Short Remark Holdings (MARK) - Contrarian Investor Virtual Conference - August 11, 2020**

Wolfpack is Short Remark Holdings (MARK) - …

📊 **Inspire Medical Systems: A Nightmare Investment**

Introduction Wolfpack is short Inspire Medical …

📊 **iQIYI: The Netflix of China? Good Luckin.**

Introduction Our research shows us that iQIYI, …

📊 **QTT's Top 12 Lies and Omissions for the New Year**

On December 27, 2019, QTT issued a response to our …

📊 **QTT: Fake Revenue, Non-Existent Cash, Undisclosed Related Parties**

## WOLFPACK RESEARCH 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

☐ February 15, 2021    🏷

**Download Full Report**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。



**Download Full Report**

**Latest Research**

📊 SKLZ: It Takes Little Skill to See This SPACtacular Disaster Coming

We are short Skillz, Inc. (Nasdaq: SKLZ) because ...

📊 EHang: A Stock Promotion Destined to Crash and Burn

We are short Ehang. Today, we reveal why we ...

📊 Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文 ...

📊 Wolfpack is Short Remark Holdings (MARK) - Contrarian Investor Virtual Conference - August 11, 2020

Wolfpack is Short Remark Holdings (MARK) - ...

📊 Inspire Medical Systems: A Nightmare Investment

Introduction Wolfpack is short Inspire Medical ...

📊 iQIYI: The Netflix of China? Good Luckin.

Introduction Our research shows us that iQIYI, ...

📊 QTT's Top 12 Lies and Omissions for the New Year

On December 27, 2019, QTT issued a response to our ...

📊 QTT: Fake Revenue, Non-Existent Cash, Undisclosed Related Parties

# WOLFPACK RESEARCH 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。

📅 February 15, 2021    🏷️

**Download Full Report**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。



**Download Full Report**

## Latest Research

📊 **SKLZ: It Takes Little Skill to See This SPACtacular Disaster Coming**

We are short Skillz, Inc. (Nasdaq: SKLZ) because …

📊 **EHang: A Stock Promotion Destined to Crash and Burn**

We are short Ehang. Today, we reveal why we …

📊 **Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文调查报告的中文要点，供各位考鉴。**

Wolfpack Research 在2021年2月16日出具了有关亿航的英文调查报告。现提供该英文 …

📊 **Wolfpack is Short Remark Holdings (MARK) - Contrarian Investor Virtual Conference - August 11, 2020**

Wolfpack is Short Remark Holdings (MARK) - …

📊 **Inspire Medical Systems: A Nightmare Investment**

Introduction Wolfpack is short Inspire Medical …

📊 **iQIYI: The Netflix of China? Good Luckin.**

Introduction Our research shows us that iQIYI, …

📊 **QTT's Top 12 Lies and Omissions for the New Year**

On December 27, 2019, QTT issued a response to our …

📊 **QTT: Fake Revenue, Non-Existent Cash, Undisclosed Related Parties**