UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EYOBE AMBERBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG LU,<br><br>Defendants. | Case No. 1:21-cv-01392-GBD<br><br><u>CLASS ACTION</u> |
| VIVIAN CHAUMONT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, and EDWARD HUAXIANG LU,<br><br>Defendants. | Case No. 1:21-cv-01526-GBD<br><br><u>CLASS ACTION</u> |

**NOTICE OF RELATED ACTION**

Lead Plaintiff Movant Sergiu Rata hereby notifies the Court that on May 19, 2021, a third related action was transferred to this Court from the U.S. District Court for the Central District of California. *See Klein v. EHang Holdings Ltd., et al.*, No. 1:21-cv-04484-UA (S.D.N.Y.), which was Case No. 2:21-cv-01811-JFW-PVC (C.D. Cal.). The *Klein* action asserts identical claims against identical defendants as the above-captioned *Amberber* and *Chaumont* actions. In his Order transferring the *Klein* matter to this Court, Judge Walter noted, *inter alia*, that *Amberber*, *Chaumont*, and *Klein* "involve virtually identical issues" and "are likely to be consolidated." *See Klein*, Case No. 2:21-cv-01811-JFW-PVC (C.D. Cal.), Order Transferring Action to United States District Court for the Southern District of New York, ECF No. 79 (attached as Ex. A hereto).[1]

In his pending Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (ECF No. 38), Mr. Rata seeks consolidation of the above-captioned *Amberber* and *Chaumont* actions. Mr. Rata respectfully submits that the Court should also consolidate the newly-transferred *Klein* matter into the first-filed *Amberber* docket.

Dated: May 19, 2021                                                Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
Stephen J. Teti
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
steti@blockleviton.com

*Attorneys for Mr. Rata and Proposed Lead Counsel*

---

[1] Indeed, the *Klein* matter has already been referred to Judge Daniels (*see Klein*, Case No. 1:21-cv-4484-UA, Dkt. Entry on May 19, 2021).

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeffrey C. Block*
Jeffrey C. Block
