phone: 617-398-5600 | email: jeff@blockleviton.com

December 2, 2021

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Amberber v. EHang Holdings Limited</u> (1:21-cv-01392-GBD)

Dear Judge Daniels:

    I represent Lead Plaintiff Movant Sergiu Rata in the above-referenced action. In accordance with the Private Securities Litigation Reform Act, motions for appointment as Lead Plaintiff were filed with the Court on April 19, 2021, and briefing on the motions was completed on May 10, 2021. Two lead plaintiff candidates remain: my client, Sergiu Rata, and competing movant Timo Rautanen.

    I write to inquire whether any additional briefing or information from the parties, or a hearing on the motions, might assist the Court in the resolution of these motions.

    Respectfully submitted,

    */s/ Jeffrey C. Block*

    Jeffrey C. Block
    **Block & Leviton LLP**
    260 Franklin Street, Suite 1860
    Boston, MA 02110
    Tel: (617) 398-5600
    Fax: (617) 507-6020
    jeff@blockleviton.com

    *Attorney for Sergiu Rata and Proposed Lead Counsel*