# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EYOBE AMBERBER, *individually and on behalf of others similarly situated*,

      Plaintiff,

-against-

EHANG HOLDINGS LIMITED, HUAZHI HU, RICHARD JIAN LIU, AND EDWARD HUAXIANG XU,

      Defendants.

------------------------------------x

FEB 10 2022

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

21 Civ. 1392 (GBD) (GWG)

GEORGE B. DANIELS, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _ | Specific Non-Dispositive Motion/Dispute: | _ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _ | Settlement | | Purpose:_____ |
| _ | Inquest After Default/Damages Hearing | _ | Habeas Corpus |
| | | _ | Social Security |
| | | _ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated: February 10, 2022

SO ORDERED.

George B. Daniels
United States District Judge