UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: EHANG HOLDING LTD. SECURITIES LITIGATION | : : : | Civil Action No. 1:21-cv-01392-GBD |
| This Document Relates To: | : : | CLASS ACTION |
| ALL ACTIONS. | : : : | |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Samuel H. Rudman of Robbins Geller Rudman & Dowd LLP is hereby withdrawn as counsel of record.  The Clerk of the Court is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

    IT IS SO ORDERED.

DATED: _____      _____
                                              THE HONORABLE GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE