

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: EHANG HOLDINGS LTD. SECURITIES LITIGATION | Case No. 1:21-cv-01392-GBD<br><br>STIPULATION, AMENDED CIVIL CASE SCHEDULING ORDER, AND MANAGEMENT PLAN |

The below Amended Scheduling Order and Case Management Plan is hereby stipulated and agreed to, by and between undersigned counsel.

After consultation with counsel and in accordance with the previously filed Stipulation, Amended Civil Case Scheduling Order and Management Plan (ECF No. 55), the following Amended Civil Case Scheduling Order is adopted pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1. Lead Plaintiff shall have sixty (60) days after the adoption of this Amended Civil Case Scheduling Order and Management Plan to file his Amended Complaint.

2. Defendants shall have sixty (60) days after the filing of the Amended Complaint to file their Answer or any responsive motion.

3. Lead Plaintiff shall have forty-five (45) days after the filing of any responsive motion to file their Opposition to that motion.

4. Defendants shall have thirty (30) days after the filing of Lead Plaintiff's Opposition to file their Reply.

Dated: **FEB 2 4 2022**

SO ORDERED.

*George B. Daniels*
George B. Daniels
United States District Judge

| | |
|---|---|
| February 22, 2022 | COOLEY LLP |
| | By: /s/ Sarah M. Lightdale |
| | Sarah M. Lightdale (4395661) |
| | 55 Hudson Yards |
| | New York, NY 10001 |
| | (212) 479-6374 |
| | |
| | Koji F. Fukumara |
| | 4401 Eastgate Mall |
| | San Diego, CA 92121 |
| | (858)550-6008 |
| | |
| | John H. Hemann |
| | 101 California Street, 5th Floor |
| | San Fransisco, CA 94111 |
| | (415) 693-2038 |
| | |
| | *Attorneys for Defendant EHang Holdings Limited* |
| | |
| February 22, 2022 | BLOCK & LEVITON LLP |
| | By: /s/ Jeffrey C. Block |
| | Jeffrey C. Block (2102648) |
| | 260 Franklin St, Suite 1860 |
| | Boston, Massachusetts 02110 |
| | (617) 398-5600 phone |
| | (617) 507-6020 fax |
| | |
| | *Attorney for Lead Plaintiff* |