UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: EHang Holdings Ltd. Securities Litigation    :         <u>ORDER</u>
                                                    :         21 Civ. 1392 (GBD) (GWG)
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court assumes that the parties agree that discovery is stayed pending Judge Daniels' disposition of the motion to dismiss. In the event that the case survives the motion, the parties are directed to file their discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure within 21 days of Judge Daniels' decision and to file a letter to the undersigned by that date indicating preferred dates and times for a Rule 16 conference.

      SO ORDERED.

Dated: February 25, 2022
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge