UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re EHang Holdings Ltd. Securities Litigation | Case No. 1:21-cv-01392-GBD |

**DECLARATION OF SARAH M. LIGHTDALE IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Sarah M. Lightdale, state as follows:

1.      I am a partner with the law firm of Cooley LLP, counsel for Defendants EHang Holdings Limited ("EHang"), Huazhi Hu, Richard Jian Liu, Edward Huaxiang Xu, and Derrick Yifang Xiong. I respectfully submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (the "AC"). I have personal knowledge of the facts set forth in this declaration and, if called upon, could testify truthfully and accurately thereto.

2.      **Appendix A**, submitted solely for the Court's convenience, is a chart cataloguing EHang's risk warnings, which were disclosed in its filings with the U.S. Securities and Exchange Commission ("SEC"), and press releases, and are relevant to Plaintiff's allegations in the AC.

3.      **Appendix B**, submitted solely for the Court's convenience, is a chart cataloging the statements challenged in the AC, which Defendants submit are inactionable for the reasons set forth in Defendants' briefing.

4.      Attached hereto as **Exhibit 1** is a true and correct excerpted copy of EHang's Form 20-F, filed with the SEC on April 20, 2020.

5.      Attached hereto as **Exhibit 2** is a true and correct excerpted copy of EHang's Form 20-F, filed with the SEC on June 15, 2021.

6.      Attached hereto as **Exhibit 3** is a true and correct excerpted copy of EHang's Form 424(b)(4), filed with the SEC on December 12, 2019.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 10.15 attached to EHang's Form F-1, filed with the SEC on October 31, 2019.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 10.17 attached to EHang's Form F-1, filed with the SEC on October 31, 2019.

9.      Attached hereto as **Exhibit 6** is a true and correct excerpted copy of EHang's Form DRS/A, filed with the SEC on November 10, 2019.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of EHang's Form F-1A, filed with the SEC on December 19, 2019.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of EHang's Form 6-K, filed with the SEC on March 25, 2020.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of EHang's press release titled *Progress Updates of EHang 184 Autonomous Aerial Vehicle*, released January 5, 2017. It is publicly available at https://www.ehang.com/news/225.html.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of EHang's press release titled *EHang Authorized as China's First Company on Passenger AAV Piloting Programs*, dated January 23, 2019. It is publicly available at https://www.ehang.com/news/481.html.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of EHang's press release titled *DHL-Sinotrans and EHang jointly launch first fully-automated and intelligent urban drone delivery solution in China*, released May 16, 2019. It is publicly available at https://www.ehang.com/news/497.html.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of EHang's press release *EHang Conducts First-Ever U.S. Trial Flight of Pilotless Air Taxi at North Carolina Transportation Summit*, released January 8, 2020. It is publicly available at https://ir.ehang.com/node/6401/pdf.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of EHang's press release titled *EHang 216 Obtained Operational Permit from Civil Aviation Authority of Norway*, released March 5, 2020. It is publicly available at https://ir.ehang.com/node/6471/pdf.

17.    Attached hereto as **Exhibit 14** is a true and correct copy of EHang's press release titled *EHang Expands in Europe with First UAM Program in Seville, Spain*, released March 16, 2020. It is publicly available at https://ir.ehang.com/node/6501/pdf.

18.    Attached hereto as **Exhibit 15** is a true and correct copy of EHang's press release titled *EHang to Report Fourth Quarter and Full Year 2019 Unaudited Financial Results on Tuesday, March 24, 2020*, released March 16, 2020. It is publicly available at https://ir.ehang.com/node/6511/pdf.

19.    Attached hereto as **Exhibit 16** is a true and correct copy of EHang's press release titled *EHang to Build World's First AAV E-port*, released April 22, 2020. It is publicly available at https://ir.ehang.com/node/6631/pdf.

20.    Attached hereto as **Exhibit 17** is a true and correct copy of EHang's press release titled *EHang Obtained World's First Commercial Pilot Operation Approval of Passenger-grade AAVs for Air Logistics Uses*, released May 27, 2020. It is publicly available at https://ir.ehang.com/node/6816/pdf.

21.    Attached hereto as **Exhibit 18** is a true and correct copy of EHang's press release titled *EHang 216 Obtained Special Flight Operations Certificate from Transport Canada Civil Aviation*, released July 29, 2020. It is publicly available at https://ir.ehang.com/node/6956/pdf.

22.    Attached hereto as **Exhibit 19** is a true and correct copy of EHang's press release titled *EHang to Expand Production Facility for Autonomous Aerial Vehicles*, released July 30, 2020. It is publicly available at https://ir.ehang.com/node/6981/pdf.

23.    Attached hereto as **Exhibit 20** is a true and correct copy of EHang's press release titled *EHang Launches Intelligent Aerial Firefighting Solution*, released July 31, 2020. It is publicly available at https://ir.ehang.com/node/7021/pdf.

24.    Attached hereto as **Exhibit 21** is a true and correct copy of EHang's press release titled *China's State Council Urges Acceleration of Strategic Planning and Standards Formulation for Urban Air Mobility*, released November 30, 2020. It is publicly available at https://ir.ehang.com/node/7286/pdf.

25.    Attached hereto as **Exhibit 22** is a true and correct copy of EHang's press release titled *EHang 216 Receives Long-term Trial Flight Permit across Austria National Airspace*, released December 14, 2020. It is publicly available at https://ir.ehang.com/node/7376/pdf.

