**Appendix A**
**Summary of Risk Warnings in EHang's SEC Filings and Press Releases**[1]

| Risk Disclosure | Exhibit |
|---|---|
| **Risks Regarding the AAV/UAV Industry** | |
| Our future growth depends on the demand for, and customers' willingness to adopt, our passenger-grade AAVs and air mobility solutions.<br><br>We operate in the new and evolving AAV industry. Our business and operating results depend in large part on the acceptance of and demand for our passenger-grade AAVs and air mobility solutions. The success of these products and services are and will be subject to risks, including with respect to:<br>• the extent of market reception and adoption of AAVs as transportation and logistics solutions;<br>• our navigating a new and evolving regulatory environment;<br>• our timely fulfillment of product orders;<br>• our ability to produce safe, high-quality and cost-effective AAVs on an ongoing basis;<br>• the performance of our AAVs relative to customer expectations and customers' interest in and demand for our passenger-grade AAVs and<br>• air mobility solutions; and<br>• our building a well-recognized and respected brand.<br><br>Our failure to manage the risks described above may discourage current or potential customers from purchasing our passenger-grade AAVs or using our AAV commercial solutions, and there may be downward price pressure on our AAVs and commercial solutions. If the market for passenger-grade AAVs or air mobility solutions does not develop as we expect or develops more slowly than we expect, our business, prospects, financial condition and operating results will be materially and adversely affected. | Ex. 3 at 16<br><br>Ex. 2 at 5<br><br>Ex. 1 at 5 |
| We may not be successful in competing in the UAV industry.<br><br>We operate in the UAV industry and provide various commercial solutions, including air mobility [(consisting of passenger transportation and logistics)], smart city management and aerial media solutions. In addition to competing with other UAV companies, we compete with traditional industry players providing similar solutions, such as aircraft and ground transportation service providers. Many of our current and potential competitors, particularly international competitors, have significantly greater financial, technical, manufacturing, marketing and other resources than we do and may be able to devote greater resources to the design, development, manufacturing, distribution, promotion, sale and support of their products. | Ex. 3 at 22<br><br>Ex. 1 at 9<br><br>Ex. 2 at 10 |

---

[1] "Ex. _" refers to the exhibits to the Declaration of Sarah M. Lightdale. This is a summary only; Defendants reserve the right to assert that additional risk warnings apply.

**A-1**

| Risk Disclosure | Exhibit |
|---|---|
| We expect competition in our industry to intensify in the future in light of increased demand for alternative transportation, continuing globalization and consolidation in the global UAV industry. Factors affecting competition include, among others, ability to innovate, development speed, product quality, reliability, safety and features, pricing and customer service. Increased competition may lead to lower AAV unit sales and increased inventory, which may result in downward price pressure and adversely affect our business, financial condition, operating results and prospects.<br><br>Our ability to successfully compete in our industry will be fundamental to our future success in existing and new markets and will affect our market share. If our competitors introduce AAVs or services that are superior in quality or performance and/or lower in price compared with our offerings, we may lose existing customers or be unable to attract new customers at prices that would allow us to generate attractive rates of return on our investment, if at all. | |
| The AAV industry may not grow at the rate projected by market data, or at all. Failure of this market to grow at the projected rate may have a material adverse effect on our business and the market price of our ADSs. In addition, the rapidly evolving nature of the AAV industry results in significant uncertainties for any projections or estimates relating to the growth prospects or future condition of our market.<br><br>[or]<br><br>The markets for UAVs and related commercial solutions may not grow at the rate projected with currently available data and information, or at all. Failure to grow at the projected rate may have a material and adverse effect on our business and the market price of the ADSs. | Ex. 1 at 2<br><br>Ex. 2 at 2<br><br>Ex. 3 at 63 |
| You should consider our business and future prospects in light of the risks and challenges we face as a new entrant to a nascent industry and to overseas markets, including risks and challenges associated with our ability to:<br><br>• provide safe, convenient and effective air mobility solutions;<br>• maintain reliable, secure, high-performance and scalable infrastructure;<br>• identify suitable facilities to expand manufacturing capacity;<br>• navigate the evolving and complex regulatory environment across all the markets in which we operate;<br>• anticipate and adapt to changing market conditions, including technological developments and changes in the competitive landscape, and adjust, manage and execute our marketing and sales activities to cater to local economic and demographic conditions, cultural differences and customer preferences across all our current and future markets;<br>• successfully market our AAV commercial solutions; | Ex. 3 at 20-21<br><br>Ex. 1 at 9<br><br>Ex. 2 at 9 |

