# Appendix B

## Statements Challenged in the AC Arranged By Topic[1]

| | AC ¶ | Source | Speaker[2] | Challenged Statement | Reasons Inactionable[3] |
|---|---|---|---|---|---|
| | | | **EHANG'S VEHICLES** | | |
| 1 | 87 | Multiple Press Releases | EHang | "EHang refers to their products as 'passenger-grade.'" | NF, P |
| 2 | 93 | Dec. 12, 2019<br><br>Form 424B4 (unsigned, accompanied by Form F-1 signed by Hu and Liu) | EHang | "We are an autonomous aerial vehicle technology platform company. We are pioneering the future of transportation through **our proprietarily developed autonomous aerial vehicles**, or AAVs, and related commercial solutions. **We believe we are the first in the world to launch passenger-grade AAVs, setting a new milestone in the deployment and proliferation of AAV technology**." | NF, P, O |
| 3 | 96 | Dec. 12, 2019<br><br>Form 424B4 (unsigned, accompanied by Form F-1 signed by Hu and Liu) | EHang | **"We design, develop, manufacture, sell and operate AAVs and their supporting systems and infrastructure for a broad range of industries and applications, including passenger transportation, logistics, smart city management and aerial media solutions**. We aim to make it safe and convenient for both passengers and goods to take to the air.<br><br>We are the first mover in AAV technology. In January 2016, we unveiled the world's first passenger-grade AAV, EHang 184, a single-seat model, at CES. In March 2018, we delivered a unit of our dual-seat EHang 216 to a customer | NF, P, O |

---

[1] "AC" refers to the Amended Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 79). This chart maintains the emphasis in the AC.

[2] The Defendants are EHang Holdings Ltd. ("EHang"), Huazhi Hu ("Hu"), Richard Jian Liu ("Liu"), Edward Huaxiang Xu ("Xu"), and Derrick Yifang Xiong ("Xiong").

[3] NF = Plaintiffs have not alleged falsity; P = Puffery/Corporate Optimism; O = Opinion; FL = Forward Looking.

| | | | | EHANG'S VEHICLES | |
|---|---|---|---|---|---|
| | AC ¶ | Source | Speaker[2] | Challenged Statement | Reasons Inactionable[3] |
| | | | | for testing, training and demonstration purposes. We believe this was the world's first delivery of a passenger-grade AAV. In addition, we have developed a number of non-passenger-grade AAV models suitable for a variety of industrial and commercial applications.<br><br>**Unlike manually controlled UAVs, our intelligent AAVs can fly and operate autonomously. Our proprietary in flight operating systems and on-the-ground infrastructure enable reliable and simultaneous control of a large number of AAVs. The operating systems installed on each AAV consist of an autopilot and flight control system, communication systems, a battery management system and a safety management system. Our on-the ground infrastructure consists primarily of command-and-control systems, handheld and computer-based control units and AAV charging equipment.**" | |
| 4 | 135<br><br>151 | Dec. 3, 2020<br><br>Dec. 28, 2020<br><br>Press Releases | EHang | EHang referred to itself as "the world's leading autonomous aerial vehicle (AAV) technology platform company." | P, O |
| 5 | 137 | Dec. 3, 2020<br><br>Press Release | EHang | "Business Highlights<br><br>• **Launched the EH216F AAV and intelligent aerial firefighting solution**: In July, EHang introduced the EH216F, the firefighting version of EH216. The EH216F is the world's first large-payload AAV for high-rise aerial firefighting. With a peak altitude of up to 600 meters, it is superior to conventional extinguisher equipment for high-rise fires. Given significant market demand, it has attracted strong interest from emergency management departments and fire departments at national and local level in China. | NF, P, O |

| | AC ¶ | Source | Speaker[2] | Challenged Statement | Reasons Inactionable[3] |
|---|---|---|---|---|---|
| | | | | **EHANG'S VEHICLES** | |
| | | | | • **Unveiled the heavy-lift EH216L AAV for aerial logistics**: In September, EHang unveiled another new product, the aerial logistics version of EH216 named the EH216L. The EH216L is a multi-rotor AAV with the record payload capacity. This model opens up more commercial opportunities for various urban and rural aerial logistics uses that require frequent and point-to-point deliveries." | |
| 6 | 138 | Dec. 3, 2020<br><br>Press Release | Hu | **"We are excited by the launch of two new products based on the cutting-edge EH216 passenger-grade AAV technology platform. The EH216F and the EH216L are designed to meet strong market demand for high-rise firefighting solutions and heavy-lift aerial logistics solutions**. Both are expected to drive revenue growth in the years to come." | NF, P, O |
| 7 | 142 | Dec. 3, 2020<br><br>Earnings Call | Hu (Xu translating) | "[W]e have already delivered over 100 units of EH216 passenger-grade autonomous aerial vehicles, or AAVs, cumulatively in China and in the world. We have completed near 10,000 safe flights worldwide with zero accidents. This is an amazing accomplishment for such an innovative passenger-grade AAV. Our proprietary full redundancy safety systems have been fully testified by the abundance of real flights." | NF, P, O |
| 8 | 152 | Dec. 28, 2020<br><br>Press Release | EHang<br><br>Xu | EHang:<br><br>EHang declared "the launch of its own autonomous urban air mobility ("UAM") services with its strategic partner Greenland Hong Kong Holdings Limited" and further stated "[t]he trial services include an aerial sightseeing program and aerial media shows, which will be rolled out in the partner's tourism real estate project (Forest Lake) located in Zhaoqing, a popular tour destination city in Guangdong, China. The Company intends to work jointly with Greenland Hong Kong over time to offer aerial tourism services using its EH216 AAVs in more cities."<br><br>"The collaboration will start with a flight base in Forest Lake first, independently run by EHang, to offer aerial sightseeing services to | NF, P, O |

