# Exhibit 10

## EHang Authorized as China's First Company on Passenger AAV Piloting Programs



On January 23rd, 2019, the Airworthiness Department of Civil Aviation Administration of China (CAAC) issued the *Guidance on UAV Airworthiness Certification based on Operational Risks* (hereinafter abbreviated as "Guidance"), aiming at establishing a risk-based UAV airworthiness management system by the end of 2019. A total of five Chinese UAV companies were authorized as pilots to initiate and develop different UAV programs in exploring airworthiness standards and certification methods for UAVs for transporting cargos, inspecting powerlines and carrying passengers. EHang is a member of the CAAC specialized management group for civil UAVs, and also China's first company on the world's leading program for the piloting and testing of the cutting-edge passenger Autonomous Aerial Vehicles (AAV).



首页->信息公开->政府公文->正文

主题分类：政府公文

发文日期：2019-01-23

名称： 关于印发《基于运行风险的无人机适航审定 指导意见》的通知

文号：民航适发[2019]3号

# 关于印发《基于运行风险的无人机适航审定 指导意见》的通知

来源：中国民航局                      字体：大 | 中 | 小    打印本页    分享到：

民航各地区管理局，民航大学、民航干院、航科院、审定中心，各无人机设计制造单位：

近年来，民用无人机由于具备运行成本低和使用方便的优点，在国民经济中得到了广泛使用。国内无人机产业发展迅速，受到全球瞩目，成为中国制造的靓丽名片。

由国家空管委牵头，编写无人机飞行管理条例，为无人机合法设计、生产和使用提供了法规依据。民航局也在编写相关无人机运行管理规章予以支持。由于相关条例和规章出台尚需时日，为指导开展无人机适航管理，民航局航空器适航审定司组织人员编写了《基于运行风险的无人机适航审定的指导意见》，其核心指导思想如下：

In recent years, the industry of civil UAVs is witnessing rapid growth in China. Going beyond aerial filming, the connection with 4G/5G network further expands various "UAV+" applications including logistics, smart city management, emergency rescue, urban air mobility, etc. Two days before the Guidance release on January 21st, China's President Xi Jinping specifically emphasized the importance of accelerating the legislation process for UAV industry on the provincial and ministerial seminars.

According to the Guidance, CAAC aimed to build up China's UAV airworthiness certification management with Chinese characteristics guided by three principles:

1. Exploring a certification method by closely orchestrating hierarchical certifications with different levels of operational risks.

2. Exploring a certification process by extracting CAAC certification standards and regulations from industrial standards.

3. Exploring a certification mode with a more tolerant, open and service-oriented mind by encouraging UAV companies to jointly participate the airworthiness management through integrated information system.

As long as UAV companies establish a qualified airworthiness system and its UAV products have met airworthiness standards, CAAC will issue the airworthiness certificate.

Meanwhile, the Guidance disclosed that China's UAV airworthiness management system based on operational risks is to be established preliminarily by the end of 2019. The further technology development and business mode innovation promise the ultimate trend of incorporating UAVs into the current civil aviation system. In the near future, it is expected by CAAC that the UAV industry will eventually be on a par with the general aviation industry, or even replace some applications of current general aviation aircraft in certain fields.

As the major program with CAAC authority attentions, EHang's proprietarily-developed AAVs represent the key element shaping the future urban air mobility, an emerging and promising industry that is expected to provide new mobility method for humankind.



(EHang AAV conducts a manned flight tests at command & control center based in Guangzhou, China)

According to the UAV airworthiness certification procedures of CAAC, all UAV products of EHang, including the passenger AAVs, have so far completed the real-name registration. EHang is assisting CAAC in analyzing operational risks and jointly establishing relevant standards based on the actual operational data.

"EHang AAVs witness a major innovation and breakthrough of China's UAV airworthiness management," said HU Huazhi, EHang Founder & CEO, "The urban air mobility that EHang AAVs have explored and pioneered persistently is no longer a future concept, it is a to-be realized 'China Innovation'. China and EHang have already

become the forerunners in establishing a digitalized air eco-system with the innovative applications of urban air mobility, aerial logistics, smart city management, aerial media and other commercial solutions."

**Products and Solutions**

Passenger Transportation

Logistics

Smart City Management

Aerial Media

**News Center**

Company News

Media Coverage

Videos

**About EHang**

About EHang

Partners

Join Us

Contact Us

Service

Investor Relations

© 2014-2022 EHang     EHang Privacy Policy | EHang Terms Of Service