# Exhibit 15

**EHANG | 亿航**

## EHang to Report Fourth Quarter and Full Year 2019 Unaudited Financial Results on Tuesday, March 24, 2020

March 16, 2020

GUANGZHOU, China, March 16, 2020 (GLOBE NEWSWIRE) -- EHang Holdings Limited ("EHang" or the "Company" ) (Nasdaq: EH), the world's leading autonomous aerial vehicle (AAV) technology platform company, today announced that it will release its unaudited financial results for the fourth quarter and full year ended December 31, 2019 before the U.S. market opens on Tuesday, March 24, 2020.

EHang's management team will host an earnings conference call at 8:00 AM on Tuesday, March 24, 2020, U.S. Eastern Time (8:00 PM on March 24, 2020, Beijing/Hong Kong Time).

To join, please dial in 15 minutes before the call is scheduled to begin and provide the passcode **9361806.**

|                | Phone Number                   | Toll-Free Number    |
| -------------- | ------------------------------ | ------------------- |
| International  | +65 6713-5090                  |                     |
| United States  | +1 (845) 675-0437              | +1 (866) 519-4004   |
| Hong Kong      | +852 30186771                  | +852 800906601      |
| Mainland China | +86 4006208038<br>+86 8008190121 |                     |

A replay of the conference call may be accessed by phone at the following numbers until April 1, 2020. To access the replay, please reference the conference ID **9361806.**

|                | Phone Number                   |
| -------------- | ------------------------------ |
| International  | +61 2 8199-0299                |
| United States  | +1 (646) 254-3697              |
| Hong Kong      | +852 800963117                 |
| Mainland China | +86 4006322162<br>+86 8008700205 |

A live and archived webcast of the conference call will be available on the company's investors relations website at  *http://ir.ehang.com/*.

**About EHang**

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: urban air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit *www.ehang.com*.

**Investor Contact:**

*ir@ehang.com*

in U.S.: *Julia@blueshirtgroup.com*

in China: *Susie@blueshirtgroup.com*

**Media Contact:**

*pr.cn@ehang.com*

1