# Exhibit 16

**EHANG | 亿航**

## EHang to Build World's First AAV E-port

April 22, 2020

*--Will Enable Use of AAVs in Commercial Air Tourism—*
*--Will Open in City of Hezhou in Guangxi Province--*

GUANGZHOU, China, April 22, 2020 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company") , the world's leading autonomous aerial vehicle ("AAV") technology platform company, today announced its intention to build the world's first E-port for AAV services. EHang will cooperate with a local partner in the City of Hezhou in Guangxi Province, China, to build the E-port, which will accelerate the commercialization of EHang AAVs in the tourism industry. The city of Hezhou is a pioneer in air tourism, and this project will make it model for air tourism innovation around the world. The E-port is planned to be completed and operational by around the end of 2020.

The plan includes the delivery of 20 units of the EHang 216, the Company's two-seat passenger-grade AAV, which will be deployed for aerial sightseeing.

The E-port terminal building will be three stories covering 2,500 square meters. Architectural features include a first floor reception hall, second floor passenger waiting area, and a third floor departure/arrival zone. Four landing pads will be located on the roof-top, which can accommodate the landing/take-off of four AAVs simultaneously.

The combination of EHang's AAV technology and the natural tourism resources of Hezhou can promote and enhance Guangxi's air tourism industry not only in Hezhou, but also in other cities in the province.

"Hezhou is a beautiful city with rich tourism resources and we are excited to enhance their appeal with our AAVs. As we progress, we intend to create more commercial applications for EHang AAVs, such as aerial sightseeing that can uniquely merge modern culture and tourism. We also welcome more local partners to join us and embrace the opportunity to a provide safe, autonomous, and green approach to travel and sightseeing," said Mr. Hu Huazhi, the Founder, Chairman and CEO of EHang.

**About EHang**
EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Media Contact**: pr.cn@ehang.com

**Investor Contact**: ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com

Photos accompanying this announcement are available:
https://www.globenewswire.com/NewsRoom/AttachmentNg/7cab9491-b0d6-4647-bc72-0b95e270ed7c
https://www.globenewswire.com/NewsRoom/AttachmentNg/06381bd4-735b-40bd-9ef8-39ac80b2dfee
https://www.globenewswire.com/NewsRoom/AttachmentNg/9ae75587-621c-4be2-9ad1-ce8b13ca851c