# Exhibit 17

**EHANG | 亿航**

## EHang Obtained World's First Commercial Pilot Operation Approval of Passenger-grade AAVs for Air Logistics Uses

May 27, 2020

GUANGZHOU, China, May 27, 2020 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, announced today that it obtained the world's first commercial pilot operation approval from the Civil Aviation Administration of China ("CAAC") to use EHang 216 passenger-grade AAVs for air logistics purpose.  Thus, EHang became the world's first AAV company approved by a national aviation authority to carry out commercial pilot operation for the category of 150 kg plus heavy-lift air logistics uses.



*The Director General of CAAC Air Traffic Regulation Office Xu Hao granted the pilot operation approval to EHang.*

This approval was granted based on the *Pilot Operation Rules (Interim) for Specific Unmanned Aircraft* promulgated by the CAAC in February 2019 for different categories of specific unmanned aircraft including passenger-grade AAVs. It is a pioneering regulation for which the CAAC applied the Specific Operation Risk Assessment ("SORA") framework of the Joint Authorities for Rulemaking of Unmanned Systems ("JARUS"), a group of experts from the national aviation authorities of 61 countries, including China and the U.S., and the European Aviation Safety Agency ("EASA") and EUROCONTROL.

With this approval, trial air logistics service using the EHang 216 would be carried out to transport cargo between ground and hilltop and between shore and islands at a customer site in Taizhou.  It is also intended to be gradually expanded to other sites in China as it accumulates operational data and experience.

1



*Pilot Operation of EHang 216 in Taizhou, China*

As the first company approved for the passenger-grade AAV airworthiness certification pilot program by the CAAC and as a member of the CAAC Special Expert Taskforce, the accumulated flight trials and tests conducted by EHang contributed significant practical experience to the CAAC to further develop and evolve regulations and standards related to passenger-grade AAVs.

CAAC Deputy Administrator Li Jian commented, "I am pleased to see the fast development that EHang has achieved in China and globally, and that the flight test program of its passenger-grade AAVs were successfully verified by the CAAC to be granted with this approval.  It can be a safe and efficient solution to transport cargo."

CAAC Chief Engineer Yin Shijun added, "We encourage the development of the unmanned aircraft industry while ensuring safety.  EHang 216 is a passenger-grade AAV quite different from other unmanned aircraft.  We will provide our strong support and help accelerate the commercialization of this innovative air mobility solution."

EHang Founder, Chairman and CEO Hu Huazhi said, "We are thrilled that the CAAC and EHang took the lead on the world's first commercial pilot operation approval of passenger-grade AAVs for air logistics uses. This approval is of great significance. For EHang, it enables us to enhance our first-mover advantage and accelerate the commercialization of AAV technology and air mobility solutions for logistics. It also lays a foundation for regulators around the world to jointly explore and establish a coordinated, supportive and sustainable regulatory environment. This will benefit the long-term development of the promising Urban Air Mobility ("UAM") applications."

Air logistics is an essential UAM application with huge market potential.  According to Morgan Stanley, the global UAM market size could reach US$1.5 trillion by 2040.  Air logistics is expected to be one of the initial applications for commercialization.

To watch the video of EHang 216 flight tests and pilot operation in Taizhou, please visit https://youtu.be/bF0gxZ01wC8.

**About EHang**
EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**
This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr.cn@ehang.com

**Investor Contact**: ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com

Photos accompanying this announcement are available at

2

https://www.globenewswire.com/NewsRoom/AttachmentNg/f3f63365-15ab-4432-a491-511b717967c3

3