# Exhibit 20

**CHANG | 亿航**

## EHang Launches Intelligent Aerial Firefighting Solution

July 31, 2020

**Valuable New Application of EHang 216 AAV**

GUANGZHOU, China, July 31, 2020 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, today announced the launch of the world's first large-payload intelligent aerial firefighting solution. Based on its flagship product, this new firefighting version of EHang 216, "EHang 216F" is specially designed for high-rise firefighting. This launch further demonstrates the Company's ability to commercialize its world's leading AAV technology platform to various practical applications, such as firefighting and emergency rescue. With hundreds of thousands of high-rise buildings in China, the Company believes the EHang 216F can become essential equipment for thousands of fire stations across China and eventually those around the world.



(EHang 216F, the firefighting version of EHang 216 AAV)

At a recent global launch ceremony in Yunfu, China, EHang revealed the 216F and demonstrated its capability to extinguish a high-rise fire. With a maximum flight altitude of 600 meters, the 216F can carry up to 150 liters of firefighting foams and 6 fire extinguisher bombs in a single trip. The 216F uses a visible light zoom camera to quickly identify the location of fire; it then hovers precisely in position and uses a laser aiming device to fire (in succession) a window breaker, the fire extinguishing "bombs" and then a full-range spray of firefighting foam. Multiple 216Fs can be deployed to rapidly extinguish the fire.

1



(EHang 216F, extinguishing a high-rise fire in Yunfu, China)

EHang's Founder, Chairman and CEO, Huazhi Hu said, "We are pleased to introduce the EHang 216F AAV aerial firefighting solution, which solves difficult challenges in high-rise firefighting. The high-rise fire use case highlights the practical application of our passenger-grade AAV platform to different smart city management needs. The potential of our intelligent AAV technology platform is boundless. We will explore and develop more aerial solutions and use cases to empower smart cities."

"Firefighting and rescue is a race against death. By taking advantage of the rapid response and centralized management of the EHang AAV platform, we can greatly improve the effectiveness of our efforts," said by Weiqiang Chen, the head of a fire station in Yunfu. "EHang's intelligent aerial firefighting solution can effectively solve difficult problems in fighting high-rise fires. This complements existing firefighting systems and will improve society's ability to respond to emergencies."

EHang 216Fs are expected to be deployed in urban fire stations to assist in firefighting within a 5km radius. EHang's autopilot and centralized management technologies enable a fleet of EHang 216Fs to be remotely dispatched for first response even before the firefighters arrive. This significantly shortens response time and can reduce casualties.



(EHang 216F in a fire station in Yunfu, China)

High-rise fires are a growing problem around the world.  The height of fire rescue ladders and the reach of fire nozzles are usually less than 50 meters, and their operations are often limited to one side of a building.  Furthermore, because high-rise buildings are often located in urban centers, traffic can significantly lengthen response times.  The intelligent aerial firefighting solution by EHang provides a better alternative for dealing with high-rise building fires.  With the fully-equipped EHang 216F AAVs and the command-and-control system, this solution offers comprehensive services including investigation, firefighting, rescue and emergency management.

Accelerating urbanization and building density are increasing fire hazards and creating more difficulties in firefighting.  According to a survey by *China Fire* Magazine, 233,000 fires were reported nationwide in 2019, among which 6,974 cases happened in high-rise buildings with a year-on-year growth of 10.6%.

To watch the demo video of EHang aerial firefighting solution, please visit: https://youtu.be/ppkXctY7duk.

**About EHang**
EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**
This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**:
pr.cn@ehang.com

**Investor Contact**:
ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com

Photos accompanying this announcement are available at

https://www.globenewswire.com/NewsRoom/AttachmentNg/7d19fd51-8979-4c77-b230-eae2ea0c5efc

https://www.globenewswire.com/NewsRoom/AttachmentNg/77156b8d-caff-4389-a69a-0f50756a63cc

3