# Exhibit 21

**EHANG | 亿航**

## China's State Council Urges Acceleration of Strategic Planning and Standards Formulation for Urban Air Mobility

November 30, 2020

GUANGZHOU, China, Nov. 30, 2020 (GLOBE NEWSWIRE) -- The General Office of the State Council of the PRC has recently issued a circular proposing to accelerate the strategic development of Urban Air Mobility (UAM) in China. The circular urges to bring the development of UAM into China's National Strategies and to formulate relevant policies and standards to promote the healthy development of the industry. Such policies and standards, once made, are expected to lay a solid regulatory foundation that should pave the way for China to become the world's largest UAM market.

The circular also emphasizes the need to speed up the legislative process and promulgation of the official *Interim Measures for Flights Administration of Unmanned Aerial Vehicles (UAV)*, to establish a comprehensive regulatory mechanism for UAVs.

Furthermore, the State Council's circular highlights the potential application of firefighting UAVs. It calls for establishing industrial standards and regulations to facilitate technological innovations that will promote industrial and practical applications of UAVs in aerial firefighting use cases.

"This circular issued by the State Council reflects the Chinese government's great emphasis and strategic support for the new UAM industry. This will undoubtedly fuel the rapid development of UAM in China," said EHang's Founder, Chairman and CEO, Huazhi Hu. "As a leader in the global UAM industry and the only company authorized to initiate the Autonomous Aerial Vehicle (AAV) airworthiness program for UAM by the Civil Aviation Administration of China (CAAC), we will seize this opportunity to strengthen our leadership in technologies and innovations based on the national policy and strive to assist regulators in establishing relevant regulations and standards. More efforts will be made to enhance the innovation and applications of our UAM technologies in specific use cases such as aerial firefighting. Furthermore, we look forward to offering UAM operational services to the society soon, leading the vigorous development of the industry in China and globally."

**About EHang**
EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**
This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr@ehang.com
**Investor Contact**: ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com