# Exhibit 22

**EHANG 亿航**

## EHang 216 Receives Long-term Trial Flight Permit across Austria National Airspace

December 14, 2020

GUANGZHOU, China, Dec. 14, 2020 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company achieved a significant milestone on the path to offering Urban Air Mobility ("UAM") services worldwide. On December 9, the Civil Aviation Authority of Austria issued a trial flight permit for the EH216 passenger-grade AAV. The permit allows trial operation of full unmanned flights in Austrian national airspace. This is the first flight permit for EHang's passenger-grade AAVs within the European Union.

Through the joint efforts of the Civil Aviation Authority of Austria, the EHang European team, and local partners, the Company has achieved another important regulatory breakthrough in the geographical heart of Europe, enabling more people to experience its safe, green and comfortable UAM solutions. This achievement should enable EHang to accelerate commercial operations in Europe.   The trial permit and flight operations will support EHang's growth in the European Market by demonstrating the benefits of its UAM solutions to regulators, customers, and partners.

Autonomous Aerial Vehicles are poised to change the way people and cargo move from point A to point B. Whether for commuting within a large city or traveling from rural to metropolitan areas, aerial travel will dramatically change how mankind perceives distance and travel time. What is a reality today in Asia also comes closer in Europe.

As part of the process, a test flight occurred in November 2020. It was the first flight ever in open EASA airspace. After a Specific Operational Risk Assessment (SORA) procedure, an EH216 AAV with the registration number OE-VFA took off in St. Martin im Innkreis, in the province of Upper Austria. Under the supervision of the Civil Aviation Authority, the unmanned aircraft took off for several minutes via automatic flight programming and then safely landed, despite harsh weather conditions of severe cold and high wind speed.

The permit was obtained together with EHang's strategic partner FACC AG. Technical experts from both companies worked for several months with the national regulators to meet the national and European requirements.



The EH216 first flight took place in November 2020 in St. Martin im Innkreis, Upper Austria.

1



The EH216 received the registration number OE-VFA and is the first of its kind in European Union airspace.

**About EHang**

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr@ehang.com

**Investor Contact**: ir@ehang.com

In the U.S.: Julia@blueshirtgroup.com

In China: Susie@blueshirtgroup.com

Photos accompanying this announcement are available at:

https://www.globenewswire.com/NewsRoom/AttachmentNg/765a325d-8e0c-475b-b7e6-6214a17130af

https://www.globenewswire.com/NewsRoom/AttachmentNg/a31f6288-63d8-4055-8d63-f6b6ff191e99

2