# Exhibit 24

**ƎHANG** 亿航

## China's First National Standard for Express Delivery Service by Unmanned Aircraft Jointly Formulated by EHang will be Effective from January 1, 2021

December 29, 2020

GUANGZHOU, China, Dec. 29, 2020 (GLOBE NEWSWIRE) -- The *Specification for Express Delivery Service by Unmanned Aircraft* (the "Standard") issued by the State Post Bureau of PRC will be effective from January 1st, 2021. The Standard was jointly formulated by industry-leading players including EHang (Nasdaq: EH), JD.com (Nasdaq: JD), and ZTO Express (NYSE: ZTO). As China's first industry standard for express delivery service by unmanned aircrafts, the implementation of the Standard is of great significance for improving the last-mile delivery service, ensuring the safety of operations, as well as promoting the development of intelligent aerial logistics of urban air mobility ("UAM") industry.

The Standard is applicable to express delivery services by unmanned aircrafts with a maximum empty aircraft weight of 116kg, a maximum takeoff weight of 150kg, and an airspeed of no greater than 100km/h. Moreover, it specifies the service entities, conditions, procedures, assessments, safety issues and compensation of express delivery by unmanned aircrafts, which provides a standard reference for postal express companies and drone operators to engage in drone delivery services in the future.

As the world's leading autonomous aerial vehicle ("AAV") technology platform company and the UAM industry pioneer, EHang has proprietarily developed a complete suite of intelligent aerial logistics solutions, including the EH216L heavy-lift AAV for short-to-medium-haul aerial transport, the Falcon medium-sized AAV for urban express delivery, the unmanned aircraft systems, take-off and landing control sites and intelligent self-express service machines. With abundant operating experience, service workflow and practical data, EHang made significant contribution to the groundbreaking for the Standard based on its industry expertise and valuable insights.

With the implementation of the Standard, EHang will continue to accelerate regular operations of its intelligent AAV technologies for aerial logistics, and provide customized solutions for clients from various sectors including logistics, retail, e-commerce and offshore oil and gas by helping them improve efficiency at lower costs.

Chinese full text of the Standard can be found at:
http://www.spb.gov.cn/zc/ghjbz_1/201508/W020201204542195544172.pdf

**About EHang**
EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**
This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr@ehang.com

**Investor Contact**: ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com

1