# Exhibit 26

# EHANG 亿航

**The World's Leading AAV Provider EHang Wins Urban Air Mobility Call from Paris Region**

January 27, 2021

GUANGZHOU, China, Jan. 27, 2021 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle (AAV) technology platform company, has been selected as a key member of the Re.Invent Air Mobility initiative out of 150 applications from 25 countries to build the future urban air mobility (UAM) ecosystem in the capital Paris region of France, in prospect of the 2024 Olympic and Paralympic Games. There are partners from vehicle development, ground infrastructure to airspace integration and operations, including aviation industry giants such as Airbus and Air France. As the only commercialized passenger-grade AAV solution provider and a pioneer of urban air mobility, EHang will take lead in the setup of a whole new transport ecosystem by taking advantage of its rich technical and operational experience. The initiative was launched by the Groupe ADP, RATP Group and Choose Paris Region in order to accelerate the maturity of both the UAM ecosystem and the regulatory framework in the Paris region.



Beginning in June 2021, tests will start to take place in a real aeronautical environment at the area of Pontoise and under supervision of the French civil aviation authority (DGA), supported by the European Union Aviation Safety Agency (EASA) and Eurocontrol. The whole end-to-end process from parking, takeoff and landing operations, as well as operational aspects are to be elaborated, and EHang can provide support with its rich experience that has been already put into practice in China on a broad scale. The exceptional initiative may help create a whole new sector and may make the Paris Region a strong reference in the global market for urban air mobility.

### About Groupe ADP

Groupe ADP develops and manages airports, including Paris-Charles de Gaulle, Paris-Orly and Paris-Le Bourget. In 2019, the group handled through its brand Paris Aéroport more than 108 million passengers and 2.2 million metric tons of freight and mail at Paris-Charles de Gaulle and Paris-Orly, and more than 110 million passengers in airports abroad. Boasting an exceptional geographic location and a major catchment area, the Group is pursuing its strategy of adapting and modernizing its terminal facilities and upgrading quality of services; the group also intends to develop its retail and real estate businesses. In 2019, group revenue stood at €4,700 million and net income at €588 million.

Registered office: 1 rue de France - 93290 Tremblay en France, France. A public limited company (Société Anonyme) with share capital of €296,881,806. Registered in the Bobigny Trade and Company Register under no. 552 016 628.

More information on: http://www.groupeadp.fr/en and on twitter: @GroupeADP
**Press contact**: Lola Bourget, Head of Medias and Reputation Department, +33 1 74 25 23 23
**Investor Relations**: Audrey Arnoux, Head of Investor Relations, +33 6 61 27 07 39 - invest@adp.fr

### About RATP Group

With sixteen million journeys every day across the planet, RATP Group is one of the leading urban transport operators in the world. The Group operates in twelve countries on four continents through its RATP Dev subsidiary and each day runs eight modes of transport: metros, urban and inter-city bus services, tramways, rail, sightseeing, cable cars, maritime shuttle services and transport on demand. The Group is also present across the entire spectrum of new mobility services in partnership with four other modes (electric scooters, car-sharing, carpooling and driverless shuttle services). As a widely-hailed expert in infrastructure management and engineering, the Group also fields a broad range of urban services through its subsidiaries in real estate management and engineering, operating retail facilities, fibreoptic technologies, customized passenger information and innovative ticketing solutions.
RATP has been running one of the densest multimodal networks in the world for over seventy years in Paris and around the French capital. Thanks to its 64,000 staff members RATP Group designs, implements and runs mobility solutions and innovative services each day for sustainable and more human towns and cities.

More information on: www.ratp.fr/en/groupe-ratp and on twitter: @RATPGroup
**Press contact**: Lea Commeau, +33 1 58 78 37 37 - lea.commeau@ratp.fr / servicedepresse@ratp.fr

### About Choose Paris Region

Choose Paris Region is a catalyst for business and innovation which supports international companies willing to expand in the Paris Region. As a non-profit governmental agency, Choose Paris Region works with local public entities to provide free tailor-made services. Choose Paris Region brings its deep market and industry expertise together with an extensive network to support international companies in building tech partnerships, designing their go to market strategy, and providing guidance to implement their local presence.

Every year, with a team of 80 dedicated professionals across Europe, the US and China, Choose Paris Region supports 1,000+ international companies looking to grow their business in the Paris Region, one of the leading tech and business hubs in the world.

More information on: www.chooseparisregion.org and on twitter: @ChooseIDF
**Press contacts**: Maude Megtert, +33 6 19 20 67 35 - maude.megtert@chooseparisregion.org
Boris Pankiewicz, + 33 3 74 02 02 51- boris@oxygen-rp.com / Maïwenn Régnault + 33 7 69 95 01 14 - maiwenn.r@oxygen-rp.com

### About EHang

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone.

1

EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Press Contact**: pr@ehang.com
**Investor Contact**: ir@ehang.com / In the U.S.: Julia@blueshirtgroup.com / In China: Susie@blueshirtgroup.com

**Safe Harbor Statement**

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/b8bbe62d-d276-41b2-8084-7695bb1e588a