# Exhibit 27

**EHANG | 亿航**

**EHang to Demonstrate Medical Air Mobility via Participation in EU-supported SAFIR-Med Project**

February 5, 2021

GUANGZHOU, China, Feb. 05, 2021 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle (AAV) technology platform company, today announced its participation as the only passenger eVTOL partner in the SAFIR-Med project. SAFIR-Med, which stands for "Safe and Flexible Integration of Advanced U-Space Services for Medical Air Mobility", is a research and innovation project to promote the use of unmanned aviation in healthcare systems across the European Union. The project aims to ensure that healthcare is of high quality and accessible to all citizens of the EU. The project has selected 17 renowned partners from 8 countries and is supported by 8 cross-industry advisory board members including the European Aviation Safety Agency (EASA) and The Red Cross. Within two years, the project intends to demonstrate advanced U-Space services enabling the highest possible operational safety level. These include detect-and-avoid as a service, dynamic geofencing and air traffic prioritization rules.



*SAFIR-Med (Safe and Flexible Integration of Advanced U-space Services for medical Air Mobility)*

EHang will use EH216, its flagship two-seat passenger-grade AAV, and its Falcon medium-sized AAV to transport medical supplies in urban environment.  The demonstrations will take place in collaboration with healthcare providers like hospitals and medical spaces in the cities of Antwerp (Belgium), Aachen (Germany), Heerlen (the Netherlands) and Maastricht (the Netherlands), leveraging the MAHHL trans-border region. The project results will then be further demonstrated in two additional locations in Europe, namely Athens, Greece and Prague, Czech Republic. Prior to the operational environment demonstrations, a de-risking exercise at the DronePort BVLOS test-facility (Belgium) will take place.

Using its expertise and abundant experience, EHang will help formulate a performance assessment and recommendations report, which will refine the current U-space architecture principles, propose operational procedures and mechanisms for an effective interface between Air Traffic Control (ATC) and U-Space service providers, and suggest a set of Urban Air Mobility (UAM) indicators to complement the existing smart urban mobility indicators used by European cities. The project is among several managed by the SESAR Joint Undertaking in an effort to deliver solutions for U-space, the European Commission's initiative on the safe and secure integration of drones in European airspace.

Participation in the SAFIR-Med project marks another milestone for EHang in Europe following two major UAM programs, the AMU-LED project supported by the European Union and the Re.Invent Air Mobility initiative launched in the Paris region. Leveraging its past regulatory breakthroughs and comprehensive partnership network, EHang will expand its global flight tour to more cities and showcase its leading AAV products and solutions in various use cases including passenger commuting and emergency medical transport, etc. As the world's first listed UAM company to achieve global commercialization of its passenger-grade AAVs, EHang is also well positioned to work with all parties to facilitate product innovations and construction of a UAM legal framework in Europe.

**About EHang**

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**About SAFIR-Med**

The vision of SAFIR-Med project is to demonstrate ways to achieve safe, sustainable, socially accepted and effective urban air mobility, which will contribute to the EU healthcare system, by ensuring that future generations will continue to have access to the best cure and care. Coordinated by the project leading company Helicus, SAFIR-Med includes all value chain actors and stakeholders as either project partners (ANSP/ATC, USSP, Operator, UAS Manufacturers, cities) or advisory board members (governmental agencies including healthcare actors, technology & service providers). The project has received funding from the European Union's Horizon 2020 research and innovation program under Grant Agreement No 101017701 under the topic "SESAR-VLD2-03-2020 - U-space capabilities and services to enable Urban Air Mobility".

Learn more about SAFIR-Med: www.safir-med.eu.

**Safe Harbor Statement**

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact:** pr@ehang.com

**Investor Contact:** ir@ehang.com

In the U.S.: Julia@blueshirtgroup.com

In China: Susie@blueshirtgroup.com

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/401050aa-9885-4ea2-8088-02bc54128732

1