# Exhibit 30

**EHANG | 亿航**

**EHang Provides Updates on Major Production Facility and Announces Onsite Investors Day**

February 18, 2021

GUANGZHOU, China, Feb. 18, 2021 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, provides an update on the development of its new AAV production facility in Yunfu city, China. The retrofitting process of the existing building is being completed and production of EHang AAVs is expected to start in the second quarter of 2021.

The Yunfu facility has a total planned gross floor area of 24,000 square meters. It will be the home to EHang's newest aerial vehicle assembly lines, a Computer Numerical Control (CNC) processing center, a painting workshop and a carbon fiber composite materials processing area. In addition, the Yunfu facility will include a research and training center and an outdoor flight test vertiport.

Upon completion, the Yunfu facility will play a major role in producing EHang's flagship products, the EH216 series of passenger-grade AAVs, with a planned initial annual capacity of 600 units which can be further increased to support the growing global market needs. EHang expects that it will be the first AAV commercial production facility of this scale.

EHang plans to host an Investor Day event for a facility tour at the new Yunfu Facility in late June 2021. Further details will be announced at a later day. For reservation, please pay attention to related event information on EHang IR website.

The existing production facility at the headquarter of EHang in Guangzhou spans a total area of 8,750 square meters and houses production processes for our AAV products. After the Yunfu facility is up and running, the major role of the facility in Guangzhou will be gradually migrated to focus on supporting the Company's expanding new products R&D efforts.



*Birdview of the industrial zone, where the EHang Yunfu facility locates*

1



*Entrance to the EHang Yunfu facility*



*Computer Numerical Control (CNC) processing center of the EHang Yunfu facility*

3



*Autoclaves for various parts processing of the EHang Yunfu facility*



*Painting workshop of the EHang Yunfu facility*



*Office area of the EHang Yunfu facility*



*Flight test vertiport of the EHang Yunfu facility*

**About EHang**

EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr@ehang.com
**Investor Contact**: ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com

Photos accompanying this announcement are available at

https://www.globenewswire.com/NewsRoom/AttachmentNg/ed293d85-35e1-4030-8079-b80f189d5ef1

https://www.globenewswire.com/NewsRoom/AttachmentNg/606fcb55-0a6c-4fc8-aa28-8292450d2b8c

https://www.globenewswire.com/NewsRoom/AttachmentNg/96c768c4-35d7-4fd8-9b01-cb4188e777f4

https://www.globenewswire.com/NewsRoom/AttachmentNg/e8a0c419-c768-4f05-9f68-011d6e53bf8c

https://www.globenewswire.com/NewsRoom/AttachmentNg/cf1833f6-3274-4e09-8245-97a2c2438e6b

https://www.globenewswire.com/NewsRoom/AttachmentNg/797b415e-0682-445c-a6dc-b57b4d07086d