# Exhibit 33

**EHANG** | 亿航

**EHang Announced Completion of EH216F's Technical Examination by NFFE**

July 13, 2021

GUANGZHOU, China, July 13, 2021 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, today announced it has successfully completed the technical examination of its EH216F AAV, the firefighting model, by the China National Fire-Fighting Equipment Quality Supervision Testing Center ("NFFE") as entrusted by the Company. The NFFE is a national firefighting equipment quality examination agency under the Ministry of Emergency Management ("MEM") of the People's Republic of China. Its nationwide responsibilities include standards development, centralized management, and technical guidance for firefighting equipment products, including firefighting unmanned aerial vehicles ("UAVs").

The NFFE's technical examination is widely used in the firefighting equipment markets and the MEM system and considered the cornerstone of quality for firefighting products in China. EH216F's successful completion of the technical examination certifies that it conforms to the firefighting UAV standards and requirements by the NFFE and we believe it will further enhance customer confidence and promote the recognition and adoption of EHang's high-rise firefighting solutions in the commercial markets in China and further abroad.



*(Picture: EH216F AAV)*

The NFFE conducted a comprehensive 10-month technical examination on EH216F and 52 different types of tests were completed in areas such as flight control functions, hovering and return accuracy, high/low altitude flights, electromagnetic compatibility, wind resistance, high/low temperature adaptability, vibration/shock resistance, radiant heat resistance and smoke performance.



*(Picture: EH216F undergoing the wind resistance test)*

1



*(Picture: EH216F undergoing the high-altitude flight test at 3,200 meters above sea level)*



*(Picture: EH216F undergoing the electromagnetic compatibility test)*

EH216F was officially launched in July 2020. With key advantages in autopilot, quick response and cluster management, EH216F is designed to address pain points in urban high-rise firefighting and become a valuable complement to the existing firefighting system. This firefighting AAV model demonstrates the commercial capabilities of EHang's AAV technology in practical scenarios such as aerial firefighting and emergency rescues.

**About EHang**
EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**
This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr@ehang.com

**Investor Contact**: ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com

Photos accompanying this announcement are available at:

https://www.globenewswire.com/NewsRoom/AttachmentNg/9d945f07-4788-4f77-a51c-f980ae013910

https://www.globenewswire.com/NewsRoom/AttachmentNg/78562e09-2f2c-43f0-bde2-837ae8f9c335

https://www.globenewswire.com/NewsRoom/AttachmentNg/88b96e4a-55f1-4713-a044-59467015664a

https://www.globenewswire.com/NewsRoom/AttachmentNg/a1077142-5d32-4b46-a163-be9e98ef5685