# Exhibit 34

**EHANG | 亿航**

**EHang Announces Commencement of Operations in Yunfu Production Facility, and to Host Investor Day on August 18, 2021**

July 26, 2021

GUANGZHOU, China, July 26, 2021 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, today announced that, as scheduled, it has commenced operations at its new AAV production facility in Yunfu city, China in late June 2021. The new facility represents a scale-up of the Company's production capabilities.



*(Picture: EHang Yunfu facility)*

As a new AAV production site of EHang, the Yunfu facility has total planned gross floor area of approximately 24,000 square meters. The site is equipped with a series of function areas across the whole production process from components manufacturing to aircraft assembling. It also includes a research and training center.

Investors are cordially invited to attend the EHang Investor Day, which will take place at the Yunfu production facility on Wednesday, August 18, 2021. A facility tour will be organized for the attendees.

Participant Online Registration: https://investorday.ehang.com/en/

**About EHang**
EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**
This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr@ehang.com

**Investor Contact**: ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com

A photo accompanying this press release is available at: https://www.globenewswire.com/NewsRoom/AttachmentNg/5725786d-d36e-4464-b5c8-bafaa969d826

1