# Exhibit 35

**EHANG | 亿航**

## EHang Releases Video of Yunfu Production Facility in Operation

August 18, 2021

GUANGZHOU, China, Aug. 18, 2021 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, announces the cancellation of the EHang Yunfu Investor Day due to the latest tightening COVID-19-related travel and group gathering restrictions by the local governmental authorities following the recent Delta variant outbreak in China. The event was originally scheduled to take place in person at the Company's new Yunfu production facility today. As an alternative, the Company has posted a video of the Yunfu production facility in operation for investors' reference. The video is available at https://youtu.be/6uktNthAPKE.

The EHang Yunfu production facility is approximately 24,000 square meters in gross floor area to house the major AAV production processes from manufacturing of key components and carbon fiber composite airframes to AAV assembling and flight testing in designated function areas.

**About EHang**
EHang (Nasdaq: EH) is the world's leading autonomous aerial vehicle (AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**
This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr@ehang.com

**Investor Contact**: ir@ehang.com
In the U.S.: Julia@blueshirtgroup.com
In China: Susie@blueshirtgroup.com

1