# Exhibit 36

 EH | Nasdaq Listed



# EHang Holdings Limited
# Q3 2020 Earnings Highlights

December 3, 2020



# Disclaimer

These materials have been prepared by EHang Holdings Limited (the "Company") solely for informational purposes, and have not been independently verified. No representations or warranties, express or implied, are made as to, and no reliance should be placed on, the accuracy, fairness, completeness or correctness of the information or opinions presented or contained in these materials. None of the Company, its subsidiaries, affiliates, controlling persons, directors, supervisors, officers, partners, employees, advisors, and representatives of any of the foregoing shall have any responsibility or liability whatsoever, as a result of negligence or otherwise, for any loss howsoever arising from any information or opinions presented or contained in or derived from these materials. The information and opinions presented or contained in these materials is subject to change without notice, and shall only be considered current as of the date of the presentation.

This presentation includes forward-looking statements, which are based on current expectations and forecast about future events. These statements can be recognized by the use of words such as "expect," "plan," "will," "estimate," "project," "intend," or words of similar meaning. These forward-looking statements are made only, and are based on estimates and information available to the Company, as of the date of this presentation, and are not guarantees of future performance. These statements are based on a number of assumptions which are subject to known and unknown risks, uncertainties and other factors that are beyond the Company's control, which could cause actual results to differ materially from historical results or those anticipated. These factors include, but are not limited to, the political, social, legal and economic environment in which the Company will operate in the future. The Company and its affiliates and representatives undertake no obligation to update or revise these forward-looking statements for events or circumstances that occur subsequent to the date of this presentation. Actual results could differ materially from those anticipated in forward-looking statements and future results could materially differ from our historical performance.

This presentation is not and does not constitute or form part of, and is not made in connection with, any offer, invitation or recommendation to sell or issue, or any solicitation of any offer to purchase or subscribe for, any securities of any entity, and neither this presentation nor anything contained in it shall form the basis of, or be relied upon in connection with, any contract or investment decision.

Certain data in this presentation was obtained from various external data sources, and the Company has not verified such data with independent sources. Accordingly, the Company makes no representations as to the accuracy or completeness of that data, and such data involves risks and uncertainties and is subject to change based on various factors. The figures in this document may have been subject to rounding.

This presentation speaks as of December 3, 2020. The information presented or contained in this presentation is subject to change without notice. Neither the delivery of this presentation nor any further discussions of the Company, any of its affiliates, shareholders, directors, employees, agents or advisors with any of the recipients shall, under any circumstances, create any implication that there has been no change in the affairs of the Company since that date.

By attending this presentation and viewing and accessing these materials, you agree to keep these materials strictly confidential and be bound by the limitations set forth herein. These materials are being given solely for your use and may not be retained, copied, reproduced, redistributed or otherwise disclosed, directly or indirectly to any other person in any manner, or published, in whole or in part, for any purpose. Any failure to comply with these restrictions may constitute a violation of applicable securities laws.



**Q3 2020**
**OPERATIONAL & BUSINESS HIGHLIGHTS**

# Increasing Sales of EH216 Passenger-grade AAVs



# Launched the EH216F AAV and Intelligent Aerial Firefighting Solution

July 2020







### Status Quo

- China had 6,974 high-rise fires occurred in 2019, an increase of 10.6% YoY;
- Potential delays caused by traffic congestions;
- Only 120-meter height limit for conventional ladders and fire engines.

### Advantages of EH216F

- High-rise firefighting at 600 meters height;
- Instant response to fires;
- Centralized platform command-control with cluster management;
- Remote unmanned operation;
- Capacity to carry 150-liters foams with 6 extinguisher projectiles.

### Potential Market *

China's number of high-rise buildings is probably the highest in the world:
- 347,000 high-rise buildings (above 24 meters)
- 6,000 super-high-rise buildings (above 100 meters)
- 7,032 urban fire stations and 9,755 suburban fire stations in China.

