# Exhibit 39

**CHANG** | 亿航
EH | **Nasdaq** Listed

# CAAC Formally Adopts Special Conditions for EH216-S AAV Type Certification

23 févr. 2022 05h30 HE | Source: [EHang Holdings Limited](#)

GUANGZHOU, China, Feb. 23, 2022 (GLOBE NEWSWIRE) -- EHang Holdings Limited (Nasdaq: EH) ("EHang" or the "Company"), the world's leading autonomous aerial vehicle ("AAV") technology platform company, today announced that the Civil Aviation Administration of China ("CAAC") has formally adopted the [Special Conditions for EH216-S[1] AAV Type Certification](#) (the "Special Conditions"), which was effective on February 9th, 2022 and published on the CAAC website on February 22th, 2022.

The Special Conditions provides EHang with basis for compliance and safety of EH216-S AAVs, including flight performance, structures, design and constructions, propulsion systems, systems and equipment, data link and ground control station. The Company expects to deploy the EH216-S unmanned aircraft system in low-altitude passenger-carrying commercial operations in the Urban Air Mobility sector.

CAAC Formally Adopts Special Conditions for EH216-S AAV

**CHANG** 亿航
EH | **Nasdaq** Listed

**CAAC Formally Adopts Special Condition...**    CONNEXION   ☰

(AAV) technology platform company. Our mission is to make safe, autonomous, and eco-friendly air mobility accessible to everyone. EHang provides customers in various industries with AAV products and commercial solutions: air mobility (including passenger transportation and logistics), smart city management, and aerial media solutions. As the forerunner of cutting-edge AAV technologies and commercial solutions in the global Urban Air Mobility (UAM) industry, EHang continues to explore the boundaries of the sky to make flying technologies benefit our life in smart cities. For more information, please visit www.ehang.com.

**Safe Harbor Statement**

This press release contains statements that may constitute "forward-looking" statements pursuant to the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "likely to" and similar statements. Management has based these forward-looking statements on its current expectations, assumptions, estimates and projections. While they believe these expectations, assumptions, estimates and projections are reasonable, such forward-looking statements are only predictions and involve known and unknown risks and uncertainties, many of which are beyond management's control. These statements involve risks and uncertainties that may cause EHang's actual results, performance or achievements to differ materially from any future results, performance or achievements expressed or implied by these forward-looking statements.

**Media Contact**: pr@ehang.com
**Investor Contact**: ir@ehang.com

Case 1:21-cv-01392-GBD-GWG   Document 89-41   Filed 06/24/22   Page 4 of 5




**CAAC Formally Adopts Special Condition...**

CONNEXION ☰

the EH216 series, compared to the EH216F model for firefighting and the EH216L model for aerial logistics.

---

**Mot-clé**

aav    autonomous aerial vehicle    ehang 216

**Hyperliens**

- https://ir.ehang.com/

# Explorer



**La Behr Paint Company lance la peinture en aérosol...**

23 juin 2022 10h28 HE



**Mille raisons de rire... À lire dans le numéro juill...**

23 juin 2022 08h00 HE



**Sharp Canada lance une nouvelle génération d'écran...**

23 juin 2022 08h00 HE

**Les Thé...
nommé...
meilleur...**

23 juin 202...



**À propos de nous**

**Réseaux de diffusion de communiqués et gestion de communiqués**

· Accueil

· Salle de presse

Case 1:21-cv-01392-GBD-GWG   Document 89-41   Filed 06/24/22   Page 5 of 5



**CAAC Formally Adopts Special Condition...**          CONNEXION   ☰

de résultats financiers et de contenu
multimédia vers les médias, les investisseurs
et vos clients.

Suivez-nous sur les réseaux sociaux:



GlobeNewswire est un réseau de distribution de communiqués de presse. Les communiqués et autres supports publiés par GlobeNewswire relèvent de la responsabilité légale de leurs auteurs et GlobeNewswire décline toute responsabilité éditoriale ou autre eu égard à leur contenu. GlobeNewswire publie du contenu à des fins d'information et ne fait aucune recommandation ou invitation à s'engager dans toute forme d'activité financière ou d'investissement, et ne cautionne pas le contenu des matériels publiés.

© 2022 GlobeNewswire, Inc. Tous droits réservés.