**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
:
:
:
:                                    ORDER
:
IN RE EHANG HOLDINGS LTD. SECURITIES :    21 Civ. 1392 (GBD) (GWG)
LITIGATION                           :
:
:
:
:
:
:
:
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motion to dismiss, (ECF No. 88), will occur on September 27, 2022 at 10:30am.

Dated: June 27, 2022
    New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE