**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: EHANG HOLDINGS, LTD. SECURITIES LITIGATION | Case No. 21 Civ. 1392 (GBD) |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

I, Jeffrey C. Block, declare, under penalty of perjury:

1.      I am the Managing Partner of the law firm of Block & Leviton LLP, lead counsel for Lead Plaintiff Sergiu Rata ("Lead Plaintiff") in the above-captioned action. I make this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct excerpted copy EHang Holding Ltd.'s Form 20-F for the fiscal year ended December 31, 2021, filed with the SEC on April 28, 2022.

August 8, 2022                                        */s/ Jeffrey C. Block*
                                                             Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jeffrey C. Block*
Jeffrey C. Block