UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re EHang Holdings Ltd. Securities Litigation | Case No. 1:21-cv-01392-GBD |

**DECLARATION OF SARAH M. LIGHTDALE IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED
COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Sarah M. Lightdale, state as follows:

1.     I am a partner with the law firm of Cooley LLP, counsel for Defendants EHang Holdings Limited ("EHang"), Huazhi Hu, Richard Jian Liu, Edward Huaxiang Xu, and Derrick Yifang Xiong. I respectfully submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (the "AC"). I have personal knowledge of the facts set forth in this declaration and, if called upon, could testify truthfully and accurately thereto.

2.     Attached hereto is an additional page of a document that Defendants previously submitted to the Court in excerpted form as **Exhibit 1**, which is a true and correct copy of the relevant excerpt of EHang's Form 20-F, filed with the SEC on April 20, 2020.

3.     Attached hereto is an additional page of a document that Defendants previously submitted to the Court in excerpted form as **Exhibit 2**, which is a true and correct copy of the relevant excerpt of EHang's Form 20-F, filed with the SEC on June 15, 2021.

4.     Attached hereto is an additional page of a document that Defendants previously submitted to the Court in excerpted form as **Exhibit 3**, which is a true and correct copy of the relevant excerpt of EHang's Form 424(b)(4), filed with the SEC on December 12, 2019.

5.      Attached hereto as **Exhibit 42** is a true and correct copy of a transcript of EHang's Q3 2020 earnings call, which occurred on December 3, 2020.

6.      Attached hereto as **Exhibit 43** is a true and correct copy of an EHang historical stock price chart for the period of December 16, 2019 through July 30, 2021. It is publicly available from Yahoo! Finance at: https://finance.yahoo.com/quote/EH/history?period1=1576454400&period2=1627689600&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on this 7th day of September 2022.

/s/ Sarah M. Lightdale
Sarah M. Lightdale