# Exhibit 3

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-234411**

### *3,200,000 American Depositary Shares*

**EHANG**

## *EHang Holdings Limited*

*Representing 6,400,000 Class A Ordinary Shares*

*This is an initial public offering of American depositary shares, or ADSs, representing Class A ordinary shares of EHang Holdings Limited.*

*We are offering 3,200,000 ADSs. Each ADS represents two Class A ordinary shares, par value US$0.0001 per share.*

*Prior to this offering, there has been no public market for the ADSs or our shares. The ADSs have been approved for listing on the Nasdaq Global Market, under the symbol "EH."*

*Upon the completion of this offering, our issued and outstanding share capital will consist of Class A ordinary shares and Class B ordinary shares. Our founder, Mr. Huazhi Hu, who is also our director and chief executive officer, will beneficially own all of our then issued and outstanding Class B ordinary shares and will be able to exercise 88.2% of the total voting power of our issued and outstanding share capital immediately following the completion of this offering assuming the underwriters do not exercise their over-allotment option, or 88.1% of the total voting power of our issued and outstanding share capital immediately following the completion of this offering if the underwriters exercise their over-allotment option in full. Holders of Class A ordinary shares and Class B ordinary shares have the same rights except for voting and conversion rights. Each Class A ordinary share is entitled to one vote, and each Class B ordinary share is entitled to ten votes and is convertible into one Class A ordinary share. Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances. Upon any sale, transfer, assignment or disposition of Class B ordinary shares by their holder or a change of ultimate beneficial ownership of any Class B ordinary share to any person other than our founder or an affiliate controlled by our founder, such Class B ordinary shares are automatically and immediately converted into the same number of Class A ordinary shares.*

*We are an "emerging growth company" under applicable U.S. federal securities laws and are eligible for reduced public company reporting requirements. Following the completion of this offering, we will be a "controlled company" as defined under the Nasdaq Stock Market Rules because our founder will beneficially own all of our issued Class B ordinary shares, representing more than 50% of our total voting power.*

**Investing in the ADSs involves risks. See "Risk Factors" beginning on page 16.**

*PRICE US$12.50 PER ADS*

|  | Price to Public | Underwriting Discounts and Commissions(1) | Proceeds to us |
|---|---|---|---|
| Per ADS | US$12.50 | US$0.875 | US$11.625 |
| Total | US$40,000,000 | US$2,800,000 | US$37,200,000 |

(1)    See "Underwriting" for a description of the compensation payable to the underwriters.

*We have granted the underwriters the right to purchase up to an additional 480,000 ADSs to cover over-allotments at the initial public offering price, less underwriting discounts and commissions.*

*Mr. Huazhi Hu and entities affiliated with GGV have subscribed for and been allocated by the underwriters 400,000 ADSs and 160,000 ADSs, respectively, in this offering at the initial public offering price, representing 12.5% and 5.0%, respectively, of the ADSs being offered in this offering, assuming the underwriters do not exercise their over-allotment option. Mr. Hu is our founder, director and chief executive officer and one of our principal shareholders. Entities affiliated with GGV are collectively our principal shareholders and affiliates of one of our directors. The underwriters will receive the same underwriting discounts and commissions on any ADSs purchased by these shareholders as they will on any other ADSs sold to the public in this offering.*

*Neither the United States Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities, or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.*

*The underwriters expect to deliver the ADSs against payment in U.S. dollars in New York, New York on or about December 16, 2019.*

### *MORGAN STANLEY*

*NEEDHAM & COMPANY*                    *TIGER BROKERS*                    *PRIME NUMBER CAPITAL*

*December 11, 2019.*

**Table of Contents**

Revenues are recognized net of return allowances and VAT. Return allowances, which reduce total revenues, are estimated based on historical experience.

*Air mobility solutions.* Revenues from air mobility solutions consist of revenues from (i) sales of passenger-grade AAVs and (ii) provision of logistics services. We recognize revenues from sales of passenger-grade AAVs when the AAVs are delivered and collectability is reasonably assured. We determine collectability by performing a credibility assessment of the customers based on their past payment records or operating results. Our revenues from air mobility solutions have been and, at least in 2019, are expected to be mainly derived from sales of passenger-grade AAVs for testing, training and demonstration purposes. Before regulatory approvals for the commercial operations of our AAVs have been obtained in China and/or other relevant jurisdictions, customer demand will likely be limited in volume. Currently we are working to obtain such approvals in China, and are assisting a customer in Europe in taking steps toward applying for such approvals. However, we are unable to predict the timing of such approvals.

*Smart city management solutions.* Smart city management solutions mainly include (i) design and development of command-and-control systems and related facilities, and (ii) sale of AAVs and other related products. For design and development of command-and-control systems and related facilities, we recognize revenues using a percentage of completion method. We typically enter into project contracts with customers, according to which they pay project fees based on the agreed schedule. As we provide smart city management solutions on a project basis with high individual transaction values, revenues from smart city management solutions may be more concentrated in certain years or periods, and therefore are subject to greater period-to-period fluctuations.

*Aerial media solutions.* We recognize revenues from aerial media solutions when the aerial media performance is fulfilled by us. The service fee for each performance is determined mainly by the length of performance, complexity, number of AAVs involved, manpower and regulatory requirements.

*Others.* We generate other revenues mainly from stand-alone sales of consumer drones and their components and spare parts. We recognize revenues from others when the consumer drones are delivered and the title and risk of the drones have been transferred to the customers. We started to phase out our consumer drone business in late 2016.

We expect that our revenues will continue to increase as we continue to fulfill existing orders for passenger-grade AAVs and perform our logistics contracts, secure new orders for our air mobility solutions, expand our smart city management and aerial media solutions and expand our commercial solutions and sales network. We expect that revenues generated from air mobility solutions will increase substantially in both domestic and international markets.

*Costs of revenues*

Costs of revenues mainly consist primarily of aerial vehicles material and manufacturing costs, construction costs of smart city management solutions, depreciation, rental fees, payroll and related costs of operations.

We expect that our costs of revenues will increase in the foreseeable future as we increase our AAV sales volume and expand our commercial solutions business.