# Exhibit 42

**S&P Global**
Market Intelligence

# EHang Holdings Limited NasdaqGM:EH FQ3 2020 Earnings Call Transcripts

## Thursday, December 03, 2020 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2020- | | | -FQ4 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.05 | 0.12 | ▲140.00 | 0.95 | 0.53 | 4.42 |
| **Revenue (mm)** | 55.78 | 70.98 | ▲27.25 | 256.32 | 395.50 | 1902.07 |

Currency: CNY
Consensus as of Aug-26-2020 11:33 AM GMT



**Stock Price [CNY] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2019** | - | - | - |
| **FQ1 2020** | (0.45) | (0.32) | NM |
| **FQ2 2020** | (0.27) | (0.20) | NM |
| **FQ3 2020** | 0.05 | 0.12 | ▲140.00 % |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ......................................................................... | **3** |
| **Presentation** | ......................................................................... | **4** |
| **Question and Answer** | ......................................................................... | **8** |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

### EXECUTIVES

**Huaxiang Xu**
*Chief Strategy Officer*

**Huazhi Hu**
*Founder, Chairman & CEO*

**Jian Liu**
*Chief Financial Officer*

### ANALYSTS

**Arvind Monie**

**Shenghao Yu**
*Needham & Company, LLC,*
*Research Division*

**Tim Hsiao**
*Morgan Stanley, Research Division*

### ATTENDEES

**Linlin Qian**
*The Blueshirt Group, LLC*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen. Thank you for standing by, and welcome to the EHang Third Quarter 2020 Earnings Conference Call. [Operator Instructions] As a reminder, we are recording today's call. If you have any objection, you may disconnect at this time.

Now I will turn the call over to Julia Qian, Managing Director of The Blueshirt Group Asia. Ms. Qian, please proceed.

**Linlin Qian**
*The Blueshirt Group, LLC*

Hello, everyone. Thank you all for joining us on today's conference call to discuss the company's financial results for the third quarter of 2020. We released the results early today. The press release is available on the company's website as well as from Newswire services.

On the call with me today are Mr. Hu Huazhi, Chief Executive Officer; Mr. Edward Xu, Chief Strategy Officer; and Mr. Richard Liu, Chief Financial Officer.

Before we continue, please note that today's discussion will contain forward-looking statements made under the safe harbor provision of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements involve inherent risks and uncertainties. As such, the company's actual results may be materially different from the expectations expressed today. Further information regarding these and other risks and uncertainties is included in the company's public filing with the SEC.

The company does not assume any obligation to update any forward-looking statements, except as required under applicable law. Also, please note that unless otherwise stated, all the figures mentioned during the conference call are in Chinese RMB.

With that, let me now turn the call over to our CEO, Mr. Hu Huazhi. Mr. Hu will speak in Chinese, then our CSO, Edward, will translate his comments into English. Please go ahead, Mr. Hu.

**Huazhi Hu**
*Founder, Chairman & CEO*

[Foreign Language]

**Huaxiang Xu**
*Chief Strategy Officer*

[Interpreted] Well, I'll do the translation for Mr. Hu. Hello, everyone, I'm Huazhi Hu, Founder and CEO of EHang. As a first mover in the global UAM industry, we have already delivered over 100 units of EHang 216 passenger-grade autonomous aerial vehicles, or AAVs, cumulatively in China and in the world. We have completed near 10,000 safe flights worldwide with zero accidents. This is an amazing accomplishment for such an innovative passenger-grade AAV. Our proprietary full redundancy safety systems have been fully testified by the abundance of real flights.

Now we are entering into the next stage of development from a pure OEM provider, professional products and technologies to a platform operator setting necessary rules and standards for commercial operation systems. To achieve this goal, we still have a lot to do. Numerous safe flights have laid a solid foundation for us to start the mass production. We have just completed public trial flights for verifying and demonstrating the UAM use cases in Korea, which helped to generate new orders from the Korean market. The quality of our AAVs always remains our top priority.

Since our current production facility can no longer meet the needs of the mass production, we decided to build a new production facility in Guangdong Yunfu with an area of 40,000 square meters and the planned initial annual capacity of 600 units passenger-grade AAVs. More important, we will reestablish a complete

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

set of industry standards and systems from designing, production and operations and will devote ourselves to designing and developing infrastructure, including the automated verticals so as to gradually establish an integrated operating system. Like that existing airports, this is also an important measure to ensure the safe operations of EHang 216.

Today, we have developed an integrated AAV technology platform with proprietary intellectual properties, leveraging our experiences and expertise in the fields of hardware, software and supply chains. We will release more AAV models with different payload levels to meet the demands for mid-haul and long-haul flights, thus gradually expanding the operational range of autonomous air mobility.

In terms of new products, while we continue to accumulate potential orders of the EHang 216F firefighting model, we are accelerating the official certification process. Meanwhile, China's State Council has also proposed to accelerate the industrial upgrade and the practical applications of firefighting unmanned aerial vehicles. The EHang 216 AAVs, including the passenger version, the firefighting version and the logistics version are expected to be key revenue drivers in the years to come.

In respect of policies and regulations, we are trying to push forward the process. In China, we received an approval from the Civil Aviation Administration of China for airworthiness certification pilot and trial operation programs as early as 2018. Recently, the CAAC announced 13 selected cities as a civil unmanned aviation experimental zones. Just recently in last week, China State Council also are urged to include UAM development into the national strategies.

