# Exhibit 43

Finance Home    Watchlists    My Portfolio    Cryptocurrencies    Yahoo Finance Plus ⁺    Screeners    Markets    ...

y! finance⁺    Upgrade now

## EHang Holdings Limited (EH)
NasdaqGM - NasdaqGM Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

### 6.05  -0.02 (-0.33%)
As of 11:58AM EDT. Market open.

Summary   Company Outlook ⁺   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability



After my heart failure hospitalization
Not an actual patient

IMPORTANT SAFETY INFORMATION
VERQUVO may cause birth defects if taken during pregnancy. Females must not be pregnant when they
Medication Guide          Prescribing Information


CREDIT: BLEECKER STREET MEDIA

Time Period: Dec 15, 2019 - Jul 30, 2021 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD                                           ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 30, 2021 | 24.89 | 26.45 | 24.63 | 26.30 | 26.30 | 1,297,700 |
| Jul 29, 2021 | 26.09 | 26.39 | 24.63 | 25.41 | 25.41 | 1,111,600 |
| Jul 28, 2021 | 24.26 | 26.25 | 24.04 | 25.65 | 25.65 | 1,642,500 |
| Jul 27, 2021 | 25.79 | 25.89 | 22.84 | 23.38 | 23.38 | 2,961,700 |
| Jul 26, 2021 | 25.30 | 28.19 | 25.15 | 25.77 | 25.77 | 2,389,100 |
| Jul 23, 2021 | 27.20 | 27.40 | 25.65 | 25.92 | 25.92 | 2,279,500 |
| Jul 22, 2021 | 30.59 | 30.69 | 27.87 | 28.00 | 28.00 | 1,067,900 |
| Jul 21, 2021 | 29.96 | 30.77 | 28.94 | 30.30 | 30.30 | 1,354,700 |
| Jul 20, 2021 | 29.00 | 29.90 | 27.49 | 29.68 | 29.68 | 1,041,700 |
| Jul 19, 2021 | 27.43 | 29.20 | 27.31 | 28.44 | 28.44 | 1,468,200 |
| Jul 16, 2021 | 30.54 | 30.90 | 27.82 | 28.69 | 28.69 | 1,569,400 |
| Jul 15, 2021 | 30.05 | 32.30 | 29.38 | 30.47 | 30.47 | 1,028,300 |
| Jul 14, 2021 | 32.33 | 32.50 | 30.16 | 30.42 | 30.42 | 1,001,800 |
| Jul 13, 2021 | 32.82 | 33.06 | 31.50 | 32.14 | 32.14 | 1,440,000 |
| Jul 12, 2021 | 33.65 | 34.20 | 31.90 | 33.09 | 33.09 | 913,400 |
| Jul 09, 2021 | 34.40 | 34.85 | 32.68 | 33.37 | 33.37 | 1,535,000 |
| Jul 08, 2021 | 31.49 | 34.27 | 30.63 | 32.93 | 32.93 | 1,760,700 |
| Jul 07, 2021 | 38.27 | 39.03 | 33.60 | 34.00 | 34.00 | 2,670,500 |
| Jul 06, 2021 | 39.15 | 39.66 | 37.35 | 38.28 | 38.28 | 1,740,100 |
| Jul 02, 2021 | 41.25 | 42.20 | 39.22 | 40.47 | 40.47 | 1,218,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

### People Also Watch
| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| UAVS<br>AgEagle Aerial Systems, Inc. | 0.5497 | +0.0085 | +1.5706% |
| NIU<br>Niu Technologies | 5.14 | +0.03 | +0.49% |
| NNDM<br>Nano Dimension Ltd. | 2.4250 | -0.0650 | -2.61% |
| VLDR<br>Velodyne Lidar, Inc. | 1.1500 | +0.0500 | +4.5455% |
| NNOX<br>Nano-X Imaging Ltd. | 12.18 | -0.02 | -0.16% |

### Similar to EH
| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| ACHR<br>Archer Aviation Inc. | 3.4850 | +0.0050 | +0.14% |
| LILM<br>Lilium N.V. | 2.1700 | +0.0200 | +0.93% |
| EVTL<br>Vertical Aerospace Ltd. | 5.09 | -0.10 | -1.93% |
| ASTR<br>Astra Space, Inc. | 0.7527 | -0.0431 | -5.4159% |
| SPCE<br>Virgin Galactic Holdings, Inc. | 5.96 | +0.11 | +1.90% |

### Earnings ›
○ Consensus EPS

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ... | y!finance+ | Upgrade now |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| Jul 01, 2021 | 43.55 | 43.80 | 40.07 | 40.85 | 40.85 | 1,415,100 |
| Jun 30, 2021 | 42.35 | 44.38 | 41.21 | 43.00 | 43.00 | 1,854,700 |
| Jun 29, 2021 | 43.31 | 43.75 | 40.75 | 42.29 | 42.29 | 1,941,500 |
| Jun 28, 2021 | 39.79 | 44.60 | 39.65 | 44.33 | 44.33 | 3,512,500 |
| Jun 25, 2021 | 40.04 | 40.40 | 38.50 | 39.79 | 39.79 | 1,118,800 |
| Jun 24, 2021 | 40.85 | 42.10 | 38.88 | 39.14 | 39.14 | 2,151,900 |
| Jun 23, 2021 | 40.10 | 42.00 | 39.15 | 40.39 | 40.39 | 2,231,600 |
| Jun 22, 2021 | 37.80 | 39.85 | 37.50 | 39.48 | 39.48 | 1,779,200 |
| Jun 21, 2021 | 37.75 | 39.38 | 36.72 | 38.85 | 38.85 | 1,732,500 |
| Jun 18, 2021 | 39.60 | 40.59 | 36.80 | 37.25 | 37.25 | 2,247,400 |
| Jun 17, 2021 | 37.86 | 41.65 | 37.86 | 39.29 | 39.29 | 2,130,900 |
| Jun 16, 2021 | 37.32 | 39.97 | 36.60 | 37.86 | 37.86 | 2,080,300 |
| Jun 15, 2021 | 44.00 | 47.38 | 37.32 | 38.74 | 38.74 | 9,425,000 |
| Jun 14, 2021 | 38.73 | 41.48 | 37.90 | 40.38 | 40.38 | 2,562,900 |
| Jun 11, 2021 | 36.97 | 39.38 | 36.75 | 37.85 | 37.85 | 1,621,300 |
| Jun 10, 2021 | 38.89 | 40.10 | 35.66 | 36.66 | 36.66 | 2,528,300 |
| Jun 09, 2021 | 42.00 | 42.59 | 37.35 | 38.64 | 38.64 | 4,324,500 |
| Jun 08, 2021 | 35.03 | 40.50 | 34.72 | 40.41 | 40.41 | 6,295,000 |
| Jun 07, 2021 | 33.82 | 35.40 | 32.36 | 34.25 | 34.25 | 4,023,600 |
| Jun 04, 2021 | 27.77 | 36.80 | 27.00 | 32.60 | 32.60 | 10,281,000 |
| Jun 03, 2021 | 27.85 | 29.11 | 27.07 | 27.22 | 27.22 | 1,633,700 |
| Jun 02, 2021 | 29.20 | 29.25 | 27.00 | 28.83 | 28.83 | 2,402,400 |
| Jun 01, 2021 | 27.95 | 29.85 | 27.50 | 28.54 | 28.54 | 2,857,100 |
| May 28, 2021 | 26.41 | 28.38 | 25.80 | 27.01 | 27.01 | 2,495,500 |
| May 27, 2021 | 25.85 | 26.40 | 24.33 | 25.86 | 25.86 | 3,550,400 |
| May 26, 2021 | 23.00 | 26.39 | 22.30 | 25.47 | 25.47 | 6,576,400 |
| May 25, 2021 | 21.60 | 24.89 | 21.17 | 22.53 | 22.53 | 6,794,800 |
| May 24, 2021 | 22.00 | 22.17 | 20.85 | 21.60 | 21.60 | 1,550,100 |
| May 21, 2021 | 23.20 | 23.81 | 21.61 | 21.74 | 21.74 | 1,653,600 |
| May 20, 2021 | 22.30 | 22.99 | 21.51 | 22.81 | 22.81 | 1,320,700 |
| May 19, 2021 | 22.14 | 22.65 | 21.10 | 21.96 | 21.96 | 2,576,500 |
| May 18, 2021 | 20.92 | 25.18 | 20.45 | 23.45 | 23.45 | 4,006,900 |
| May 17, 2021 | 20.23 | 21.49 | 19.75 | 21.37 | 21.37 | 1,650,600 |
| May 14, 2021 | 21.99 | 22.86 | 20.62 | 21.09 | 21.09 | 2,124,700 |
| May 13, 2021 | 22.18 | 23.21 | 20.72 | 21.40 | 21.40 | 1,961,900 |
| May 12, 2021 | 22.60 | 23.34 | 21.82 | 22.52 | 22.52 | 1,184,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.



