UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
:
:                                ORDER
:
IN RE EHANG HOLDINGS LTD. SECURITIES    :    21 Civ. 1392 (GBD) (GWG)
LITIGATION                              :
:
:
:
:
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motion to dismiss, (ECF No. 88), is hereby rescheduled to October 4, 2022, at 11:00 a.m.

Dated: September 26, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE