

Sarah M Lightdale  VIA ECF
T: +1 212 479 6374
slightdale@cooley.com

January 20, 2023

Hon. George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Request for Entry of Final Judgment - In re: EHang Holdings Ltd. Securities Litigation, No. 1:21-cv-01392

Dear Judge Daniels,

Pursuant to the Court's Individual Rules of Practice, we write on behalf of Defendants EHang Holdings Ltd. ("EHang"), Huazhi Hu, Richard Jian Liu, Edward Huaxiang Xu, and Derrick Yifang Xiong (collectively, "Defendants") to request the entry of final judgment in favor of Defendants.

By way of background, three securities class actions were originally filed against Defendants in federal courts asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and SEC Rule 10b-5, on behalf of a putative class: *Amberber v. EHang Holdings Limited, et al*., No. 1:21-cv-01392 (S.D.N.Y.); *Chaumont v. EHang Holdings Limited, et. al*., No. 1:21-cv-01526 (S.D.N.Y.); and *Klein v. EHang Holdings Limited, et. al*., No. 2:21-cv-01811 (C.D. Cal.)). On February 10, 2022, the Court consolidated the three cases in the Southern District of New York and appointed Lead Plaintiff and Lead Plaintiff's Counsel. (ECF No. 69.) Lead Plaintiff filed an Amended Class Action Complaint for Violation of the Federal Securities Laws (the "AC") on April 25, 2022. (ECF No. 79.) On June 24, 2022, Defendants moved to dismiss, and briefing on that motion was completed on September 7, 2022. (ECF Nos. 88, 90, 95, 100.) The Court heard oral argument on the motion to dismiss on October 4, 2022.

On December 15, 2022, the Court granted Defendants' motion to dismiss the AC, and gave Lead Plaintiff an opportunity to seek leave to amend the AC by letter application to be filed within 30 days. (ECF No. 107.) Lead Plaintiff's deadline to seek leave to amend passed on January 17, 2023. On January 19, 2022, Defendants' counsel contacted counsel for Lead Plaintiff and obtained confirmation that Lead Plaintiff does not intend to seek leave to amend the AC. Defendants therefore respectfully request that final judgment be entered in favor of Defendants in the form of the proposed order submitted herewith, subject to the Court's approval.

Sincerely,

*/s/ Sarah M. Lightdale*

Sarah M. Lightdale

cc: All counsel of record, via ECF