UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re EHang Holdings Ltd. Securities Litigation | Case No. 1:21-cv-01392-GBD |

**[PROPOSED] FINAL JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment is entered in favor of Defendants EHang Holdings Limited, Huazhi Hu, Richard Jian Liu, Edward Huaxiang Xu, and Derrick Yifang Xiong on all claims in the Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 79), and the above-entitled action is hereby dismissed in its entirety with prejudice.

Dated: JAN 24 2023

Hon. George B. Daniels
United States District Judge