26.    Attached hereto as **Exhibit 23** is a true and correct copy of EHang's press release titled *EHang Launches Aerial Tourism Services with Strategic Partner Greenland Hong Kong*, released December 28, 2020. It is publicly available at https://ir.ehang.com/node/7401/pdf.

27.    Attached hereto as **Exhibit 24** is a true and correct copy of EHang's press release titled *China's First National Standard for Express Delivery Service by Unmanned Aircraft Jointly Formulated by EHang will be Effective from January 1, 2021*, released December 29, 2020. It is publicly available at https://ir.ehang.com/node/7411/pdf.

28.    Attached hereto as **Exhibit 25** is a true and correct copy of EHang's press release titled *EHang Joins European Union's AMU-LED Project to Demonstrate Urban Air Mobility*, released January 21, 2021. It is publicly available at https://ir.ehang.com/node/7476/pdf.

29.    Attached hereto as **Exhibit 26** is a true and correct copy of EHang's press release titled *The World's Leading AAV Provider EHang Wins Urban Air Mobility Call from Paris Region*, released January 27, 2021. It is publicly available at https://ir.ehang.com/node/7496/pdf.

30.    Attached hereto as **Exhibit 27** is a true and correct copy of EHang's press release titled *EHang to Demo Medical Air Mobility via Participation in EU-supported SAFIR-Med Project*, released February 5, 2021. It is publicly available at https://ir.ehang.com/node/7546/pdf.

31.    Attached hereto as **Exhibit 28** is a true and correct copy of EHang's press release titled *EHang Responds to Deceptive Wolfpack Research Report*, released February 16, 2021. It is publicly available at https://ir.ehang.com/node/7581/pdf.

32.    Attached hereto as **Exhibit 29** is a true and correct copy of EHang's press release titled *How EHang Pioneers the Future of Urban Air Mobility*, released February 17, 2021. It is publicly available at https://ir.ehang.com/node/7591/pdf.

4

33.    Attached hereto as **Exhibit 30** is a true and correct copy of EHang's press release titled *EHang Provides Updates on Major Production Facility and Announces Onsite Investors Day*, released February 18, 2021. It is publicly available at https://ir.ehang.com/node/7646/pdf.

34.    Attached hereto as **Exhibit 31** is a true and correct copy of EHang's press release titled *EHang Further Rebuts Short-Seller's Allegations Concerning its Relationship with Kunxiang*, released February 19, 2021. It is publicly available at https://ir.ehang.com/node/7666/pdf.

35.    Attached hereto as **Exhibit 32** is a true and correct copy of EHang's press release titled *EHang Reports Fourth Quarter and Full Year 2020 Unaudited Financial Results*, released April 16, 2021. It is publicly available at https://ir.ehang.com/node/7821/pdf.

36.    Attached hereto as **Exhibit 33** is a true and correct copy of EHang's press release titled *EHang Announced Completion of EH216F's Technical Examination by NFFE*, released July 13, 2021. It is publicly available at https://ir.ehang.com/node/8086/pdf.

37.    Attached hereto as **Exhibit 34** is a true and correct copy of EHang's press release titled *EHang Announces Commencement of Operations in Yunfu Production Facility, and to Host Investor Day on August 18, 2021*, released July 26, 2021. It is publicly available at https://ir.ehang.com/node/8111/pdf.

38.    Attached hereto as **Exhibit 35** is a true and correct copy of EHang's press release titled *EHang Releases Video of Yunfu Production Facility in Operation*, released August 18, 2021. It is publicly available at https://ir.ehang.com/news-releases/news-release-details/ehang-releases-video-yunfu-production-facility-operation.

39.    Attached hereto as **Exhibit 36** is a true and correct copy of EHang's Q3 2020 Earnings Presentation, which occurred on December 3, 2020.  It is publicly available at https://ir.ehang.com/static-files/fef9e762-d4e6-4d30-bc51-48963f624f2c.

40.    Attached hereto as **Exhibit 37** is a true and correct copy of the Wolfpack Research Report regarding EHang, dated February 16, 2021. It is publicly available at https://wolfpackresearch.com/research/ehang/.

41.    Attached hereto as **Exhibit 38** is a true and correct copy of EHang's sales contract with Shanghai Kunxiang Intelligent Technology Co., Ltd., dated February 1, 2019.  It is publicly available at https://ehang.gcs-web.com/static-files/343508ee-5ca9-4891-a856-fc9c3fd4309d.

42.    Attached hereto as **Exhibit 39** is a true and correct copy of a Globe Newswire article titled *CAAC Formally Adopts Special Conditions for EH216-S AAV Type Certification,* dated February 23, 2022.  It is publicly available at https://www.globenewswire.com/fr/news-release/2022/02/23/2390104/0/en/CAAC-Formally-Adopts-Special-Conditions-for-EH216-S-AAV-Type-Certification.html.

43.    Attached hereto as **Exhibit 40** is a true and correct copy of EHang's press release titled *EHang Provides Details of its Sales Contracts and Firmly Refutes Short-Seller's Allegations*, and released February 22, 2021. It is publicly available at https://ir.ehang.com/node/7671/pdf.

44.    Attached hereto as **Exhibit 41** is a true and correct copy of EHang's press release titled *CAAC Established EH216 Type Certification Team to Further Advance Certification Process*, and released April 16, 2021. It is publicly available at https://ir.ehang.com/node/7811/pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on this 24th day of June 2022.

*/s/ Sarah M. Lightdale*
Sarah M. Lightdale