**A-2**

| Risk Disclosure | Exhibit |
|---|---|
| • improve and maintain our operational efficiency; and<br>• attract, retain and motivate talented employees.<br><br>If we fail to address any or all of these risks and challenges, our business may be materially and adversely affected. | |
| **Risks Regarding the Approval Processes and Regulatory Environment** | |
| Of critical importance is our ability to comply with, and help formulate, applicable legal and regulatory requirements as well as industrial and safety standards that are rapidly evolving. In China, the United States and other jurisdictions relevant to us, the commercial use of our passenger-grade AAVs, and in some cases our non-passenger grade AAVs, is subject to an uncertain or lengthy approval process. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. We also cannot be sure that we or our business partners will obtain the required approvals in a timely manner, or at all. We are not aware of any operator having been granted all required approvals for the commercial operations of passenger-grade AAVs in China or the United States. Nor can we predict when these regulations will change, and any new regulations may impose onerous requirements and restrictions. Any negative developments, or the lack of positive developments, in relevant regulations may reduce customer demand for our products and impede the growth of our business. | Ex. 3 at 16 |
| In the jurisdictions where we sell and plan to sell our products, the commercial use of our passenger-grade AAVs, and in some cases our non-passenger-grade AAVs, is subject to an uncertain or lengthy approval process; we cannot predict when regulations will change, and any new regulations may impose onerous requirements and restrictions with which we, our AAVs and our potential customers may be unable to comply. As a result, we may be limited in, or completely restricted from, growing our business in the foreseeable future.<br><br>We operate in a new and rapidly evolving industry, which is subject to extensive legal and regulatory requirements. As described below, in the jurisdictions relevant to us, the commercial use and delivery of our passenger-grade AAVs is and in the near future is expected to continue to be subject to an uncertain or lengthy approval process. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. For example, we are not aware of any operator having been granted all required approvals for the commercial operations of passenger-grade AAVs in China, the United States or elsewhere. In addition, PRC and U.S. regulations impose significant restrictions on our non-passenger-grade AAVs. We cannot predict when these regulations will change, and any new regulations may impose onerous requirements and restrictions. | Ex. 3 at 16<br>Ex. 1 at 5<br>Ex. 2 at 5 |

**A-3**

| Risk Disclosure | Exhibit |
|---|---|
| Further, we are required to obtain approvals from local divisions of the People's Liberation Army Air Force, or PLAAF for proposed flight routes in connection with our business. As the approvals from the PLAAF are usually granted on a one-off basis or are only valid for a limited period of time and the local divisions of PLAAF may exercise air traffic control under certain circumstances which may restrict us from operating our AAVs from time to time, we cannot assure you that we will be able to obtain such approval for each matter on which we will work on with our customers or partners in the future. If such approval is not granted in a timely manner, we, our customers or partners will not be able to fly the AAVs in the proposed flight routes. | Ex. 3 at 17 Ex. 1 at 6 Ex. 2 at 6 |
| We are not aware of any operator having been granted all required approvals for the commercial operations of passenger-grade AAVs in China, the United States or elsewhere. | Ex. 1 at 5, 54, 71 Ex. 2 at 5, 61, 79 Ex. 3 at 4, 120, 124 |
| In the United States, the commercial use and delivery of our passenger-grade AAVs is and in the near future is expected to continue to be subject to an uncertain or lengthy approval process. We are unable to estimate the average length of time required to obtain the applicable regulatory approvals due to the nascent nature of AAV-related regulations and the lack of relevant precedents. We are not aware of any operator having been granted all required approvals for the commercial operations of passenger-grade AAVs in the United States. U.S. regulations also impose significant restrictions on our non-passenger-grade AAVs. We cannot predict when these regulations will change, and any new regulations may impose onerous requirements and restrictions. | Ex. 2 at 79 Ex. 1 at 71 |
| In the United States, the Federal Aviation Administration, or the FAA, is the regulatory agency that oversees the safety of aircraft operations, including unmanned aircraft systems, or UAS, in the national airspace system of the United States, or the NAS. A UAS is any aircraft and its associated elements that are operated without the possibility of direct human intervention from within or on the aircraft. All of our AAVs qualify as UAS.<br><br>• *Large UAS.* FAA regulations define a "large UAS" as any UAS that weighs 55 pounds or more. Presently FAA regulations do not permit the operation of large UAS in the NAS unless the operator obtains both UAS airworthiness approval as well as operational approval through: (1) a special experimental airworthiness certificate, or SAC, under FAA Order 8130.34D (for the purpose of testing) or (2) an exemption pursuant to the Special Authority for Certain Unmanned Systems located in 49 U.S.C. § 44807, or a Section 44807 Exemption (for testing purposes | Ex. 3 at 17-18 |