**A-3**

| | | | EHANG'S VEHICLES | | |
|---|---|---|---|---|---|
| | AC ¶ | Source | Speaker[2] | Challenged Statement | Reasons Inactionable[3] |
| | | | | passengers. Forest Lake is located close to the new Zhaoqing-Pearl River Delta-Hub Airport, which is under construction. The area offers abundant tourism attractions, including 7 natural lakes and wetlands covering 3 million square meters. Going forward, the two parties will work together to commercialize EHang AAV technologies in various use cases including aerial sightseeing."<br><br>Defendant Xu:<br><br>**"We are excited to partner with Greenland Hong Kong to launch trial operations of the EH216 and bring our safe, green and comfortable UAM services to local residents**. As an AAV technology platform company and a UAM operator, we are steadily rolling out global trial operations and will further work with our partners to build more UAM networks." | |
| 9 | 152 | Dec. 28, 2020<br><br>Press Release | Xu | **"The Company sees various advantages of its EH216 AAVs to conventional single-propeller helicopters, such as higher safety level, lower noise level, lower costs, and zero emissions**. Powered by fossil fuel, helicopters discharge significant amounts of green-house gases and have high failure risks. Yet they are more expensive to operate with pilots. Given the key advantages, EHang believes its EH216 AAVs have the potential to become a new travel vehicle for low-altitude aerial sightseeing. | NF, O |
| 10 | 156 | Dec. 29, 2020<br><br>Press Release | EHang | "As the world's leading autonomous aerial vehicle ("AAV") technology platform company and the UAM industry pioneer, **EHang has proprietarily developed a complete suite of intelligent aerial logistics solutions**, including the EH216L heavy-lift AAV for short-to-medium-haul aerial transport, the Falcon medium-sized AAV for urban express delivery, the unmanned aircraft systems, take-off and landing control sites and intelligent self-express service machines. With abundant operating experience, service workflow and practical data, EHang made significant contribution to the | NF, P, O, FL |

A-4

| | AC ¶ | Source | Speaker[2] | Challenged Statement | Reasons Inactionable[3] |
|---|---|---|---|---|---|
| | | | | **EHANG'S VEHICLES** | |
| | | | | groundbreaking for the Standard based on its industry expertise and valuable insights.<br><br>With the implementation of the Standard, **EHang will continue to accelerate regular operations of its intelligent AAV technologies for aerial logistics, and provide customized solutions for clients from various sectors including logistics, retail, e-commerce and offshore oil and gas** by helping them improve efficiency at lower costs." | |
| 11 | 159 | Jan. 21, 2021<br><br>Press Release | EHang | EHang referred to itself as "the world's leading autonomous aerial vehicle ("AAV") technology platform company with about 10,000 incident-free flights . . . . "[t]hroughout 2022, Ehang will perform trial operations of the EH216, its flagship two-seat passenger-grade AAV, in three countries: Spain, the United Kingdom and the Netherlands"<br><br>"Participation in the AMU-LED project will enable EHang to demonstrate the benefits of its leading AAV products and technology platform solutions. EHang products enable smart city management, shorten the travel time of both people and goods, and reduce air pollution and traffic accidents. EHang believes the AMULED is a great opportunity to demonstrate the promise of autonomous air taxis and further inspire the global UAM community to develop new product innovations and enabling legal frameworks."<br><br>As the world's first publicly-listed UAM company **to achieve global commercialization of its passenger-grade AAVs**, EHang has been paying attention to the development of the European market. EHang has achieved multiple milestones in UAM development in Europe. **In 2020, the Company made great regulatory breakthroughs by obtaining flight permits for the EH216 from the civil aviation authorities of Norway and Austria**. So far it has expanded its UAM Pilot City Initiative to three cities in Austria and | NF, P, O |