# Unveiled the Heavy-lift EH216L AAV for Aerial Logistics

September 2020





### Advantages of EH216L

- The world's largest for multi-rotor AAVs for aerial logistics
- Centralized platform command-control with cluster management
- Remote unmanned operation
- Clean energy driven by electricity

### Use Cases

Urban and rural short-to-medium-haul heavy-lift aerial logistics that require frequent and point-to-point flight tasks:

- large parcel delivery
- agricultural products transportation
- offshore oil rigs transportation
- aerial emergency supply transportation
- disaster relief

### Market Size *

- The UAM global logistics market could reach US$46 billion by 2023 (an estimated CAGR of 740%).
- China is projected to be the largest regional market in the world in 2023, accounting for 45% of the global logistics UAM market.

# Capacity Expansion to Meet High Demand for AAVs in China

July 2020



EHang Yunfu production facility

**Specialized Plant for Passenger-grade AAVs**

- To serve as an expansion of our existing facilities in Guangzhou
- An industry-leading AAV production center, including an R&D facility and a training center for air mobility

**Production Plan**

- To start production in H1 2021
- Planned initial annual capacity of 600 units of passenger-grade AAVs

**Government Support**

- RMB42 million (approx. US$6 million) investment supported by the local government
- Preferential policies and treatments by the local government

# Obtained the First Permit for Flight Operations of Passenger-grade AAVs in North America

July 2020



- EH216 obtained a Special Flight Operations Certificate issued by the Transport Canada Civil Aviation.

- With this certificate, trial flights of EH216 AAVs have been permitted and are routinely conducted in Québec province, Canada.

- In Sep. 2019, we were invited to showcase its EH216 AAV at the International Civil Aviation Organization (ICAO)'s 75th Anniversary ceremony in Montreal, Canada. The EH216 was highly recognized by ICAO and various aviation authorities from different countries.




# Joined an International Project to Develop an Air Ambulance

August 2020



- We were selected to join **Ambular**, an international project endeavoring to develop a flying ambulance for medical emergency use.

- Supported by the International Civil Aviation Organization ("ICAO"), the project also seeks to inspire the global aviation community to unleash the potential of eVTOLs.

- We will contribute the necessary hardware (such as rotors and motors) to Ambular, driving R&D of the power component of the aircraft.

- Reflecting our social responsibility and leading experience in using AAVs for emergency responses.






**Q3 2020
FINANCIAL HIGHLIGHTS**



## Q3 2020 Financial Performance





# Q3 2020 Financial Performance

## Adjusted OPEX

RMB'000



- OPEX
- Adjusted OPEX
- OPEX Ratio
- Adjusted OPEX Ratio

## Adjusted Operating Profit/(Loss)

RMB'000




- Operating Profit/(Loss)
- Adjusted Operating Profit/(Loss)
- Operating Margin
- Adjusted Operating Margin

## Adjusted Net Income/(Loss)

RMB'000




- Net Income/(Loss)
- Adjusted Net Income/(Loss)
- Net Margin
- Adjusted Net Margin

# Unaudited Condensed Consolidated Balance Sheets

| (In thousands of RMB) | As of December 31, 2019 | As of September 30, 2020 |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | 321,662 | 157,804 |
| Short-term investments | 7,674 | 84,696 |
| Accounts receivable | 41,103 | 137,253 |
| Cost and estimated earnings | 14,212 | 3,722 |
| Inventories | 18,490 | 56,690 |
| Prepayments and other current | 20,565 | 22,450 |
| Others, net | 4,807 | 2,800 |
| **Total current assets** | **428,513** | **465,415** |
| **Non-current assets:** | | |
| Property and equipment, net | 16,272 | 12,266 |
| Long term loans receivable | - | 14,835 |
| Long-term investments | 2,983 | 2,919 |
| Others, net | 1,645 | 1,479 |
| **Total non-current assets** | **20,900** | **31,499** |
| **Total assets** | **449,413** | **496,914** |
| **Current liabilities:** | | |
| Short-term bank loans | 5,000 | 15,000 |
| Accounts payable | 27,285 | 52,487 |
| Contract liabilities | 9,918 | 6,506 |
| Accrued expenses and other | 53,310 | 77,516 |
| Others, net | 85 | 863 |
| **Total current liabilities** | **95,598** | **152,372** |
| **Non-current liabilities:** | | |
| Long-term loans | 32,534 | - |
| Mandatorily redeemable non- | - | 40,000 |
| Others, net | 5,926 | 8,983 |
| **Total non-current liabilities** | **38,460** | **48,983** |
| **Total liabilities** | **134,058** | **201,355** |
| **Total shareholders' equity** | **315,355** | **295,559** |
| **Total liabilities and** | **449,413** | **496,914** |