With the government support and a relevant infrastructure upgrade, we will receive airworthiness certificate for EHang 216 in 2021 and begin to provide commercial operation services. The commercialization of UAM will definitely be realized sooner than expected. So let's embrace a future together. Next, our Chief Strategy Officer, Edward Xu, will provide the operational and business updates. Thank you.

Well, those were Mr. Hu's remarks. Now let me cover some of our business achievements in the quarter of this year. As Mr. Hu just mentioned, we delivered a strong quarter with impressive business progress and solid financial results. The sales of our flagship passenger-grade AAV, EHang 216, reached 23 units; 2 were the newly launched EHang 216F, a firefighting version of EHang 216. This version is especially designed AAV for aerial firefighting solution, especially for high-rise buildings.

In a recent circular published by the China State Council, it stressed the need of innovation for emergency response to fires with application of UAV technologies. So we believe the launch of the EHang 216F was the right time to meet the potential market demand. With an operational altitude of up to 600 meters, the EHang 216F is superior to conventional extinguisher equipment for high-rise fires. Given the large payload, EHang 216F is the world's first AAV for aerial firefighting. It can carry 150 liters of extinguishing foams and 6 fire projectiles in a single trip.

Our cluster management techniques allow us to operate the AAV in the fleet through the remote ground control stations. So far, we see significant market demand and strong interest from China's emergency management departments and fire departments at all levels.

In September, we launched another new product, EHang 216L, an aerial logistics version of the 2 EHang 216. This is a multi-rotor AAV with a record payload for short- to medium-haul air logistics in both urban and rural areas. This model opened up more commercial opportunities for various urban and rural aerial logistics uses that require frequent and point-to-point deliveries, including large parcel deliveries, the agricultural product transportation, offshore transportation, aerial emergency response and disaster relief, et cetera.

As a world-leading AAV company, we are committed to explore new products and solutions to meet the high demand for AAVs to solve problems and to empower our smart cities in China and overseas. Moving forward, we have a robust new product pipeline and will continue to develop more use cases to further accelerate the commercialization of AAV technologies and air mobility solutions.

Moving to our business expansion. We announced in July to set up a new production line in Guangdong Yunfu to meet the increasing market demand for AAVs. This will complement to our existing facilities in

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Guangzhou. With local government support, the Yunfu factory is expected to start production in the first half of 2021, with an initial capacity of 600 units per annum, especially for EHang 216F. The Yunfu factory will feature an R&D facility and a training center for air mobility. We are excited about this new project, which is expected to bolster our capability to meet increasing demand for AAVs in China.

In this quarter, we also made several meaningful regulatory breakthroughs. In July, EHang 216 was awarded a Special Flight Operations Certificate by the Transport Canada Civil Aviation, with which trial flights of the EHang 216 have been permitted and are routinely conducted in Québec province, Canada. This was the first of this kind permit for periodic operations of passenger-grade AAVs in North America, which marked an important milestone in regulatory breakthroughs for EHang 216 in international markets.

Furthermore, in August, we were selected to join Ambular, an international project supported by the International Civil Aviation Organization, ICAO, which is developing a flying ambulance for emergency medical uses. As a first company in the world to launch and commercialize passenger-grade AAVs, we will contribute the necessary hardware such as rotors and motors to the Ambular project. We are excited to join ICAO-supported Ambular project, where we can work with industry leaders to fulfill the mission of saving critical minutes in emergencies by leveraging our unique technologies and practical experiences.

Most recently, we continue to obtain a service of significant favorable policies and regulatory breakthroughs, paving the way for our air mobility operations in China and globally. For example, in October, the Civil Aviation Administration of China, or CAAC, approved 13 cities including Beijing, Shanghai, Hezhou, et cetera, to be the unmanned civil aviation experimental zones to accelerate the growth of the UAM industry for various use cases. We are an important force behind this initiative and supported several cities to obtain the approvals.

In late November, the General Office of the State Council of the PRC issued a circular, which urges to bring UAM development into China's national strategies and formulate relevant policies, standards and legislations. The potential applications of firefighting UAVs were also emphasized by the State Council. He reflects China government's great emphasis and strategic support for the new UAM industry and should lay a solid regulatory foundation for the industry. We think this will pave the way for China to become the world's largest UAM industry market and for us to strengthen our leadership and growth momentum.

Notably, our progress in overseas market is equally important. In Asia, we obtained a special certificate of airworthiness or SAC for the EHang 216 from Korea Ministry of Land, Infrastructure and Transportation in November, a first SAC ever issued to a passenger-grade AAV in Korea. Furthermore, we have successfully conducted the maiden flight in the center of Seoul, Daegu and Jeju Island for different use cases, including emergency medical service and aerial sightseeing. This is a significant milestone marked our starting point to explore the UAM market in Korea.

Moving forward, we will further expand the UAM pilot city network and achieve regulatory breakthroughs in more countries and global organizations, paving the way for global expansion after the virus is contained.

To conclude, we continue to deliver solid performance in this quarter. We are optimistic about our long-term outlook of the UAM industry, and we believe our first-mover advantage will enable us to drive robust growth in the near future.

Now I will turn it over to our CFO, Mr. Richard Liu, to provide the financial details for this quarter. Richard, please go ahead. Thank you.

**Jian Liu**
*Chief Financial Officer*

Thank you, Edward, and hello to everyone on the call. Before I go into details about our financial results, please note that all numbers presented are in RMB and percentage changes refer to year-over-year comparisons, unless otherwise specified. Detailed analysis is contained in our earnings press release, which is available on our IR website. I'm going to highlight some of the key points here.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.