| | Q1 2020 | Q2 2020 | Q3 2020 | Q4 2020 | Q1 2021 |
| --- | --- | --- | --- | --- | --- |
| | Beat | Beat | Beat | Missed | — |
| | By $0.41 | By $0.01 | By $0.02 | By $0.01 | Nov 29 |

**Financials** >

Annual  Quarterly          Revenue    Earnings



YOU PLEDGE TO RECYCLE, WE DONATE WATER.

ARROWHEAD

TAKE THE PLEDGE

*5/11/21-1/31/23, 33K bottles min / 495K bottles max donation, Baca.NavajoChapters.org. One .5 L bottle of water, or the equivalent volume will be donated for every pledge.
©2022 BlueTriton Brands, Inc.

**Recommendation Trends** >



Strong Buy
Buy
Hold
Underperform
Sell

**Recommendation Rating** >



| 1 | 2 | 3 | 4 | 5 |
| --- | --- | --- | --- | --- |
| Strong Buy | Buy | Hold | Under-perform | Sell |

**Analyst Price Targets (1)** >



Average 10.00    2

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets |

**Upgrades & Downgrades** ›

| | | |
|---|---|---|
| Downgrade | Morgan Stanley: Overweight to Equal-Weight | 4/13/2021 |
| Initiated | Needham: to Buy | 2/7/2020 |

**Company Profile** ›

Building C
Yixiang Technology Park
No. 72 Nanxiang
Second Road Huangpu
District
Guangzhou 510700
China
86 20 2902 8899
https://www.ehang.com
Sector(s): **Industrials**
Industry: **Aerospace & Defense**
Full Time Employees: **326**

EHang Holdings Limited operates as an autonomous aerial vehicle (AAV) technology platform company in the People's Republic of China, East Asia, Europe, and internationally. It designs, develops, manufactures, sells, and operates AAVs, as well as their supporting systems and infrastructure for various industries and applications, including passenger transportation, logistics, smart city management, and aerial media solutions. The company was incorporated in 2014 and is headquartered in Guangzhou, the People's Republic of China.

More about EHang Holdings Limited

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 11, 2021 | 20.24 | 22.86 | 20.01 | 22.59 | 22.59 | 1,549,900 |
| May 10, 2021 | 23.17 | 23.17 | 21.80 | 22.23 | 22.23 | 1,167,100 |
| May 07, 2021 | 23.25 | 23.97 | 22.79 | 23.45 | 23.45 | 1,342,500 |
| May 06, 2021 | 22.50 | 23.98 | 22.11 | 23.40 | 23.40 | 1,934,700 |
| May 05, 2021 | 24.04 | 24.41 | 22.45 | 22.80 | 22.80 | 1,328,600 |
| May 04, 2021 | 22.51 | 25.75 | 21.86 | 24.13 | 24.13 | 3,029,200 |
| May 03, 2021 | 27.01 | 27.27 | 22.80 | 23.19 | 23.19 | 5,263,200 |
| Apr 30, 2021 | 27.98 | 29.72 | 27.60 | 27.90 | 27.90 | 1,087,700 |
| Apr 29, 2021 | 30.51 | 30.73 | 28.00 | 28.79 | 28.79 | 1,237,100 |
| Apr 28, 2021 | 30.09 | 31.20 | 28.88 | 30.36 | 30.36 | 1,451,600 |
| Apr 27, 2021 | 29.40 | 30.77 | 28.25 | 30.23 | 30.23 | 1,888,900 |
| Apr 26, 2021 | 28.10 | 29.93 | 26.86 | 29.13 | 29.13 | 2,049,800 |
| Apr 23, 2021 | 26.70 | 29.25 | 26.08 | 27.74 | 27.74 | 2,270,900 |
| Apr 22, 2021 | 26.40 | 28.33 | 25.31 | 26.42 | 26.42 | 2,384,100 |
| Apr 21, 2021 | 24.26 | 26.68 | 23.31 | 25.82 | 25.82 | 2,430,500 |
| Apr 20, 2021 | 24.22 | 25.88 | 23.60 | 24.58 | 24.58 | 2,175,000 |
| Apr 19, 2021 | 26.68 | 26.73 | 23.77 | 24.79 | 24.79 | 2,985,900 |
| Apr 16, 2021 | 26.01 | 28.35 | 25.52 | 27.91 | 27.91 | 3,954,000 |
| Apr 15, 2021 | 30.13 | 30.13 | 27.60 | 28.93 | 28.93 | 1,632,300 |
| Apr 14, 2021 | 29.52 | 31.00 | 28.20 | 29.40 | 29.40 | 1,592,700 |
| Apr 13, 2021 | 28.79 | 29.65 | 27.00 | 29.02 | 29.02 | 2,520,900 |
| Apr 12, 2021 | 33.13 | 33.40 | 28.10 | 29.20 | 29.20 | 4,364,200 |
| Apr 09, 2021 | 33.50 | 35.48 | 32.81 | 34.34 | 34.34 | 828,700 |
| Apr 08, 2021 | 34.22 | 35.75 | 33.60 | 34.07 | 34.07 | 1,000,200 |
| Apr 07, 2021 | 36.21 | 36.63 | 33.50 | 33.98 | 33.98 | 1,599,700 |
| Apr 06, 2021 | 33.56 | 37.90 | 33.38 | 37.46 | 37.46 | 1,538,800 |
| Apr 05, 2021 | 36.79 | 36.79 | 33.36 | 34.60 | 34.60 | 1,230,900 |
| Apr 01, 2021 | 38.65 | 39.60 | 35.35 | 36.04 | 36.04 | 1,550,000 |
| Mar 31, 2021 | 36.02 | 37.20 | 34.80 | 37.04 | 37.04 | 1,314,200 |
| Mar 30, 2021 | 32.28 | 36.40 | 30.74 | 35.98 | 35.98 | 2,574,200 |
| Mar 29, 2021 | 34.00 | 35.00 | 32.32 | 32.86 | 32.86 | 1,264,700 |
| Mar 26, 2021 | 36.12 | 36.60 | 32.35 | 34.81 | 34.81 | 1,768,500 |
| Mar 25, 2021 | 33.24 | 36.29 | 32.18 | 35.99 | 35.99 | 2,283,100 |
| Mar 24, 2021 | 39.70 | 40.44 | 35.16 | 35.52 | 35.52 | 3,103,000 |
| Mar 23, 2021 | 42.20 | 43.04 | 39.26 | 39.80 | 39.80 | 2,127,400 |
| Mar 22, 2021 | 46.58 | 46.58 | 41.70 | 42.69 | 42.69 | 1,960,800 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Data Disclaimer  Help  Suggestions
Do Not Sell My Personal Information
Privacy  About Our Ads  Terms  Sitemap
© 2022 Yahoo. All rights reserved.