A-4

| Risk Disclosure | Exhibit |
|---|---|
| or commercial operations). If the FAA determines that a proposal to operate a large UAS does not present an unreasonable safety risk, the FAA may issue an SAC or Section 44807 Exemption, as applicable, subject to appropriate limitations determined by the FAA. However, obtaining a SAC can be a lengthy process. In addition, carrying persons or property for hire is prohibited.<br><br>We believe that FAA Order 8130.34D provides a path for an operator to begin testing our passenger AAVs and related systems in the United States. Before granting a SAC, the FAA reviews all aspects of the AAV and related systems to help ensure that the AAV can be operated safely, and as part of this process the FAA may request design, manufacturing, operational or other changes. Notably, carrying persons or property for hire is prohibited. Thus, an SAC may potentially be used to test proposed operational concepts, but would not authorize the carriage of goods or persons for hire. Further, obtaining an SAC can be a lengthy process, and we cannot estimate how long this may take.<br><br>The Section 44807 Exemption grants the FAA the authority to use a risk-based approach to determine whether a UAS can operate safely in the NAS with respect to a specific proposed operation without complying with those certain operational and airworthiness requirements for which the Section 44807 Exemption is sought. Under this authority, the FAA may grant exemptions to the applicable operating rules, airworthiness requirements and pilot requirements for a specific operation on a case-by-case basis. Note that the FAA has indicated that it may require a UAS to have a type certificate under 49 CFR Part 21 prior to issuing an exemption for a specific operation pursuant to Section 44807. To use our large AAVs for commercial purposes, an operator would require a Section 44807 Exemption that specifically permits such use. We believe that because of the FAA's concern for the safety of users of the NAS and the public, as well as FAA's regard for the privacy-related concerns of the general public, an exemption for commercial use of our passenger AAVs over populated areas may not be granted in the near future until laws and regulations change to permit such use.<br><br>• *Small UAS*. FAA regulations define a "small UAS" as any UAS that weighs less than 55 pounds. Part 107 of Title 14 of the Code of Federal Regulations, or Part 107, permits the operation of small UAS for commercial purposes, including transporting goods for hire (but not across state lines), provided certain conditions are satisfied, including that the UAS must remain within the visual line of the sight of the pilot, and that the UAS not be operated over persons not involved in the UAS operation (for example, over populated urban areas). Part 107 allows a UAS operator to apply for a waiver of some of the restrictions contained in Part 107, including the restrictions noted above, but does not permit a waiver of the line-of-sight requirement to allow the carriage of property for hire. Thus, under Part 107, an operator may, without seeking any government approvals or waivers, | |