**A-5**

| | AC ¶ | Source | Speaker[2] | Challenged Statement | Reasons Inactionable[3] |
|---|---|---|---|---|---|
|  | **EHANG'S VEHICLES** | | | | |
| | | | | Spain, and established strategic UAM partnerships with FACC, the leading Austrian aerospace company and Vodafone, one of the world's biggest telecoms and technology service providers. | |
| 12 | 161 | Jan. 27, 2021<br><br>Press Release | EHang | EHang referred to itself as "the only commercialized passenger-grade AAV solution provider and a pioneer of urban air mobility." | P, O |
| 13 | 162 | Feb. 5, 2021<br><br>Press Release | EHang | EHang stated that it "will use EH216, its flagship two-seat passenger-grade AAV, and its Falcon medium-sized AAV to transport medical supplies in urban environment."<br><br>"Using its expertise and abundant experience, EHang will help formulate a performance assessment and recommendations report, which will refine the current U-space architecture principles, propose operational procedures and mechanisms for an effective interface between Air Traffic Control . . . and U-Space service providers, and suggest a set of Urban Air Mobility . . . indicators to complement the existing smart urban mobility indicators used by European cities."<br><br>"Leveraging its past regulatory breakthroughs and comprehensive partnership network, Ehang will expand its global flight tour to more cities and showcase its leading AAV products and solutions in various use cases including passenger commuting and emergency medical transport, etc. As the world's first listed UAM company **to achieve global commercialization of its passenger-grade AAVs**, EHang is also well positioned to work with all parties to facilitate product innovations and construction of a UAM legal framework in Europe." | NF, P, O |

**A-6**

| | | | | REVENUES | |
|---|---|---|---|---|---|
| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
| 14 | 100 | Dec. 12, 2019<br><br>Form 424B4 (unsigned, accompanied by Form F-1 signed by Hu and Liu) | EHang | **"As of December 5, 2019, we had cumulatively delivered 38 passenger-grade AAVs for testing, training and demonstration purposes and developed two command-and-control centers for smart city management. As of December 5, 2019, we had unfilled purchase orders for 48 passenger-grade AAVs.**<br><br>**Our core business, air mobility solutions, grew significantly in the first nine months of 2019. Since early 2019, we have accelerated the commercialization of our passenger-grade AAVs in air mobility solutions. In the third quarter of 2019, we sold 18 passenger-grade AAVs, compared with 17 in the first two quarters of 2019 combined.**<br><br>Our revenues increased by 109.8% from RMB31.7 million in 2017 to RMB66.5 million (US$9.3 million) in 2018. Our net loss decreased by 7.1% from RMB86.6 million in 2017 to RMB80.5 million (US$11.3 million) in 2018. Our revenues increased by 19.9% from RMB56.0 million in the nine months ended September 30, 2018 to RMB67.1 million (US$9.4 million) in the nine months ended September 30, 2019, and our net loss decreased by 3.9% from RMB49.8 million in the nine months ended September 30, 2018 to RMB47.8 million (US$6.7 million) in the nine months ended September 30, 2019. In 2018, revenues generated by air mobility solutions, smart city management solutions and aerial media solutions were RMB3.1 million (US$0.4 million), RMB30.5 million (US$4.3 million) and RMB31.3 million (US$4.4 million), representing 4.7%, 45.8% and 47.0% of our total revenues, respectively. **In the nine months ended September 30, 2019, revenues generated from air mobility solutions, our core business, increased** | NF |

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REVENUES** | |
| | | | | **significantly to RMB48.8 million (US$6.8 million), representing 72.7% of our total revenues."** | |
| 15 | 103 | Apr. 20, 2020

Form 20-F (signed by Hu and Liu) | EHang | According to EHang's 2019 Form 20-F, the Company "raised approximately US $33.9 million in net proceeds from the issuance of new shares from [the] initial public offering" and another "US $9.8 million in net proceeds from the issuance of new shares" in January 2020 following the exercise of over-allotment options by the IPO's underwriters. | NF |
| 16 | 110 | Mar. 25, 2020

Form 6K (signed by Liu)

Press Release | EHang | EHang announced that for the full year 2019, total revenues increased 83.2%, gross margins were up 7.7%, operating losses were down 37.7%, and that sales of "passenger-grade AAVs" reached 61 units in 2019, up from just 3 units in 2018. | NF |
| 17 | 111 | Mar. 25, 2020

Form 6K (signed by Liu)

Press Release | Hu | "In December 2019, EHang successfully completed its IPO on Nasdaq and became the world's first publicly traded UAM company, which was a milestone achievement not only for EHang but also for the whole industry. **As a new public company, EHang delivered record high quarterly results with impressive financial and operating performance. Our revenues grew significantly, gross margin continued to increase and we achieved first ever quarterly positive operating cash flow and operating profit**. Such achievements reflect our strong competitive advantages arising from our global leadership in the UAM industry. Our business is experiencing some short-term turbulence from the COVID-19 outbreak. These include absence and late | NF, P, O |