# Unaudited Condensed Consolidated Statements of Comprehensive Loss

| (In thousands of RMB) | 2019 Q3 | 2020 Q2 | 2020 Q3 | 2019 1-9 | 2020 1-9 |
|---|---|---|---|---|---|
| **Total revenues** | **34,745** | **35,700** | **70,980** | **67,130** | **125,498** |
| Costs of revenues | (15,674) | (15,147) | (28,958) | (29,108) | (51,769) |
| **Gross profit** | **19,071** | **20,553** | **42,022** | **38,022** | **73,729** |
| **Operating expenses:** | | | | | |
| Sales and marketing expenses | (6,162) | (9,218) | (8,344) | (18,698) | (23,338) |
| General and administrative expenses | (9,692) | (16,348) | (16,044) | (27,584) | (43,000) |
| Research and development expenses | (14,123) | (17,870) | (19,777) | (41,699) | (54,307) |
| **Total operating expenses** | **(29,977)** | **(43,436)** | **(44,165)** | **(87,981)** | **(120,645)** |
| Other operating income | 326 | 3,724 | 333 | 1,469 | 4,826 |
| **Operating loss** | **(10,580)** | **(19,159)** | **(1,810)** | **(48,490)** | **(42,090)** |
| **Other income/(expense):** | | | | | |
| Interest income | 150 | 974 | 738 | 646 | 3,124 |
| Interest expenses | (110) | (488) | (669) | (409) | (1,645) |
| Foreign exchange gain/(loss) | 360 | 278 | (233) | 396 | (226) |
| Other income/(expense) | 88 | (1,445) | 622 | 215 | (742) |
| **Total other income/(expense)** | **488** | **(681)** | **458** | **848** | **511** |
| **Loss before income tax and (loss)/gain from equity method investment** | **(10,092)** | **(19,840)** | **(1,352)** | **(47,642)** | **(41,579)** |
| Income tax (expenses)/benefits | (49) | 145 | - | (127) | 145 |
| **Loss before (loss)/gain from equity method investment** | **(10,141)** | **(19,695)** | **(1,352)** | **(47,769)** | **(41,434)** |
| (Loss)/gain from equity method investment | (59) | (33) | 288 | (69) | 236 |
| **Net loss** | **(10,200)** | **(19,728)** | **(1,064)** | **(47,838)** | **(41,198)** |
| Net loss attributable to non-controlling interests | (192) | 1,111 | 798 | 1,226 | 2,765 |
| **Net loss attributable to EHang Holdings Limited** | **(10,392)** | **(18,617)** | **(266)** | **(46,612)** | **(38,433)** |
| Accretion to redemption value of redeemable convertible preferred shares | (10,660) | - | - | (13,694) | - |
| **Net loss attributable to ordinary shareholders** | **(21,052)** | **(18,617)** | **(266)** | **(60,306)** | **(38,433)** |