3

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 19, 2021 | 44.22 | 46.55 | 43.58 | 46.31 | 46.31 | 1,305,300 |
| Mar 18, 2021 | 47.38 | 48.57 | 44.64 | 45.34 | 45.34 | 1,523,800 |
| Mar 17, 2021 | 44.28 | 50.00 | 43.55 | 49.72 | 49.72 | 1,720,000 |
| Mar 16, 2021 | 51.49 | 51.50 | 45.18 | 47.58 | 47.58 | 2,508,400 |
| Mar 15, 2021 | 52.30 | 53.50 | 49.00 | 51.50 | 51.50 | 2,416,500 |
| Mar 12, 2021 | 48.29 | 51.99 | 46.70 | 51.69 | 51.69 | 2,475,600 |
| Mar 11, 2021 | 47.80 | 51.55 | 45.54 | 51.30 | 51.30 | 4,023,400 |
| Mar 10, 2021 | 51.80 | 54.75 | 42.00 | 44.40 | 44.40 | 8,218,800 |
| Mar 09, 2021 | 39.90 | 48.00 | 37.21 | 46.15 | 46.15 | 6,374,600 |
| Mar 08, 2021 | 35.06 | 41.00 | 32.38 | 35.21 | 35.21 | 6,208,700 |
| Mar 05, 2021 | 36.00 | 36.10 | 28.53 | 34.67 | 34.67 | 4,029,900 |
| Mar 04, 2021 | 40.52 | 43.15 | 34.21 | 36.04 | 36.04 | 4,612,600 |
| Mar 03, 2021 | 46.22 | 47.16 | 41.01 | 42.51 | 42.51 | 2,200,300 |
| Mar 02, 2021 | 50.03 | 50.11 | 45.51 | 45.70 | 45.70 | 1,550,000 |
| Mar 01, 2021 | 49.10 | 53.80 | 48.10 | 50.08 | 50.08 | 3,458,200 |
| Feb 26, 2021 | 46.24 | 48.96 | 43.10 | 46.33 | 46.33 | 3,352,300 |
| Feb 25, 2021 | 52.51 | 55.00 | 44.51 | 45.74 | 45.74 | 5,152,400 |
| Feb 24, 2021 | 50.10 | 58.00 | 47.50 | 54.09 | 54.09 | 5,538,700 |
| Feb 23, 2021 | 47.30 | 51.25 | 40.50 | 50.18 | 50.18 | 6,042,600 |
| Feb 22, 2021 | 61.71 | 63.79 | 52.52 | 53.23 | 53.23 | 7,281,200 |
| Feb 19, 2021 | 64.90 | 69.95 | 58.15 | 59.80 | 59.80 | 7,963,700 |
| Feb 18, 2021 | 76.86 | 76.90 | 58.50 | 61.19 | 61.19 | 16,935,000 |
| Feb 17, 2021 | 50.05 | 81.50 | 46.20 | 77.73 | 77.73 | 60,348,000 |
| Feb 16, 2021 | 123.50 | 124.09 | 44.46 | 46.30 | 46.30 | 22,196,600 |
| Feb 12, 2021 | 104.25 | 129.80 | 103.80 | 124.09 | 124.09 | 2,715,400 |
| Feb 11, 2021 | 105.85 | 109.80 | 97.00 | 108.45 | 108.45 | 2,137,100 |
| Feb 10, 2021 | 90.00 | 110.00 | 90.00 | 110.00 | 110.00 | 5,407,900 |
| Feb 09, 2021 | 71.51 | 92.27 | 71.45 | 92.13 | 92.13 | 4,890,400 |
| Feb 08, 2021 | 76.52 | 76.67 | 69.24 | 73.94 | 73.94 | 2,506,000 |
| Feb 05, 2021 | 78.23 | 78.23 | 72.73 | 76.40 | 76.40 | 1,949,400 |
| Feb 04, 2021 | 80.40 | 84.05 | 75.58 | 80.91 | 80.91 | 1,588,500 |
| Feb 03, 2021 | 83.67 | 85.61 | 81.00 | 83.00 | 83.00 | 1,334,000 |
| Feb 02, 2021 | 87.66 | 89.50 | 78.10 | 81.45 | 81.45 | 2,204,900 |
| Feb 01, 2021 | 76.79 | 81.89 | 73.00 | 81.50 | 81.50 | 3,155,600 |
| Jan 29, 2021 | 72.06 | 74.30 | 64.10 | 66.36 | 66.36 | 3,381,400 |
| Jan 28, 2021 | 78.46 | 85.60 | 71.00 | 73.20 | 73.20 | 2,708,000 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

4

Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ... | y!finance+ | Upgrade now