**A-5**

| Risk Disclosure | Exhibit |
|---|---|
| use our small AAVs to conduct the intrastate transportation of goods for hire (i.e., logistics), over unpopulated areas within the line of sight of the pilot. A waiver may be available to allow the delivery of goods for hire over populated areas, but it is uncertain how long it may take to obtain a waiver or whether the FAA would grant one at all.<br><br>Although transporting goods for hire beyond the line of sight of the pilot is not permitted under Part 107, an operator could seek a Section 44807 Exemption to operate under Part 135, for example, as Section 44807 Exemptions are not limited to large UAS. The FAA has granted at least one Section 44807 Exemption for this type of operation using a small UAS. However, it is uncertain how long it may take to obtain an exemption.<br><br>As a result of the forgoing, we and our customers may not be able to commercialize our products, which could limit our sales and our ability to grow our business.<br><br>Note that the description of the regulation of UAS in the United States as provided herein reflects the regulatory landscape with respect to the approval of UAS and UAS operations current as of the date of this prospectus. The FAA's authority, processes and methodologies for the evaluation of UAS operations in the NAS continue to rapidly evolve, and the regulation and processes described herein are subject to change. | |
| As we sell our AAV products internationally, we face challenges in quickly and sufficiently familiarizing ourselves with foreign regulatory environments and policy frameworks. If any new regulation is put in place, or a different interpretation of existing regulation is adopted, our ability to manufacture, market, sell or operate our AAVs or to advertise or deliver air mobility solutions in general may be limited or otherwise affected. Failure to comply with applicable regulations or to obtain, maintain or renew the necessary permits, licenses, registrations or certificates could cause delays in, or prevent us from, manufacturing, marketing, selling and operating our AAV products, meeting product demand and expectations, introducing new products or expanding our service coverage, and could materially and adversely affect our operation results. If we are found to be in violation of applicable laws or regulations, we could be subject to administrative punishment, including fines, injunctions, recalls or asset seizures, as well as potential criminal sanctions, any of which could have a material adverse effect on our business, financial condition, results of operations and prospects. | Ex. 3 at 18<br><br>Ex. 1 at 6<br><br>Ex. 2 at 6 |
| **Disclosures Regarding Specific Approvals** | |
| For our passenger-grade AAVs, we have obtained written approval issued by the CAAC for trial flights in certain locations in China for the purpose of evaluating their airworthiness and formulating industry standards on airworthiness of passenger-grade | Ex. 3 at 17<br><br>Ex. 1 at 5 |

**A-6**

| Risk Disclosure | Exhibit |
|---|---|
| AAVs. However, we are not allowed to engage in commercial operation or pilot operation of our passenger-grade AAVs merely with this approval. | |
| Under the Trial Operation Rules (Interim) for Specific Unmanned Aircraft issued by the CAAC on February 1, 2019, or Interim Rules, to start any specific trial operation, the prospective operator of certain classes of UAVs must submit an application and be approved by the CAAC. In February 2019, we submitted an application to the CAAC for trial operation in relation to a customer's use of our EHang 216, a model of our passenger-grade AAVs, for aerial logistics use. In May 2020, we obtained the trial operation approval from the CAAC. However, even if this approval is granted by the CAAC, we cannot assure you that it can be extended to the operations of other customers. | Ex. 2 at 6 |
| Further, we are required to obtain approvals from local divisions of the People's Liberation Army Air Force, or PLAAF, for proposed flight routes in connection with our business. As the approvals from the PLAAF are usually granted on a one-off basis or are only valid for a limited period of time and the local divisions of PLAAF may exercise air traffic control under certain circumstances which may restrict us from operating our AAVs from time to time, we cannot assure you that we will be able to obtain such approval for each matter on which we will work on with our customers or partners in the future. If such approval is not granted in a timely manner, we, our customers or partners will not be able to fly the AAVs in the proposed flight routes. | Ex. 2 at 6 |
| In February, 2020, we obtained the flight permit from the Civil Aviation Authority of Norway approving a series of test flights of EHang 216 in Norway, paving the way for us to expand test flights and operations in other European countries. | Ex. 1 at 72 |
| In January 2020, we obtained the first special flight permit for EHang 216 from the FAA and conducted our first AAV demo flight in North Carolina of the United States. Although it was a non-passenger demo flight, we expect to continue to work with the FAA for the approval of passenger trial flights of EHang AAVs. | Ex. 1 at 72 |
| **Risks Regarding EHang's Sales and Revenues** | |
| We have entered into a number of long-term agreements with customers and partners relating to the sale of our passenger-grade AAVs. Some of these agreements are conditional, and our counterparty is not obligated to purchase our products unless a number of conditions are satisfied.<br>. . .<br>Some other agreements are framework agreements containing sales targets, but that does not obligate our counterparties to purchase our products at all. We expect the number of orders we receive under these framework agreements to depend on a number of factors, including changes in the regulatory environment, customers' acceptance of and demand for our products and services and our production capacity. For the foregoing reasons, we | Ex. 3 at 19<br>Ex. 2 at 7<br>Ex. 1 at 7 |