**A-8**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REVENUES** | |
| | | | | return of frontline workers, delayed fulfillment across our supply chain, and the short-term disruption on some of our customers' industries such as tourism. However, this has also created new opportunities for us to explore, such as emergency delivery and rescue. We are confident in the long-term growth and robustness of our business. We are very optimistic about the future of the global UAM industry, which is expected to reach US$1.5 trillion by 2040 according to Morgan Stanley. We are confident that we will keep our leadership in this promising industry." | |
| 18 | 114 | Apr. 20, 2020<br><br>Form 20-F<br><br>(signed by Hu and Liu) | EHang | EHang reiterated the financial results announced on March 25, 2020. | NF |
| 19 | 115 | Apr. 20, 2020<br><br>Form 20-F<br><br>(signed by Hu and Liu) | Hu<br><br>Liu | Defendants Hu and Liu signed certifications that "**[b]ased on [their] knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.**" They also certified that "the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the company as of, and for, the periods presented in this report." | NF |
| 20 | 123 | May 29, 2020 | EHang | EHang reported that total revenues were up 80.3% year over year, that gross margins increased 0.8 percentage points year over year, and that gross profits increased 82.7% year over year. | NF |

**A-9**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REVENUES** | |
| | | Form 6-K (signed by Liu) | | | |
| 21 | 127 | Aug. 26, 2020<br><br>Form 6-K (signed by Liu) | EHang | EHang reported that total revenues were up 62.7% year over year, "driven by significant growth across all revenue streams." The Company further reported that gross profits increased 60% year over year. | NF, P |
| 22 | 135<br><br>136 | Dec. 3, 2020<br><br>Press Release | EHang | EHang stated that it "Achieved Record High Quarterly Revenues and Gross Profit," "Maintained Stable and High Gross Margin," and "Attained Second Quarter of Adjusted Operating Profitability."<br><br>For the third quarter of 2020, ended September 30, 2020, EHang reported total revenues of RMB71.0 million ($10.5 million USD), which the Company said was "up 104.3% year over year, with growth across the main revenue streams."<br><br>The Company further reported gross margins of 59.2%, "an increase of 4.3 percentage points year over year, driven by optimized cost structure of certain products and the change in revenue mix."<br><br>EHang also reported a gross profit of RMB42.0 million ($6.2 million USD), "an increase of 120.3% year over year," and that operating loss shrunk to RMB1.8 million ($0.3 million USD), down from RMB10.6 million in the third quarter of 2019.<br><br>EHang reported "[s]ales of the EH216, the Company's flagship passenger-grade AAV, reached 23 units in the third quarter of 2020 versus 18 units in the third quarter of 2019." | NF |
| 23 | 138 | Dec. 3, 2020 | Hu | "**In the third quarter we had significant growth in revenues and gross profit, both year-over-year and quarter-over-quarter**. Notably, we have | NF, P |

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REVENUES** | |
| | | Press Release | | attained positive quarterly operating profitability on an adjusted basis again since last time in the fourth quarter of 2019. This reflects our improving business operations despite the impact of COVID-19 around the world." | |
| 24 | 148 | Dec. 3, 2020<br><br>Earnings Call | Liu | "So in respect of our gross margin, we have seen our gross margin maintained at a stable high level of around 50% plus since we started the commercial delivery in the first half of last year. If you look at other electrical transportation technology products such as electrical cars, our gross margin is much higher. So in respect of our new model, firefighting model, the gross margin is expected to be in line with that of the other existing models.<br><br>And overall, it is expected, our gross margin will be maintained at the similar level of 50% plus going forward." | NF, O, FL |