# Unaudited Condensed Consolidated Statements of Cash Flows

| (In thousands of RMB) | 2019 Q3 | 2020 Q2 | 2020 Q3 | 2019 1-9 | 2020 1-9 |
|---|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | | |
| Net loss | (10,200) | (19,728) | (1,064) | (47,838) | (41,198) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | | |
| Share-based compensation | 3,203 | 8,012 | 6,338 | 13,115 | 16,286 |
| Others, net | 1,440 | 5,608 | 4,861 | 4,037 | 12,200 |
| Changes in operating assets and liabilities: | | | | | |
| Accounts receivable | (23,658) | (30,900) | (65,317) | (34,166) | (105,308) |
| Cost and estimated earnings in excess of billings | - | - | - | 3,247 | 10,490 |
| Inventories | (6,942) | (18,868) | (8,844) | (11,746) | (38,865) |
| Accounts payable | 4,727 | 11,446 | 11,809 | 7,195 | 25,951 |
| Contract liabilities | 618 | (170) | 101 | (3,674) | (3,412) |
| Accrued expenses and other liabilities | 4,989 | (1,387) | 7,370 | 6,177 | 4,380 |
| Others, net | (4,535) | 1,238 | 2,788 | (6,596) | 3,714 |
| **Net cash used in operating activities** | **(30,358)** | **(44,749)** | **(41,958)** | **(70,249)** | **(115,762)** |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | | |
| Proceeds from maturity of short-term investments | 25,130 | 2,500 | 20,900 | 39,530 | 36,400 |
| Purchase of short-term investments | (34,730) | (19,899) | (76,265) | (57,630) | (113,364) |
| Loans to third parties | - | - | - | - | (53,900) |
| Repayment of loan from a third party | - | - | 30,000 | - | 40,000 |
| Others, net | (327) | (943) | (170) | (1,189) | (1,468) |
| **Net cash flow used in investing activities** | **(9,927)** | **(18,342)** | **(25,535)** | **(19,289)** | **(92,332)** |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | | |
| Proceeds from short-term bank loans | - | 5,000 | 5,000 | 5,000 | 15,000 |
| Repayment of a short-term bank loan | - | - | - | (5,000) | (5,000) |
| Proceeds from a loan from a third party | 30,000 | - | - | 30,000 | - |
| Repayment of loans from third parties | (5,000) | - | - | (5,000) | - |
| Proceeds from issuance of mandatorily redeemable non-controlling interests of a subsidiary | - | 40,000 | - | - | 40,000 |
| Proceeds from issuance of subsidiaries' equity to non-controlling interest holders | - | 2,023 | - | - | 2,023 |
| Proceeds from issuance of Class A ordinary shares pursuant to underwriters' exercise of over-allotment option | - | - | - | - | 7,313 |
| Payment of issuance of Class A ordinary shares pursuant to underwriters' exercise of over-allotment option's issuance costs | - | - | (199) | - | (715) |
| Payment of issuance costs for initial public offering | - | (304) | (2,408) | - | (11,831) |
| Others, net | 3 | - | - | 3 | - |
| **Net cash provided by financing activities** | **25,003** | **46,719** | **2,393** | **72,439** | **46,790** |
| Effect of exchange rate changes on cash and cash equivalents | 1,501 | (454) | (5,285) | 1,952 | (2,554) |
| Net decrease in cash and cash equivalents | (13,781) | (16,826) | (70,385) | (15,147) | (163,858) |
| Cash and cash equivalents at the beginning of the period/year | 60,153 | 245,015 | 228,189 | 61,519 | 321,662 |
| **Cash and cash equivalents at the end of the period** | **46,372** | **228,189** | **157,804** | **46,372** | **157,804** |

## Investment Highlights

1 *World's First and Only Publicly Traded Urban Air Mobility Company*

2 *Massive, Fast-growing Target Market Ready for True Disruption*

3 *Global Market Leader and First Mover of Commercialization Ahead of Competition*

4 *World's Leading Scalable Urban Air Mobility Platform with Integrated Product Suite*

5 *Continuous, Industry-disruptive Regulatory Breakthroughs*

6 *Compelling High Growth and Margin Business Model*

7 *Ecosystem Enabler with Global Partnership Network*

8 *Experienced, Entrepreneurial Management Team*