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jan 27, 2021 | 82.00 | 88.86 | 78.00 | 80.00 | 80.00 | 3,753,900 |
| Jan 26, 2021 | 93.63 | 98.00 | 85.33 | 90.00 | 90.00 | 4,943,600 |
| Jan 25, 2021 | 87.00 | 99.98 | 78.78 | 89.53 | 89.53 | 8,000,700 |
| Jan 22, 2021 | 73.78 | 78.25 | 70.12 | 77.20 | 77.20 | 5,009,300 |
| Jan 21, 2021 | 69.52 | 81.99 | 68.51 | 75.39 | 75.39 | 9,537,600 |
| Jan 20, 2021 | 60.01 | 77.31 | 53.35 | 73.90 | 73.90 | 14,430,000 |
| Jan 19, 2021 | 45.02 | 61.60 | 44.61 | 61.39 | 61.39 | 8,403,700 |
| Jan 15, 2021 | 48.67 | 51.40 | 39.00 | 40.00 | 40.00 | 7,597,700 |
| Jan 14, 2021 | 39.70 | 49.86 | 39.60 | 44.46 | 44.46 | 6,123,900 |
| Jan 13, 2021 | 33.58 | 38.97 | 33.01 | 37.98 | 37.98 | 4,771,500 |
| Jan 12, 2021 | 26.98 | 31.74 | 26.80 | 31.40 | 31.40 | 3,012,200 |
| Jan 11, 2021 | 24.02 | 27.00 | 24.02 | 26.06 | 26.06 | 1,771,500 |
| Jan 08, 2021 | 25.40 | 25.99 | 23.40 | 24.61 | 24.61 | 1,228,000 |
| Jan 07, 2021 | 24.50 | 25.00 | 23.80 | 25.00 | 25.00 | 935,000 |
| Jan 06, 2021 | 24.12 | 25.60 | 23.30 | 23.72 | 23.72 | 1,167,400 |
| Jan 05, 2021 | 21.18 | 25.50 | 21.02 | 25.50 | 25.50 | 2,294,000 |
| Jan 04, 2021 | 22.00 | 22.00 | 20.21 | 21.24 | 21.24 | 1,233,500 |
| Dec 31, 2020 | 21.92 | 22.85 | 20.60 | 21.11 | 21.11 | 1,402,900 |
| Dec 30, 2020 | 23.10 | 23.10 | 21.50 | 22.21 | 22.21 | 1,385,300 |
| Dec 29, 2020 | 25.21 | 25.30 | 20.42 | 22.10 | 22.10 | 2,890,700 |
| Dec 28, 2020 | 26.50 | 27.40 | 23.00 | 23.24 | 23.24 | 2,001,000 |
| Dec 24, 2020 | 26.00 | 26.50 | 24.80 | 26.16 | 26.16 | 1,106,500 |
| Dec 23, 2020 | 26.95 | 27.60 | 24.60 | 25.46 | 25.46 | 1,723,100 |
| Dec 22, 2020 | 27.38 | 29.12 | 24.10 | 26.55 | 26.55 | 4,848,200 |
| Dec 21, 2020 | 20.30 | 25.90 | 19.81 | 25.75 | 25.75 | 3,912,100 |
| Dec 18, 2020 | 20.20 | 20.50 | 19.23 | 19.80 | 19.80 | 627,800 |
| Dec 17, 2020 | 20.35 | 21.04 | 19.32 | 20.21 | 20.21 | 1,105,400 |
| Dec 16, 2020 | 18.83 | 20.09 | 18.70 | 19.88 | 19.88 | 1,180,700 |
| Dec 15, 2020 | 18.82 | 18.89 | 17.69 | 18.61 | 18.61 | 765,900 |
| Dec 14, 2020 | 19.22 | 19.59 | 17.62 | 18.26 | 18.26 | 969,300 |
| Dec 11, 2020 | 19.96 | 20.93 | 18.10 | 18.93 | 18.93 | 1,461,600 |
| Dec 10, 2020 | 18.82 | 20.26 | 18.22 | 19.78 | 19.78 | 934,200 |
| Dec 09, 2020 | 23.16 | 23.46 | 19.01 | 19.88 | 19.88 | 2,678,800 |
| Dec 08, 2020 | 22.76 | 24.38 | 20.07 | 22.20 | 22.20 | 5,069,400 |
| Dec 07, 2020 | 14.03 | 18.69 | 13.89 | 18.14 | 18.14 | 2,498,100 |
| Dec 04, 2020 | 13.30 | 13.63 | 12.69 | 13.45 | 13.45 | 551,500 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

5

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus Y+ | Screeners | Markets | ... | y!finance+ | Upgrade now |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 03, 2020 | 14.16 | 14.50 | 13.03 | 13.30 | 13.30 | 709,400 |
| Dec 02, 2020 | 13.00 | 13.70 | 11.86 | 13.24 | 13.24 | 905,300 |
| Dec 01, 2020 | 14.70 | 14.72 | 13.23 | 13.62 | 13.62 | 737,700 |
| Nov 30, 2020 | 14.88 | 14.98 | 13.85 | 14.62 | 14.62 | 1,099,500 |
| Nov 27, 2020 | 14.59 | 14.99 | 14.00 | 14.93 | 14.93 | 884,600 |
| Nov 25, 2020 | 14.37 | 14.50 | 13.33 | 13.50 | 13.50 | 1,249,600 |
| Nov 24, 2020 | 14.33 | 15.02 | 13.00 | 14.82 | 14.82 | 1,784,600 |
| Nov 23, 2020 | 11.90 | 13.01 | 11.30 | 12.67 | 12.67 | 1,715,100 |
| Nov 20, 2020 | 11.25 | 11.25 | 10.80 | 11.07 | 11.07 | 533,200 |
| Nov 19, 2020 | 11.20 | 11.70 | 11.05 | 11.25 | 11.25 | 242,700 |
| Nov 18, 2020 | 11.58 | 11.60 | 10.80 | 11.13 | 11.13 | 536,600 |
| Nov 17, 2020 | 11.34 | 11.64 | 10.90 | 11.27 | 11.27 | 404,000 |
| Nov 16, 2020 | 11.81 | 11.98 | 10.81 | 11.23 | 11.23 | 1,110,300 |
| Nov 13, 2020 | 9.80 | 12.50 | 9.61 | 10.48 | 10.48 | 1,759,600 |
| Nov 12, 2020 | 9.44 | 9.44 | 9.06 | 9.41 | 9.41 | 154,900 |
| Nov 11, 2020 | 9.50 | 9.50 | 8.90 | 9.29 | 9.29 | 156,700 |
| Nov 10, 2020 | 9.42 | 9.42 | 9.00 | 9.08 | 9.08 | 87,800 |
| Nov 09, 2020 | 9.14 | 9.50 | 9.09 | 9.29 | 9.29 | 244,900 |
| Nov 06, 2020 | 8.79 | 8.90 | 8.73 | 8.88 | 8.88 | 119,500 |
| Nov 05, 2020 | 8.50 | 8.91 | 8.49 | 8.79 | 8.79 | 104,500 |
| Nov 04, 2020 | 8.24 | 8.33 | 8.16 | 8.30 | 8.30 | 47,300 |
| Nov 03, 2020 | 8.14 | 8.20 | 8.01 | 8.12 | 8.12 | 41,200 |
| Nov 02, 2020 | 8.18 | 8.20 | 7.92 | 8.05 | 8.05 | 91,900 |
| Oct 30, 2020 | 8.20 | 8.38 | 7.91 | 7.95 | 7.95 | 75,600 |
| Oct 29, 2020 | 8.10 | 8.30 | 8.10 | 8.19 | 8.19 | 75,500 |
| Oct 28, 2020 | 8.15 | 8.31 | 7.91 | 7.97 | 7.97 | 81,200 |
| Oct 27, 2020 | 8.46 | 8.69 | 8.20 | 8.36 | 8.36 | 51,000 |
| Oct 26, 2020 | 8.74 | 8.74 | 8.40 | 8.53 | 8.53 | 97,800 |
| Oct 23, 2020 | 9.02 | 9.02 | 8.62 | 8.65 | 8.65 | 54,000 |
| Oct 22, 2020 | 8.81 | 9.04 | 8.68 | 8.96 | 8.96 | 81,800 |
| Oct 21, 2020 | 9.10 | 9.10 | 8.68 | 9.08 | 9.08 | 144,100 |
| Oct 20, 2020 | 9.11 | 9.13 | 8.90 | 9.05 | 9.05 | 89,400 |
| Oct 19, 2020 | 9.15 | 9.15 | 8.80 | 9.04 | 9.04 | 83,200 |
| Oct 16, 2020 | 9.04 | 9.10 | 8.74 | 8.98 | 8.98 | 59,100 |
| Oct 15, 2020 | 9.05 | 9.09 | 8.65 | 9.02 | 9.02 | 81,000 |
| Oct 14, 2020 | 8.90 | 9.10 | 8.81 | 9.10 | 9.10 | 107,300 |