**A-7**

| Risk Disclosure | Exhibit |
|---|---|
| may not receive substantial orders from our current or potential customers [. . . ]. As our long-term agreements may not result in material sales of our products, our future results of operations may not scale or otherwise meet our current expectations. | |
| We have substantial customer concentration and we have experienced a significant increase in accounts receivable.<br><br>Due to the short history of our business and that we have not achieved significant scale, we had and expect to continue to have customer concentration. . . .<br><br>There are inherent risks whenever a large percentage of revenues are concentrated with a limited number of customers. We are unable to predict the future level of demand for our services that will be generated by these customers. . . .<br><br>The credit period for some of our customers, including the largest customer of our AAVs, can be as long as 180 days. If our major customers were to cease purchasing our products or services, cancel existing orders or fail to make payments to us in a timely fashion, our business and results of operation will be materially and adversely affected. | Ex. 3 at 19-20<br><br>Ex. 1 at 7 |
| In 2018, our largest customer accounted for 30% of our revenues. In the first nine months of 2019, our largest customer accounted for 44% of our revenues.<br>. . .<br>In addition, our accounts receivable balance significantly increased from RMB2.5 million (US$0.3 million) as of December 31, 2018 to RMB36.9 million (US$5.2 million) as of September 30, 2019. As of September 30, 2019, accounts receivable from top two customers accounted for 77% of our total accounts receivable balance. | Ex. 3 at 19-20 |
| In 2018 and 2019, our largest customer accounted for 30% and 24% of our revenues, respectively.<br>. . .<br>In addition, our accounts receivable balance significantly increased from RMB2.5 million (US$0.4 million) as of December 31, 2018 to RMB41.1 million (US$5.9 million) as of December 31, 2019. As of December 31, 2019, accounts receivable from top two customers accounted for 73% of our total accounts receivable balance. | Ex. 1 at 7 |
| In 2018, 2019 and 2020, the largest customer accounted for 30%, 24% and 51% of our revenues, respectively.<br>. . .<br>In addition, our accounts receivable balance significantly increased from RMB2.5 million as of December 31, 2018 to RMB41.1 million as of December 31, 2019, and further increased to RMB179.4 million (US$27.5 million) as of December 31, 2020, out of which RMB16.2 million (US$2.5 million) will be paid due over one year and was included in other non-current assets. As of December 31, 2020, accounts receivable | Ex. 2 at 7 |

**A-8**

| Risk Disclosure | Exhibit |
|---|---|
| balance (net of allowances) from our top three customers accounted for 85% of our total accounts receivable balance. For our air mobility solutions and aerial media solutions, we typically require a portion of payments upfront and the remaining amounts are contractually due ranging from three to six months. However, due to the COVID-19 impacts in 2020, we usually collect our accounts receivable from our customers later than the due dates. Subsequent to December 31, 2020, our certain customers signed payment commitment letters to us. | |
| **Disclosures Regarding EHang's Spending** | |
| Many of our current and potential competitors, particularly international competitors, have significantly greater financial, technical, manufacturing, marketing and other resources than we do and may be able to devote greater resources to the design, development, manufacturing, distribution, promotion, sale and support of their products. We expect competition in our industry to intensify in the future in light of increased demand for alternative transportation, continuing globalization and consolidation in the global UAV industry. | Ex. 3 at 22<br><br>Ex. 1 at 9<br><br>Ex. 2 at 10 |
| **Forward-Looking Statements Disclaimers** | |
| This annual report contains forward-looking statements that reflect our current expectations and views of future events. These forward-looking statements are made under the "safe-harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. Known and unknown risks, uncertainties and other factors, including those listed under "Item 3. Key Information—D. Risk Factors," may cause our actual results, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. These statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, performance or achievements to be materially different from those expressed or implied by the forward-looking statements.<br><br>[or]<br><br>This prospectus contains forward-looking statements that reflect our current expectations and views of future events. The forward-looking statements are contained principally in the sections entitled "Prospectus Summary," "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations," and "Business." Known and unknown risks, uncertainties and other factors, including those listed under "Risk Factors," may cause our actual results, performance or achievements to be materially different from those expressed or implied by the forward-looking statements. | Ex. 1 at 2<br><br>Ex. 2 at 2<br><br>Ex. 3 at 63 |
| You can identify some of these forward-looking statements by words or phrases, such as "may," "will," "expect," "anticipate," "aim," "estimate," "intend," "plan," "believe," "[is/are] likely to," "potential," "continue" or other similar expressions. We have based these forward-looking statements | Ex. 3 at 63<br><br>Ex. 1 at 2 |