**A-11**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | **RESEARCH AND DEVELOPMENT** | | |
| 25 | 98 | Dec. 12, 2019<br><br>Form 424B4 (unsigned, accompanied by Form F-1 signed by Hu and Liu) | EHang | **"Our strong in-house research and development capabilities underpin our leadership and support our innovation. As of September 30, 2019, our 125- member research and product development team represented more than half of our total employees. Our research and development efforts are led by our founder, chairman and chief executive officer, Mr. Huazhi Hu, one of the pioneers and leaders in the global AAV industry**. Our key research and development team includes personnel with strong backgrounds in electrical engineering, aerospace engineering, mechanical engineering, automation, material engineering and software development. As of September 30, 2019, we had 138 issued patents in China, many of which relate to our core technologies, such as flight control and command-and-control systems." | NF, P, O |
| 26 | 144 | Dec. 3, 2020<br><br>Earnings Call | Hu (Xu translating) | "Today, we have developed an integrated AAV technology platform with proprietary intellectual properties. Leveraging our experiences and expertise in the fields of hardware, software and supply chains, we will release more AAV models with different payload levels to meet the demands for mid-haul and long-haul flights, thus gradually expanding the operational range of autonomous air mobility." | NF, O, FL |
| 27 | 156 | Dec. 29, 2020<br><br>Press Release | EHang | "As the world's leading autonomous aerial vehicle ("AAV") technology platform company and the UAM industry pioneer, **EHang has proprietarily developed a complete suite of intelligent aerial logistics solutions**, including the EH216L heavy-lift AAV for short-to-medium-haul aerial transport, the Falcon mediumsized AAV for urban express delivery, the unmanned aircraft systems, take-off and landing control sites and intelligent self-express service machines. With abundant operating experience, service workflow and practical data, EHang | NF, P, O |

| | RESEARCH AND DEVELOPMENT | | | | |
|---|---|---|---|---|---|
| **CAC ¶** | **Source** | **Speaker** | **Challenged Statement** | | **Reasons Inactionable** |
| | | | made significant contribution to the groundbreaking for the Standard based on its industry expertise and valuable insights." | | |

**A-13**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
|  YUNFU MANUFACTURING FACILITY | | | | | |
| 28 | 132 | Jul. 30, 2020<br><br>Press Release | EHang | EHang announced that it "will build a new AAV production facility in Yunfu city in Guangdong, China with a planned initial annual capacity of 600 units and an RMB 42 million . . . investment supported by the local government in the facility. The EHang Yunfu facility is aimed to be established as an industry leading AAV production center, including an R&D facility for air mobility solutions and a training center for operations and technical talents."<br><br>Defendant Hu:<br><br>"The increasing market demands and commercialization of AAVs in China are driving us to expand our production and upgrade our manufacturing capabilities. The EHang Yunfu facility serves as an expansion of our existing facility and will support the growth of our air mobility business in China." | O, FL |
| 29 | 137 | Dec. 3, 2020<br><br>Press Release | EHang | Business Highlights<br><br>• **Capacity expansion to meet high demand for AAVs in China**: In July, EHang announced that it will build a new AAV production facility in Yunfu, Guangdong. This factory expands upon the current facility in Guangzhou and will support the growth of the air mobility business in China with a planned initial capacity of 600 units of passenger-grade AAVs per annum. The Yunfu factory is designed to be an industry-leading AAV production center and will feature an R&D facility and a training center for air mobility.<br><br>Defendant Hu:<br><br>"**With increasing demand and stronger government emphasis on supporting the development of urban air mobility and unmanned civil aviation in China, we have started to ramp up our production capacity** | NF, O, FL |

**A-14**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
|  | **YUNFU MANUFACTURING FACILITY** |
| | | | | **with the new facility in Yunfu**. This is an important step forward as we get ourselves ready for the next phase of growth." | |
| 30 | 144 | Dec. 3, 2020<br><br>Earnings Call | Hu (Xu translating) | "Since our current production facility can no longer meet the needs of the mass production, **we decided to build a new production facility in Guangdong, Yunfu** with an area of 40,000 square meters and the planned initial annual capacity of 600 units passenger-grade AAVs. More important, we will establish a complete set of industry standards and systems from designing, production and operations and will devote ourselves to designing and developing infrastructure, including the automated vertiports so as to gradually establish an integrated operating system like that in existing airports. This is also an important measure to ensure the safe operations of EH216." | NF, O, FL |

**A-15**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **E-PORT FOR AAV SERVICES** | |
| 31 | 116 | Apr. 22, 2020<br><br>Press Release | EHang | "**EHang will cooperate with a local partner in the City of Hezhou in Guangxi Province, China, to build the E-port, which will accelerate the commercialization of EHang AAVs in the tourism industry**. The city of Hezhou is a pioneer in air tourism, and this project will make it model for air tourism innovation around the world. The E-port is planned to be completed and operational by around the end of 2020.<br><br>The plan includes the delivery of 20 units of the EHang 216, the Company's twoseat passenger-grade AAV, which will be deployed for aerial sightseeing.<br><br>**The E-port terminal building will be three stories covering 2,500 square meters. Architectural features include a first floor reception hall, second floor passenger waiting area, and a third floor departure/arrival zone. Four landing pads will be located on the roof-top, which can accommodate the landing/takeoff of four AAVs simultaneously**." | O, FL |
| 32 | 117 | Apr. 22, 2020<br><br>YouTube Video | EHang | Describing the AAV E-Port: "**we've created the world's first AAV command and control center**." | NF |

**A-16**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REGULATORY APPROVALS** | |
| 33 | 104 | Jan. 8, 2020

Press Release | EHang | EHang stated that it would "**conduct its first-ever U.S. trial flight of its two-seater passenger-grade AAV. . . . This represents the first time that the EHang 216 has received flight approval from the Federal Aviation Administration . . .**" | NF |
| 34 | 106 | Mar. 5, 2020

Press Release | EHang | EHang announced that it had "obtained operational permit for its two-seater passenger-grade AAV, the EHang 216, from the Civil Aviation Authority of Norway . . . This is the first operational permit for long term testing flight of EHang 216 in Europe, laying a solid foundation for future urban air mobility (UAM) operations in other EU countries."