6

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus ⓨ⁺ | Screeners | Markets | ... | y!finance⁺ | Upgrade now |
|---|---|---|---|---|---|---|---|---|---|

| Oct 13, 2020 | 8.90 | 9.00 | 8.64 | 8.75 | 8.75 | 57,300 |
|---|---|---|---|---|---|---|
| Oct 12, 2020 | 9.25 | 9.43 | 8.78 | 8.80 | 8.80 | 143,500 |
| Oct 09, 2020 | 8.93 | 9.60 | 8.70 | 9.24 | 9.24 | 219,000 |
| Oct 08, 2020 | 8.44 | 8.84 | 8.22 | 8.79 | 8.79 | 133,500 |
| Oct 07, 2020 | 8.14 | 8.32 | 8.06 | 8.29 | 8.29 | 50,900 |
| Oct 06, 2020 | 8.00 | 8.25 | 8.00 | 8.10 | 8.10 | 71,700 |
| Oct 05, 2020 | 8.00 | 8.05 | 7.95 | 8.00 | 8.00 | 79,300 |
| Oct 02, 2020 | 8.00 | 8.03 | 7.92 | 8.00 | 8.00 | 40,300 |
| Oct 01, 2020 | 8.17 | 8.22 | 7.90 | 8.04 | 8.04 | 50,100 |
| Sep 30, 2020 | 7.98 | 8.20 | 7.92 | 7.98 | 7.98 | 76,500 |
| Sep 29, 2020 | 8.00 | 8.37 | 7.94 | 7.95 | 7.95 | 45,400 |
| Sep 28, 2020 | 8.10 | 8.26 | 7.90 | 7.99 | 7.99 | 89,000 |
| Sep 25, 2020 | 8.16 | 8.50 | 7.82 | 8.00 | 8.00 | 90,500 |
| Sep 24, 2020 | 8.50 | 8.67 | 7.92 | 8.00 | 8.00 | 110,900 |
| Sep 23, 2020 | 9.10 | 9.10 | 8.52 | 8.68 | 8.68 | 80,900 |
| Sep 22, 2020 | 8.95 | 9.33 | 8.65 | 9.25 | 9.25 | 59,100 |
| Sep 21, 2020 | 9.32 | 9.32 | 8.81 | 8.92 | 8.92 | 42,600 |
| Sep 18, 2020 | 9.62 | 9.76 | 8.98 | 9.59 | 9.59 | 81,500 |
| Sep 17, 2020 | 10.00 | 10.00 | 9.14 | 9.66 | 9.66 | 80,200 |
| Sep 16, 2020 | 10.00 | 10.05 | 9.39 | 10.00 | 10.00 | 710,600 |
| Sep 15, 2020 | 9.10 | 9.75 | 9.01 | 9.74 | 9.74 | 158,800 |
| Sep 14, 2020 | 9.11 | 9.12 | 8.80 | 9.06 | 9.06 | 35,300 |
| Sep 11, 2020 | 8.91 | 9.20 | 8.81 | 9.12 | 9.12 | 52,000 |
| Sep 10, 2020 | 8.81 | 9.18 | 8.53 | 9.11 | 9.11 | 78,900 |
| Sep 09, 2020 | 8.66 | 8.88 | 8.40 | 8.65 | 8.65 | 51,500 |
| Sep 08, 2020 | 8.71 | 8.80 | 8.36 | 8.60 | 8.60 | 62,500 |
| Sep 04, 2020 | 9.15 | 9.19 | 8.36 | 8.53 | 8.53 | 61,900 |
| Sep 03, 2020 | 9.15 | 9.33 | 8.70 | 9.19 | 9.19 | 103,600 |
| Sep 02, 2020 | 9.43 | 9.46 | 8.42 | 9.08 | 9.08 | 95,800 |
| Sep 01, 2020 | 9.40 | 9.50 | 8.71 | 9.11 | 9.11 | 99,800 |
| Aug 31, 2020 | 8.59 | 9.23 | 8.25 | 9.20 | 9.20 | 112,000 |
| Aug 28, 2020 | 8.25 | 8.48 | 8.25 | 8.36 | 8.36 | 23,100 |
| Aug 27, 2020 | 8.50 | 8.59 | 8.00 | 8.21 | 8.21 | 82,500 |
| Aug 26, 2020 | 8.89 | 8.89 | 8.07 | 8.60 | 8.60 | 121,500 |
| Aug 25, 2020 | 8.37 | 8.47 | 7.95 | 8.42 | 8.42 | 83,900 |
| Aug 24, 2020 | 8.22 | 8.45 | 7.77 | 7.88 | 7.88 | 116,100 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

7

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ... | y/finance+ | Upgrade now |
|---|---|---|---|---|---|---|---|---|---|