**A-9**

| Risk Disclosure | Exhibit |
|---|---|
| largely on our current expectations and projections about future events that we believe may affect our financial condition, results of operations, business strategy and financial needs. These forward-looking statements include statements relating to:<br><br>• our goals and strategies;<br>• our future business development, financial conditions and results of operations;<br>• the expected growth of the PRC and global UAV industry;<br>• our expectations regarding the demand for and market acceptance of our products and services;<br>• our expectations regarding our relationships with distributors, customers, component suppliers, strategic partners and other stakeholders;<br>• our expectations regarding our capacity to develop, manufacture and delivery AAV products in fulfilment of our contractual commitments;<br>• competition in our industry;<br>• [the impact of the COVID-19 pandemic]<br>• [our proposed use of proceeds; and]<br>• relevant government policies and regulations relating to our industry.<br>• [and assumptions underlying or related to any of the foregoing.]<br><br>These forward-looking statements involve various risks and uncertainties. Although we believe that our expectations expressed in these forward-looking statements are reasonable, our expectations may later be found to be incorrect. Our actual results could be materially different from our expectations. | |
| Important risks and factors that could cause our actual results to be materially different from our expectations are generally set forth in "Prospectus Summary—Our Challenges," "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations," "Business," "Regulation" and other sections in this prospectus. You should read thoroughly this prospectus and the documents that we refer to with the understanding that our actual future results may be materially different from and worse than what we expect. We qualify all of our forward-looking statements by these cautionary statements. | Ex. 3 at 63 |
| Moreover, we operate in an evolving environment. New risk factors and uncertainties emerge from time to time and it is not possible for our management to predict all risk factors and uncertainties, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. You should read thoroughly this annual report and the documents that we refer to with the understanding that our actual future results may be materially different from, or worse than, what we expect. We qualify all of our forward-looking statements by these cautionary statements. | Ex. 1 at 2<br><br>Ex. 2 at 2 |

**A-10**

| Risk Disclosure | Exhibit |
|---|---|
| This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements. | Ex. 8 at 11<br>Ex. 17 at 2<br>Ex. 18 at 2<br>Ex. 19 at 2<br>Ex. 22 at 2<br>Ex. 25 at 2<br>Ex. 26 at 4<br>Ex. 27 at 4<br>Ex. 30 at 5<br>Ex. 31 at 1 |
| **Misc.** | |
| We are a relatively young company with a short operating history, and we may not be able to sustain our rapid growth, effectively manage our growth or implement our business strategies.<br><br>We have been providing AAV commercial solutions [since 2014] [for approximately three years.] Although we have experienced growth, our historical performance may not be indicative of our future performance due to our limited operating history. We are currently commercializing our AAVs and air mobility solutions, and have a short history of accepting orders for our AAVs and delivering them to customers for testing, training and demonstration purposes. There is only a limited historical basis for making judgments on the demand for our products and services or our ability to produce and deliver AAVs and air mobility solutions, or to become profitable in the future. | Ex. 3 at 20<br>Ex. 1 at 7<br>Ex. 2 at 8 |

**A-11**