"After the assessment of test flight plans and contingency plans, the CAA Norway issued an operational permit for EHang 216 to conduct flights together with a local customer for the purpose of testing and certification. According to CAA Norway, it believes the country's geographic conditions suit the testing of unmanned aircraft well. Covered with a long strip of land with abundance of sparsely populated areas and free airspace, the country has started to build a network of small airports since 1960's, connecting most territories throughout the country. For the test flight of EHang 216, CAA Norway looks forward to witnessing it at Elvenes airport." | NF, P |
| 35 | 108 | Mar. 16, 2020

Press Release | EHang | EHang announced in a press release that it had "entered into a cooperation agreement with the city government of Seville, Spain to execute the first Urban Air Mobility (UAM) pilot program in Spain."

"The agreement specifies that EHang will work with the Seville government to develop the urban air mobility including passenger transportation, air logistics and command and control platforms in the city. The city will also collaborate on applications for permission to conduct test flights, in accordance with Spanish and European legislation, and will coordinate with EHang in the planning of flight routes." | NF |

A-17

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REGULATORY APPROVALS** | |
| 36 | 111 | Mar. 25, 2020<br><br>Form 6K (signed by Liu)<br>Press Release | Hu | "We are the first to enter into commercialization in the global industry. Our first-mover advantage has helped us be a pioneer in commercializing AAVs and establishing market standards. **Our breakthroughs in the regulatory front, both in China and internationally (e.g. having obtained the first flight permit for the EHang 216 AAV by the Federal Administration of Aviation (FAA) in the US and the first flight permit for the EHang 216 AAV by the Civil Aviation Authority in Norway), have also underpinned our industry leadership and enhanced our customers' confidence globally**. Leveraging all these, we aim to not just be a technology product provider but a leading UAM platform company offering a comprehensive suite of solutions and services to develop an integrated UAM ecosystem. We look forward to building more partnerships with other businesses, city governments, regulators and investors globally to achieve this strategic goal and benefiting together from fast growing demands for UAM globally." | NF, P, O |
| 37 | 119<br>120 | May 27, 2020<br><br>Press Release | EHang<br><br>Hu | EHang:<br><br>EHang announced that it "obtained the world's first commercial pilot operation approval from CAAC to use EHang 216 passenger-grade AAVs for air logistics purpose. Thus, EHang became the world's first AAV company approved by a national aviation authority to carry out commercial pilot operation for the category of 150 kg plus heavy-lift air logistics uses."<br><br>Defendant Hu:<br><br>"We are thrilled that the CAAC and EHang took the lead on the **world's first commercial pilot operation approval of passenger-grade AAVs for air logistics uses. This approval is of great significance**. For EHang, it enables us to enhance our first-mover advantage and accelerate the commercialization of AAV technology and air mobility solutions for logistics. **It also lays a foundation for regulators around the world to jointly explore and establish a coordinated, supportive and sustainable regulatory environment**. This will benefit the long-term development of the promising Urban Air Mobility ("UAM") applications." | NF, P, O |

**A-18**

| | CAC ¶ | Source | Speaker | **REGULATORY APPROVALS** | |
|---|---|---|---|---|---|
| | | | | **Challenged Statement** | **Reasons Inactionable** |
| 38 | 124 | May 29, 2020<br><br>Press Release | Hu | "We are pleased to deliver solid financial and operational results in the first quarter of 2020. Despite the challenges posed by the virus outbreak, we still achieved significant year-over-year top line growth. Although there was some short-term impact to our supply chain and customers, since mid-March our operations have gradually resumed and our business initiatives are back on track. Meanwhile, we have continued to increase our customer base for emerging use cases, such as medical emergency transportation and air tourism. We have also expanded the UAM pilot city network and **successfully achieved regulatory breakthroughs in the U.S. and Europe, paving the way for global business expansion in the post- COVID-19 world**. Looking forward, we will continue to invest in technology and talents to accelerate commercialization of AAVs and related solutions. We are confident we can achieve our targets for 2020 and further strengthen our leadership in the promising UAM market." | P, O, FL |
| 39 | 127 | Aug. 26, 2020<br><br>Press Release | Hu | "During the second quarter of 2020, we significantly grew revenues and strengthened our core business of air mobility solutions, despite the ongoing COVID-19 pandemic challenges in China and overseas. **We set a significant regulatory milestone for the industry by achieving the world's first commercial operation approval of passenger-grade AAVs for air logistics from the CAAC.** We are well-prepared and confident that we can accelerate growth by deploying our AAV solutions for more practical uses and expect to roll out more new products including the ones with the flight range exceeding 100 kilometers. We are proud of our continued progress in global markets." | P, O |
| 40 | 129<br>130 | Jul. 29, 2020<br><br>Press Release | EHang<br><br>Hu | EHang:<br><br>"EHang 216 has obtained a Special Flight Operations Certificate (SFOC) issued by the Transport Canada Civil Aviation (TCCA), the civil aviation authority in Canada. This is another milestone in regulatory breakthroughs for EHang 216 and the first of this kind permit for periodic operations of passenger-grade AAVs in North America."<br><br>Defendant Hu: | NF, P, O |