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Aug 21, 2020 | 8.30 | 8.45 | 7.90 | 8.05 | 8.05 | 148,000 |
| Aug 20, 2020 | 8.35 | 8.36 | 7.83 | 8.02 | 8.02 | 131,200 |
| Aug 19, 2020 | 8.65 | 8.88 | 8.25 | 8.32 | 8.32 | 91,700 |
| Aug 18, 2020 | 8.95 | 9.00 | 8.51 | 8.80 | 8.80 | 66,100 |
| Aug 17, 2020 | 9.00 | 9.15 | 8.81 | 8.94 | 8.94 | 67,000 |
| Aug 14, 2020 | 9.25 | 9.65 | 8.80 | 8.99 | 8.99 | 85,300 |
| Aug 13, 2020 | 9.71 | 9.90 | 9.13 | 9.20 | 9.20 | 63,700 |
| Aug 12, 2020 | 9.89 | 10.00 | 9.54 | 9.70 | 9.70 | 25,300 |
| Aug 11, 2020 | 9.86 | 10.39 | 9.66 | 9.72 | 9.72 | 51,700 |
| Aug 10, 2020 | 9.36 | 9.90 | 9.36 | 9.69 | 9.69 | 38,400 |
| Aug 07, 2020 | 9.30 | 9.50 | 9.05 | 9.21 | 9.21 | 61,900 |
| Aug 06, 2020 | 9.90 | 10.60 | 9.38 | 9.44 | 9.44 | 61,600 |
| Aug 05, 2020 | 10.00 | 10.03 | 9.76 | 9.90 | 9.90 | 81,800 |
| Aug 04, 2020 | 10.38 | 10.38 | 9.71 | 9.99 | 9.99 | 87,100 |
| Aug 03, 2020 | 8.45 | 9.80 | 8.42 | 9.64 | 9.64 | 160,300 |
| Jul 31, 2020 | 8.73 | 8.73 | 7.70 | 8.32 | 8.32 | 126,500 |
| Jul 30, 2020 | 8.49 | 8.50 | 7.67 | 7.99 | 7.99 | 145,300 |
| Jul 29, 2020 | 8.49 | 8.50 | 7.78 | 8.04 | 8.04 | 135,100 |
| Jul 28, 2020 | 8.15 | 8.15 | 7.70 | 7.70 | 7.70 | 107,500 |
| Jul 27, 2020 | 8.63 | 9.00 | 8.00 | 8.15 | 8.15 | 151,000 |
| Jul 24, 2020 | 9.90 | 9.90 | 7.59 | 8.53 | 8.53 | 259,200 |
| Jul 23, 2020 | 10.00 | 10.41 | 9.71 | 9.97 | 9.97 | 117,300 |
| Jul 22, 2020 | 10.51 | 10.53 | 9.99 | 10.00 | 10.00 | 101,800 |
| Jul 21, 2020 | 10.35 | 10.50 | 10.20 | 10.30 | 10.30 | 77,800 |
| Jul 20, 2020 | 10.40 | 10.58 | 10.15 | 10.38 | 10.38 | 94,200 |
| Jul 17, 2020 | 10.70 | 11.21 | 10.36 | 10.45 | 10.45 | 154,000 |
| Jul 16, 2020 | 10.65 | 10.85 | 10.51 | 10.85 | 10.85 | 99,500 |
| Jul 15, 2020 | 10.60 | 11.29 | 10.52 | 10.85 | 10.85 | 104,000 |
| Jul 14, 2020 | 11.20 | 11.45 | 10.60 | 10.60 | 10.60 | 92,800 |
| Jul 13, 2020 | 12.16 | 12.26 | 10.76 | 10.94 | 10.94 | 73,100 |
| Jul 10, 2020 | 11.39 | 12.00 | 11.31 | 11.79 | 11.79 | 72,300 |
| Jul 09, 2020 | 11.91 | 11.92 | 11.29 | 11.36 | 11.36 | 47,800 |
| Jul 08, 2020 | 12.00 | 12.00 | 11.51 | 11.71 | 11.71 | 30,600 |
| Jul 07, 2020 | 11.99 | 12.32 | 11.61 | 12.14 | 12.14 | 173,400 |
| Jul 06, 2020 | 10.80 | 12.00 | 10.80 | 12.00 | 12.00 | 129,700 |
| Jul 02, 2020 | 10.76 | 11.10 | 10.39 | 10.39 | 10.39 | 52,200 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

8

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 01, 2020 | 10.97 | 10.97 | 10.49 | 10.76 | 10.76 | 56,800 |
| Jun 30, 2020 | 10.50 | 11.03 | 10.35 | 10.48 | 10.48 | 84,400 |
| Jun 29, 2020 | 11.03 | 11.15 | 10.51 | 10.86 | 10.86 | 41,900 |
| Jun 26, 2020 | 11.34 | 11.42 | 11.03 | 11.15 | 11.15 | 21,200 |
| Jun 25, 2020 | 11.58 | 11.58 | 11.20 | 11.32 | 11.32 | 19,700 |
| Jun 24, 2020 | 11.42 | 11.67 | 11.39 | 11.51 | 11.51 | 28,200 |
| Jun 23, 2020 | 11.47 | 11.84 | 11.36 | 11.45 | 11.45 | 25,600 |
| Jun 22, 2020 | 11.50 | 11.78 | 11.20 | 11.44 | 11.44 | 70,100 |
| Jun 19, 2020 | 12.04 | 12.50 | 11.80 | 11.80 | 11.80 | 41,500 |
| Jun 18, 2020 | 12.47 | 12.54 | 11.75 | 12.00 | 12.00 | 27,000 |
| Jun 17, 2020 | 12.50 | 12.50 | 11.93 | 12.28 | 12.28 | 42,900 |
| Jun 16, 2020 | 13.10 | 13.10 | 12.40 | 12.50 | 12.50 | 60,800 |
| Jun 15, 2020 | 13.04 | 13.04 | 12.51 | 12.85 | 12.85 | 42,600 |
| Jun 12, 2020 | 12.60 | 12.79 | 12.00 | 12.00 | 12.00 | 33,300 |
| Jun 11, 2020 | 13.28 | 13.28 | 12.50 | 12.50 | 12.50 | 43,100 |
| Jun 10, 2020 | 13.35 | 13.40 | 12.40 | 12.40 | 12.40 | 147,800 |
| Jun 09, 2020 | 13.47 | 13.60 | 12.50 | 12.67 | 12.67 | 71,500 |
| Jun 08, 2020 | 11.95 | 13.43 | 11.67 | 13.38 | 13.38 | 52,700 |
| Jun 05, 2020 | 11.76 | 11.80 | 11.63 | 11.79 | 11.79 | 11,800 |
| Jun 04, 2020 | 11.60 | 11.80 | 11.52 | 11.67 | 11.67 | 12,200 |
| Jun 03, 2020 | 11.98 | 11.98 | 11.73 | 11.77 | 11.77 | 11,800 |
| Jun 02, 2020 | 12.10 | 12.10 | 11.71 | 11.75 | 11.75 | 15,800 |
| Jun 01, 2020 | 11.90 | 12.14 | 11.75 | 11.88 | 11.88 | 18,800 |
| May 29, 2020 | 12.35 | 12.35 | 11.75 | 12.12 | 12.12 | 23,300 |
| May 28, 2020 | 12.34 | 12.34 | 11.93 | 12.11 | 12.11 | 37,500 |
| May 27, 2020 | 12.79 | 12.79 | 11.72 | 11.74 | 11.74 | 19,900 |
| May 26, 2020 | 12.48 | 12.48 | 11.70 | 11.71 | 11.71 | 12,300 |
| May 22, 2020 | 11.90 | 11.90 | 11.57 | 11.65 | 11.65 | 10,500 |
| May 21, 2020 | 11.95 | 11.95 | 11.53 | 11.90 | 11.90 | 13,500 |
| May 20, 2020 | 11.93 | 12.38 | 11.52 | 11.53 | 11.53 | 15,600 |
| May 19, 2020 | 12.70 | 12.70 | 11.53 | 12.01 | 12.01 | 12,900 |
| May 18, 2020 | 12.50 | 12.78 | 11.51 | 11.95 | 11.95 | 26,300 |
| May 15, 2020 | 12.20 | 12.20 | 11.37 | 11.37 | 11.37 | 9,400 |
| May 14, 2020 | 11.65 | 11.96 | 11.31 | 11.49 | 11.49 | 12,600 |
| May 13, 2020 | 12.05 | 12.05 | 11.31 | 11.69 | 11.69 | 22,200 |
| May 12, 2020 | 12.15 | 12.20 | 11.80 | 11.80 | 11.80 | 16,600 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