**A-19**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
|  | **REGULATORY APPROVALS** |
| | | | | "We are pleased to see the EHang 216 receiving such an important certificate from the TCCA, following consecutive flight approvals received from aviation authorities in different countries, including the U.S. Federal Aviation Administration, the Civil Aviation Authority of Norway and the Civil Aviation Administration of China. It conveys a positive signal from global regulators to establish a supportive and sustainable regulatory environment for the UAM industry. As a leader in the industry, EHang will continue to work with our customers and partners to provide safe, autonomous and eco-friendly air mobility solutions to the world." | |
| 41 | 137 | Dec. 3, 2020  Press Release | EHang | Business Highlights<br><br>• **Obtained the first operational flight permit for passenger-grade AAVs in North America**: In July, the EH216 was awarded a Special Flight Operations Certificate issued by the Transport Canada Civil Aviation with which trial flights have been permitted and are routinely conducted in Québec province, Canada.<br>• **Joined an international project to develop an air ambulance**: In August 2020, EHang was selected to join Ambular, an important international project supported by the International Civil Aviation Organization, which is dedicated to the development of a flying ambulance for emergency medical uses. | NF, P |
| 42 | 138 | Dec. 3, 2020  Press Release | Hu | "We are confident in our long-term growth prospects. We are the recognized world leader in UAM. Further regulatory breakthroughs should drive faster growth of the global UAM market. We are creating new use cases, increasing our air mobility operations, and most importantly, providing compelling and integrated technologies and solutions. With the government support and relevant infrastructure upgrade, it is expected that we will receive the airworthiness certificate for EH216 in 2021 and start to provide commercial operation services." | P, O, FL |

**A-20**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REGULATORY APPROVALS** | |
| 43 | 144 | Dec. 3, 2020<br><br>Earnings Call | Hu (Xu translating) | "In terms of new products, while we continue to accumulate potential orders of the EH216F firefighting model, we are accelerating the official certification process. Meanwhile, China's State Council has also proposed to accelerate the industrial upgrade and the practical applications of firefighting unmanned aerial vehicles. The EH216 AAVs, including the passenger version, the firefighting version and the logistics version are expected to be key revenue drivers in the years to come.<br><br>In respect of policies and regulations, we are trying to push forward the process. In China, we received an approval from the Civil Aviation Administration of China for airworthiness certification pilot and trial operation programs as early as 2018. Recently, the CAAC announced 13 selected cities as the civil unmanned aviation experimental zones. Just recently in last week, China State Council also urged to include UAM development into the national strategies.<br><br>With the government support and a relevant infrastructure upgrade, we will receive airworthiness certificate for EH216 in 2021 and begin to provide commercial operation services. The commercialization of UAM will definitely be realized sooner than expected. So let's embrace the future together." | NF, P, O, FL |
| 44 | 147 | Dec. 3, 2020<br><br>Earnings Call | Hu (Xu translating) | "So it is very clear that we see more and more positive attitudes or messages sent by the government, including the CAAC and the State Council. For example, CAAC recently selected 13 cities to be the experimental city for unmanned aviation zones in China. And specifically, EHang, we had a connection with at least 3 of them. And this would give us a good opportunity to testify our EH216. And also, this can expedite our process of certification. And more importantly, just in last week, we had the State Council's circular, which stressed 3 points. One is that it specifically mentioned that UAM development is going to be a national strategy in China. Understand that the government feel the urge, because Korea and Japan, both countries have elevated this UAM development into their | NF, P, O |