9

Case 1:21-cv-01392-GBD-GWG    Document 101-5    Filed 09/07/22    Page 11 of 13

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ... | y!finance⁺ | Upgrade now |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| May 11, 2020 | 12.21 | 12.25 | 11.80 | 11.96 | 11.96 | 14,800 |
| May 08, 2020 | 12.03 | 12.25 | 11.80 | 11.91 | 11.91 | 13,800 |
| May 07, 2020 | 11.97 | 12.23 | 11.69 | 11.91 | 11.91 | 10,500 |
| May 06, 2020 | 12.39 | 12.39 | 11.58 | 11.73 | 11.73 | 9,200 |
| May 05, 2020 | 11.96 | 12.49 | 11.50 | 12.02 | 12.02 | 20,300 |
| May 04, 2020 | 11.59 | 11.59 | 11.00 | 11.50 | 11.50 | 25,100 |
| May 01, 2020 | 11.70 | 11.70 | 11.00 | 11.00 | 11.00 | 25,300 |
| Apr 30, 2020 | 13.11 | 13.11 | 11.12 | 11.77 | 11.77 | 111,500 |
| Apr 29, 2020 | 13.40 | 13.80 | 12.73 | 13.11 | 13.11 | 88,300 |
| Apr 28, 2020 | 12.90 | 16.24 | 12.90 | 13.60 | 13.60 | 422,000 |
| Apr 27, 2020 | 12.95 | 12.95 | 12.50 | 12.73 | 12.73 | 52,000 |
| Apr 24, 2020 | 12.39 | 12.95 | 12.39 | 12.80 | 12.80 | 62,200 |
| Apr 23, 2020 | 12.60 | 12.98 | 12.20 | 12.32 | 12.32 | 36,500 |
| Apr 22, 2020 | 12.82 | 12.84 | 12.28 | 12.40 | 12.40 | 26,600 |
| Apr 21, 2020 | 12.50 | 12.98 | 12.35 | 12.76 | 12.76 | 46,600 |
| Apr 20, 2020 | 13.41 | 13.49 | 12.25 | 12.42 | 12.42 | 90,300 |
| Apr 17, 2020 | 13.50 | 13.93 | 12.50 | 12.99 | 12.99 | 99,800 |
| Apr 16, 2020 | 12.05 | 13.83 | 11.94 | 13.33 | 13.33 | 226,200 |
| Apr 15, 2020 | 12.05 | 12.05 | 11.93 | 11.97 | 11.97 | 32,500 |
| Apr 14, 2020 | 12.10 | 12.27 | 11.93 | 12.10 | 12.10 | 54,200 |
| Apr 13, 2020 | 12.05 | 12.07 | 11.77 | 11.93 | 11.93 | 69,900 |
| Apr 09, 2020 | 12.24 | 12.25 | 11.68 | 12.00 | 12.00 | 63,400 |
| Apr 08, 2020 | 12.05 | 12.05 | 11.90 | 12.05 | 12.05 | 48,100 |
| Apr 07, 2020 | 12.10 | 12.20 | 11.51 | 11.94 | 11.94 | 68,100 |
| Apr 06, 2020 | 12.00 | 12.05 | 11.50 | 11.98 | 11.98 | 35,800 |
| Apr 03, 2020 | 12.37 | 12.37 | 11.40 | 11.68 | 11.68 | 63,800 |
| Apr 02, 2020 | 11.18 | 12.40 | 11.15 | 11.80 | 11.80 | 115,300 |
| Apr 01, 2020 | 10.34 | 10.67 | 10.25 | 10.28 | 10.28 | 7,400 |
| Mar 31, 2020 | 10.99 | 10.99 | 10.27 | 10.74 | 10.74 | 4,500 |
| Mar 30, 2020 | 11.04 | 11.04 | 10.21 | 10.21 | 10.21 | 9,900 |
| Mar 27, 2020 | 11.00 | 11.00 | 10.26 | 10.47 | 10.47 | 14,500 |
| Mar 26, 2020 | 10.35 | 11.21 | 10.27 | 11.21 | 11.21 | 22,500 |
| Mar 25, 2020 | 10.98 | 10.98 | 10.15 | 10.36 | 10.36 | 9,700 |
| Mar 24, 2020 | 11.24 | 11.24 | 10.20 | 10.42 | 10.42 | 22,800 |
| Mar 23, 2020 | 10.17 | 10.69 | 10.15 | 10.20 | 10.20 | 6,700 |
| Mar 20, 2020 | 10.30 | 10.80 | 10.16 | 10.16 | 10.16 | 23,900 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

10

Case 1:21-cv-01392-GBD-GWG   Document 101-5   Filed 09/07/22   Page 12 of 13

| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ... | y!finance+ | Upgrade now |
|---|---|---|---|---|---|---|---|---|---|