**A-21**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REGULATORY APPROVALS** | |
| | | | | national strategy. And so China, it's very good to hear that government realized this problem and also, they see the potential for this industry.<br><br>So after including UAM into the national strategy, this will be a very important critical factor for the development of the whole industry. And understand that we are the industry leader, and so we should be the key beneficiary of this policy change.<br><br>And secondly, they specifically mentioned that it urged the acceleration of the legislation for the UAV in China, given the faster development of the industry. And so we understand that improved legislative framework will do more good for the industry.<br><br>And the third, it specifically mentioned that for the firefighting and emergency service in China, we need to adopt the technology of the UAV. And just in the right time, we launched the firefighting version of EH216, so which can just meet the demand for such a product. And so 3 of the points of the State Council's circular are very positive message for EHang." | |
| 45 | 150 | Dec. 14, 2020<br><br>Press Release | EHang | EHang issued a press release entitled "EHang 216 Receives Long-term Trial Flight Permit across Austria National Airspace" but the Chinese language version of the press release omitted the word "trial" and claimed the event was a "significant milestone on the path to offering Urban Air Mobility (UAM) worldwide." | NF, P |
| 46 | 152 | Dec. 28, 2020 | EHang<br><br>Xu | EHang:<br><br>EHang declared "the launch of its own autonomous urban air mobility ("UAM") services with its strategic partner Greenland Hong Kong Holdings Limited" and further stated "[t]he trial services include an aerial sightseeing program and aerial | NF, P, O |

A-22

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
|  | **REGULATORY APPROVALS** |
| | | Press Release | | media shows, which will be rolled out in the partner's tourism real estate project (Forest Lake) located in Zhaoqing, a popular tour destination city in Guangdong, China. The Company intends to work jointly with Greenland Hong Kong over time to offer aerial tourism services using its EH216 AAVs in more cities." <br><br> Defendant Xu: <br><br> "**We are excited to partner with Greenland Hong Kong to launch trial operations of the EH216 and bring our safe, green and comfortable UAM services to local residents**. As an AAV technology platform company and a UAM operator, we are steadily rolling out global trial operations and will further work with our partners to build more UAM networks." | |
| 47 | 159 | Jan. 21, 2021 <br><br> Press Release | EHang | EHang referred to itself as "the world's leading autonomous aerial vehicle ("AAV") technology platform company with about 10,000 incident-free flights . . . ." <br><br> EHang further stated that "[t]hroughout 2022, Ehang will perform trial operations of the EH216, its flagship two-seat passenger-grade AAV, in three countries: Spain, the United Kingdom and the Netherlands." <br><br> "Participation in the AMU-LED project will enable EHang to demonstrate the benefits of its leading AAV products and technology platform solutions. EHang products enable smart city management, shorten the travel time of both people and goods, and reduce air pollution and traffic accidents. EHang believes the AMULED is a great opportunity to demonstrate the promise of autonomous air taxis and further inspire the global UAM community to develop new product innovations and enabling legal frameworks." | NF, P, O, FL |

**A-23**

| | CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
|---|---|---|---|---|---|
| | | | | **REGULATORY APPROVALS** | |
| | | | | "As the world's first publicly-listed UAM company **to achieve global commercialization of its passenger-grade AAVs**, EHang has been paying attention to the development of the European market. EHang has achieved multiple milestones in UAM development in Europe. **In 2020, the Company made great regulatory breakthroughs by obtaining flight permits for the EH216 from the civil aviation authorities of Norway and Austria**. So far it has expanded its UAM Pilot City Initiative to three cities in Austria and Spain, and established strategic UAM partnerships with FACC, the leading Austrian aerospace company and Vodafone, one of the world's biggest telecoms and technology service providers." | |
| 48 | 161 | Jan. 27, 2021 Press Release | EHang | EHang referred to itself as "the only commercialized passenger-grade AAV solution provider . . . ." | P |
| 49 | 162 | Feb. 5, 2021 Press Release | EHang | EHang stated that it "will use EH216, its flagship two-seat passenger-grade AAV, and its Falcon medium-sized AAV to transport medical supplies in urban environment." "Using its expertise and abundant experience, EHang will help formulate a performance assessment and recommendations report, which will refine the current U-space architecture principles, propose operational procedures and mechanisms for an effective interface between Air Traffic Control . . . and U-Space service providers, and suggest a set of Urban Air Mobility . . . indicators to complement the existing smart urban mobility indicators used by European cities." "Leveraging its past regulatory breakthroughs and comprehensive partnership network, Ehang will expand its global flight tour to more cities and showcase its leading AAV products and solutions in various use cases including passenger | P, O, FL |

**A-24**

| REGULATORY APPROVALS | | | | |
|---|---|---|---|---|
| CAC ¶ | Source | Speaker | Challenged Statement | Reasons Inactionable |
| | | | commuting and emergency medical transport, etc. As the world's first listed UAM company **to achieve global commercialization of its passenger-grade AAVs**, EHang is also well positioned to work with all parties to facilitate product innovations and construction of a UAM legal framework in Europe." | |

**A-25**