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 19, 2020 | 10.20 | 10.30 | 10.15 | 10.25 | 10.25 | 9,600 |
| Mar 18, 2020 | 10.10 | 10.68 | 10.05 | 10.15 | 10.15 | 6,300 |
| Mar 17, 2020 | 9.95 | 10.81 | 9.70 | 10.10 | 10.10 | 18,600 |
| Mar 16, 2020 | 10.00 | 10.13 | 9.70 | 9.95 | 9.95 | 22,800 |
| Mar 13, 2020 | 11.40 | 11.40 | 9.62 | 10.05 | 10.05 | 9,400 |
| Mar 12, 2020 | 10.01 | 10.95 | 10.00 | 10.84 | 10.84 | 20,500 |
| Mar 11, 2020 | 11.30 | 11.30 | 10.26 | 10.33 | 10.33 | 16,500 |
| Mar 10, 2020 | 10.71 | 11.88 | 10.66 | 11.00 | 11.00 | 15,800 |
| Mar 09, 2020 | 11.10 | 11.16 | 10.13 | 10.25 | 10.25 | 18,200 |
| Mar 06, 2020 | 11.20 | 11.54 | 11.10 | 11.10 | 11.10 | 8,800 |
| Mar 05, 2020 | 11.00 | 11.34 | 11.00 | 11.25 | 11.25 | 3,700 |
| Mar 04, 2020 | 11.67 | 11.80 | 11.00 | 11.12 | 11.12 | 21,000 |
| Mar 03, 2020 | 11.46 | 11.60 | 11.10 | 11.20 | 11.20 | 36,800 |
| Mar 02, 2020 | 11.99 | 11.99 | 11.06 | 11.06 | 11.06 | 10,200 |
| Feb 28, 2020 | 11.39 | 11.70 | 10.80 | 11.05 | 11.05 | 18,500 |
| Feb 27, 2020 | 11.09 | 11.88 | 11.04 | 11.11 | 11.11 | 82,900 |
| Feb 26, 2020 | 11.53 | 11.90 | 11.00 | 11.07 | 11.07 | 15,800 |
| Feb 25, 2020 | 12.29 | 12.29 | 11.30 | 11.41 | 11.41 | 13,800 |
| Feb 24, 2020 | 12.00 | 12.00 | 10.80 | 11.09 | 11.09 | 30,400 |
| Feb 21, 2020 | 12.25 | 12.51 | 11.88 | 12.02 | 12.02 | 13,400 |
| Feb 20, 2020 | 12.59 | 12.59 | 12.00 | 12.10 | 12.10 | 15,100 |
| Feb 19, 2020 | 12.17 | 12.60 | 12.17 | 12.60 | 12.60 | 57,800 |
| Feb 18, 2020 | 12.00 | 12.32 | 11.86 | 12.03 | 12.03 | 6,700 |
| Feb 14, 2020 | 12.13 | 12.30 | 12.00 | 12.00 | 12.00 | 4,400 |
| Feb 13, 2020 | 12.25 | 12.43 | 12.16 | 12.40 | 12.40 | 2,600 |
| Feb 12, 2020 | 12.13 | 12.60 | 12.12 | 12.60 | 12.60 | 24,700 |
| Feb 11, 2020 | 12.30 | 12.60 | 12.11 | 12.40 | 12.40 | 29,000 |
| Feb 10, 2020 | 11.76 | 12.30 | 11.71 | 12.30 | 12.30 | 12,600 |
| Feb 07, 2020 | 12.30 | 12.30 | 11.51 | 12.26 | 12.26 | 5,700 |
| Feb 06, 2020 | 11.88 | 12.30 | 11.53 | 12.30 | 12.30 | 3,900 |
| Feb 05, 2020 | 12.60 | 12.60 | 11.69 | 12.44 | 12.44 | 6,200 |
| Feb 04, 2020 | 11.35 | 12.60 | 11.35 | 12.43 | 12.43 | 19,800 |
| Feb 03, 2020 | 10.80 | 11.87 | 10.80 | 11.34 | 11.34 | 11,500 |
| Jan 31, 2020 | 11.30 | 11.82 | 10.50 | 10.86 | 10.86 | 19,800 |
| Jan 30, 2020 | 11.84 | 11.84 | 11.10 | 11.40 | 11.40 | 9,500 |
| Jan 29, 2020 | 12.12 | 12.68 | 11.54 | 11.94 | 11.94 | 13,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

11

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jan 28, 2020 | 11.80 | 12.41 | 11.76 | 12.27 | 12.27 | 10,800 |
| Jan 27, 2020 | 11.81 | 12.45 | 11.51 | 11.81 | 11.81 | 37,600 |
| Jan 24, 2020 | 12.72 | 12.79 | 12.44 | 12.55 | 12.55 | 10,600 |
| Jan 23, 2020 | 13.30 | 13.30 | 12.65 | 12.80 | 12.80 | 10,600 |
| Jan 22, 2020 | 13.05 | 13.10 | 12.53 | 13.10 | 13.10 | 14,400 |
| Jan 21, 2020 | 13.25 | 13.25 | 12.81 | 13.05 | 13.05 | 22,300 |
| Jan 17, 2020 | 13.19 | 13.26 | 12.81 | 13.21 | 13.21 | 25,800 |
| Jan 16, 2020 | 14.02 | 14.02 | 12.23 | 13.29 | 13.29 | 31,300 |
| Jan 15, 2020 | 13.72 | 14.57 | 13.41 | 13.75 | 13.75 | 67,800 |
| Jan 14, 2020 | 13.53 | 13.61 | 13.20 | 13.42 | 13.42 | 52,900 |
| Jan 13, 2020 | 13.40 | 14.31 | 13.15 | 13.64 | 13.64 | 91,600 |
| Jan 10, 2020 | 13.65 | 13.65 | 13.12 | 13.32 | 13.32 | 35,200 |
| Jan 09, 2020 | 14.08 | 14.08 | 13.04 | 13.45 | 13.45 | 38,800 |
| Jan 08, 2020 | 13.70 | 14.07 | 13.36 | 13.60 | 13.60 | 100,300 |
| Jan 07, 2020 | 13.98 | 13.99 | 12.90 | 13.55 | 13.55 | 56,700 |
| Jan 06, 2020 | 13.90 | 13.90 | 12.75 | 13.54 | 13.54 | 184,600 |
| Jan 03, 2020 | 12.96 | 13.00 | 12.42 | 12.80 | 12.80 | 59,000 |
| Jan 02, 2020 | 10.81 | 13.98 | 10.81 | 12.70 | 12.70 | 229,000 |
| Dec 31, 2019 | 10.52 | 10.88 | 10.47 | 10.75 | 10.75 | 73,200 |
| Dec 30, 2019 | 10.74 | 10.80 | 10.15 | 10.64 | 10.64 | 47,200 |
| Dec 27, 2019 | 10.77 | 10.77 | 10.00 | 10.63 | 10.63 | 45,900 |
| Dec 26, 2019 | 10.46 | 11.00 | 10.32 | 10.61 | 10.61 | 46,200 |
| Dec 24, 2019 | 10.00 | 10.53 | 9.85 | 10.53 | 10.53 | 30,000 |
| Dec 23, 2019 | 10.05 | 10.64 | 9.50 | 10.18 | 10.18 | 70,000 |
| Dec 20, 2019 | 9.50 | 10.09 | 8.88 | 10.00 | 10.00 | 94,800 |
| Dec 19, 2019 | 9.44 | 9.49 | 7.84 | 9.40 | 9.40 | 325,100 |
| Dec 18, 2019 | 11.19 | 11.19 | 9.04 | 9.52 | 9.52 | 403,800 |
| Dec 17, 2019 | 12.50 | 12.64 | 11.00 | 11.07 | 11.07 | 221,400 |
| Dec 16, 2019 | 12.90 | 13.20 | 12.11 | 12.50 | 12.50 | 157,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

12